|    | Account Number Ending In | Purported Accountholder | Identified Residential Address |
|----|---------|------------------|--------------------------------------|
| 1  | x71245  | WENTAO SUN       | Colima Address 2, Rowland Heights CA |
| 2  | x98820  | PEIPING YU       | Colima Address 2, Rowland Heights CA |
| 3  | x04497  | YI FANG          | Colima Address 2, Rowland Heights CA |
| 4  | x39190  | JINHUI LI        | Colima Address 2, Rowland Heights CA |
| 5  | x48479  | JUN ZHANG        | Colima Address 2, Rowland Heights CA |
| 6  | x48495  | JUN ZHANG        | Colima Address 2, Rowland Heights CA |
| 7  | x86244  | DABING TAN       | Colima Address 2, Rowland Heights CA |
| 8  | x07049  | YONG CAI         | Colima Address 2, Rowland Heights CA |
| 9  | x04244  | XIAOHU FANG      | Colima Address 2, Rowland Heights CA |
| 10 | x74850  | HAILONG XU       | Colima Address 2, Rowland Heights CA |
| 11 | x76078  | YONGJUN YANG     | Colima Address 2, Rowland Heights CA |
| 12 | x30406  | XUEMEI YU        | Colima Address 2, Rowland Heights CA |
| 13 | x25780  | RUOXI LIN        | Colima Address 2, Rowland Heights CA |
| 14 | x89449  | HANG BAI         | Colima Address, Rowland Heights CA   |
| 15 | x89452  | HANG BAI         | Colima Address, Rowland Heights CA   |
| 16 | x26939  | PEICHENG REN     | Colima Address, Rowland Heights CA   |
| 17 | x64503  | SHANSHAN HU      | Colima Address, Rowland Heights CA   |
| 18 | x15763  | WANGSHENG SHAO   | Colima Address, Rowland Heights CA   |
| 19 | x94137  | XINRAN PENG      | Colima Address, Rowland Heights CA   |
| 20 | x17933  | SHUDONG ZHANG    | Colima Address, Rowland Heights CA   |
| 21 | x95754  | SHULIN SHI       | Colima Address, Rowland Heights CA   |
| 22 | x68708  | RONGDIAN XIE     | Colima Address, Rowland Heights CA   |
| 23 | x90357  | HIDEKI IKAI      | Colima Address, Rowland Heights CA   |
| 24 | x90373  | HIDEKI IKAI      | Colima Address, Rowland Heights CA   |
| 25 | x93448  | CHENGYAN LYU     | Colima Address, Rowland Heights CA   |
| 26 | x67006  | DONG WU          | Colima Address, Rowland Heights CA   |
| 27 | x67035  | DONG WU          | Colima Address, Rowland Heights CA   |
| 28 | x12061  | LIUYAO ZHAO      | Colima Address, Rowland Heights CA   |
| 29 | x12168  | LIUYAO ZHAO      | Colima Address, Rowland Heights CA   |
| 30 | x04762  | SHUDONG ZHANG    | Colima Address, Rowland Heights CA   |
| 31 | x82118  | JUNJIANG ZHANG   | Colima Address, Rowland Heights CA   |
| 32 | x87362  | JING CHEN        | Colima Address, Rowland Heights CA   |
| 33 | x87388  | JING CHEN        | Colima Address, Rowland Heights CA   |
| 34 | x21280  | JINHUA HOU       | Colima Address, Rowland Heights CA   |
| 35 | x63663  | CONG QIN         | Colima Address, Rowland Heights CA   |
| 36 | x63676  | CONG QIN         | Colima Address, Rowland Heights CA   |
| 37 | x65014  | JINSHUN CAI      | Colima Address, Rowland Heights CA   |
| 38 | x67397  | FUDONG YUAN      | Colima Address, Rowland Heights CA   |
| 39 | x84697  | BINGKE LYU       | Colima Address, Rowland Heights CA   |
| 40 | x86394  | CHENWEI HE       | Colima Address, Rowland Heights CA   |
| 41 | x68683  | Chuanli Jia      | Colima Address, Rowland Heights CA   |
| 42 | x78393  | JINGHUA YAO      | Colima Address, Rowland Heights CA   |

**Attachment A**

| 43 | x79266 | XIAOJUN SUN | Colima Address, Rowland Heights CA |
|---|---|---|---|
| 44 | x33662 | BEI SUN | Colima Address, Rowland Heights CA |
| 45 | x33688 | BEI SUN | Colima Address, Rowland Heights CA |
| 46 | x33301 | XINQUAN ZHANG | Colima Address, Rowland Heights CA |
| 47 | x33314 | XINQUAN ZHANG | Colima Address, Rowland Heights CA |
| 48 | x65488 | JUN YIN | Colima Address, Rowland Heights CA |
| 49 | x65501 | JUN YIN | Colima Address, Rowland Heights CA |
| 50 | x73004 | CHANGJIE YANG | Covina Address, La Puente CA |
| 51 | x21011 | RENYONG CHEN | Covina Address, La Puente CA |
| 52 | x21037 | RENYONG CHEN | Covina Address, La Puente CA |
| 53 | x84719 | FANGHUA ZHANG | Covina Address, La Puente CA |
| 54 | x30008 | ANJIAN HU | Duarte Road Address, Arcadia CA |
| 55 | x10257 | ZHE YANG | Duarte Road Address, Arcadia CA |
| 56 | x88603 | ZHIWEN SUN | Duarte Road Address, Arcadia CA |
| 57 | x46952 | YI XIANG | Duarte Road Address, Arcadia CA |
| 58 | x46330 | YAN WANG | Duarte Road Address, Arcadia CA |
| 59 | x19517 | JIANTENG SUN | Duarte Road Address, Arcadia CA |
| 60 | x21071 | QIU YANG | Duarte Road Address, Arcadia CA |
| 61 | x27564 | RUI WANG | Duarte Road Address, Arcadia CA |
| 62 | x43908 | FENGXIANG GUO | Duarte Road Address, Arcadia CA |
| 63 | x07799 | JIAN XIE | Duarte Road Address, Arcadia CA |
| 64 | x93429 | LING ZHOU | Duarte Road Address, Arcadia CA |
| 65 | x60161 | CHEN LIN | Duarte Road Address, Arcadia CA |
| 66 | x80904 | LIANG LI | Duarte Road Address, Arcadia CA |
| 67 | x82261 | BO YANG | Duarte Road Address, Arcadia CA |
| 68 | x02193 | YU LI | Duarte Road Address, Arcadia CA |
| 69 | x03079 | XUEZONG XU | Duarte Road Address, Arcadia CA |
| 70 | x64038 | KAILING BIAN | Duarte Road Address, Arcadia CA |
| 71 | x79241 | LEI SU | Duarte Road Address, Arcadia CA |
| 72 | x57560 | XINGYU ZHAO | Duarte Road Address, Arcadia CA |
| 73 | x11367 | KE ZHANG | Duarte Road Address, Arcadia CA |
| 74 | x51767 | XIAOLE ZENG | Duarte Road Address, Arcadia CA |
| 75 | x57936 | JUN XUE | Duarte Road Address, Arcadia CA |
| 76 | x61388 | LONG GAO | Duarte Road Address, Arcadia CA |
| 77 | x07352 | BO ZHENG | Duarte Road Address, Arcadia CA |
| 78 | x13333 | WUJUN DAI | Duarte Road Address, Arcadia CA |
| 79 | x87181 | MENG ZHAO | Duarte Road Address, Arcadia CA |
| 80 | x28985 | FENG TIAN | Duarte Road Address, Arcadia CA |
| 81 | x34727 | XIAOXIN ZHANG | Duarte Road Address, Arcadia CA |
| 82 | x67435 | YAOBIN LU | Duarte Road Address, Arcadia CA |
| 83 | x47505 | JINZHE HUANG | Duarte Road Address, Arcadia CA |
| 84 | x00497 | JUNCONG TANG | Duarte Road Address, Arcadia CA |
| 85 | x62729 | JIAN LAN | Duarte Road Address, Arcadia CA |
| 86 | x31760 | LEI HU | Duarte Road Address, Arcadia CA |

| | | | |
|---|---|---|---|
| 87 | x90594 | QIANG LI | Duarte Road Address, Arcadia CA |
| 88 | x98072 | QINGMIN WU | Duarte Road Address, Arcadia CA |
| 89 | x51126 | XIN WEI | Duarte Road Address, Arcadia CA |
| 90 | x52727 | YUCHEN LAN | Duarte Road Address, Arcadia CA |
| 91 | x18574 | CHENMING ZHAO | Duarte Road Address, Arcadia CA |
| 92 | x10715 | HUAWEI LIU | Duarte Road Address, Arcadia CA |
| 93 | x84712 | JINXIN ZHANG | Duarte Road Address, Arcadia CA |
| 94 | x65722 | DUNQIAN PU | Duarte Road Address, Arcadia CA |
| 95 | x31422 | YANPING WU | Duarte Road Address, Arcadia CA |
| 96 | x32198 | WEIZHONG XIA | Duarte Road Address, Arcadia CA |
| 97 | x77079 | CHENG ZHANG | Duarte Road Address, Arcadia CA |
| 98 | x98985 | XIAOPING HAN | Duarte Road Address, Arcadia CA |
| 99 | x80673 | HECTOR WOO | Duarte Road Address, Arcadia CA |
| 100 | x23929 | YINGCONG CHEN | Duarte Road Address, Arcadia CA |
| 101 | x24465 | RUIZHOU ZHAO | Duarte Road Address, Arcadia CA |
| 102 | x65631 | ZEPENG JIANG | Duarte Road Address, Arcadia CA |
| 103 | x08424 | CHENGPENG ZHANG | Duarte Road Address, Arcadia CA |
| 104 | x54025 | JUN CAI | Duarte Road Address, Arcadia CA |
| 105 | x95845 | MO CHEN | Duarte Road Address, Arcadia CA |
| 106 | x48999 | HONGHUA SHU | Duarte Road Address, Arcadia CA |
| 107 | x50301 | QIUYUAN WU | Duarte Road Address, Arcadia CA |
| 108 | x51300 | HONGMEI SUO | Duarte Road Address, Arcadia CA |
| 109 | x22110 | BIN GE | Duarte Road Address, Arcadia CA |
| 110 | x23119 | HUIDONG LI | Duarte Road Address, Arcadia CA |
| 111 | x47137 | CHEN WENG | Duarte Road Address, Arcadia CA |
| 112 | x40187 | XIAOYUN MA | Duarte Road Address, Arcadia CA |
| 113 | x77752 | JIANBIN LI | Duarte Road Address, Arcadia CA |
| 114 | x78285 | PAN LIU | Duarte Road Address, Arcadia CA |
| 115 | x35775 | JINGCHUN FAN | Duarte Road Address, Arcadia CA |
| 116 | x36240 | XIAOFENG SHEN | Duarte Road Address, Arcadia CA |
| 117 | x30035 | BINYANG SONG | Duarte Road Address, Arcadia CA |
| 118 | x30763 | JINGPENG LIU | Duarte Road Address, Arcadia CA |
| 119 | x57754 | XIANGDONG KOU | Duarte Road Address, Arcadia CA |
| 120 | x58078 | JIEHUA HUANG | Eckhart Avenue Address, Rosemead CA |
| 121 | x39181 | JUN MA | Eckhart Avenue Address, Rosemead CA |
| 122 | x93088 | QIONG CHEN | Eckhart Avenue Address, Rosemead CA |
| 123 | x93745 | TENGHUA LIU | Eckhart Avenue Address, Rosemead CA |
| 124 | x16302 | XIAOLU LUO | Eckhart Avenue Address, Rosemead CA |
| 125 | x17631 | CHENGCHENG ZHAO | Eckhart Avenue Address, Rosemead CA |
| 126 | x38700 | JIAMING ZHU | Eckhart Avenue Address, Rosemead CA |
| 127 | x39631 | XUNCHI LIU | Eckhart Avenue Address, Rosemead CA |
| 128 | x43096 | LE HUNG ANH | Eckhart Avenue Address, Rosemead CA |
| 129 | x70519 | QIAN LI | Eckhart Avenue Address, Rosemead CA |
| 130 | x71301 | WEI LI | Eckhart Avenue Address, Rosemead CA |

| | | | |
|---|---|---|---|
| 131 | x34002 | MORGAN C AU | Eckhart Avenue Address, Rosemead CA |
| 132 | x39418 | XIAOWEI SU | Eckhart Avenue Address, Rosemead CA |
| 133 | x87473 | WEIYU LIANG | Eckhart Avenue Address, Rosemead CA |
| 134 | x38898 | JUNMOU LI | Eckhart Avenue Address, Rosemead CA |
| 135 | x40022 | WENDONG LI | Eckhart Avenue Address, Rosemead CA |
| 136 | x40048 | WENDONG LI | Eckhart Avenue Address, Rosemead CA |
| 137 | x74001 | YUEJUN TIAN | Eckhart Avenue Address, Rosemead CA |
| 138 | x74726 | PEISHAN ZHANG | Eckhart Avenue Address, Rosemead CA |
| 139 | x46335 | WEI CAI | Eckhart Avenue Address, Rosemead CA |
| 140 | x47091 | ZEYA ZHANG | Eckhart Avenue Address, Rosemead CA |
| 141 | x49028 | YIWEI YUAN | Eckhart Avenue Address, Rosemead CA |
| 142 | x50295 | WENHAO SHU | Eckhart Avenue Address, Rosemead CA |
| 143 | x60363 | JIBO ZHANG | Eckhart Avenue Address, Rosemead CA |
| 144 | x61650 | YUNZHE JIANG | Eckhart Avenue Address, Rosemead CA |
| 145 | x62921 | MING MA | Eckhart Avenue Address, Rosemead CA |
| 146 | x25169 | SHUQI QI | Eckhart Avenue Address, Rosemead CA |
| 147 | x37959 | QI CHEN | Eckhart Avenue Address, Rosemead CA |
| 148 | x96990 | KANG YANG | Eckhart Avenue Address, Rosemead CA |
| 149 | x97960 | HAONAN LIU | Eckhart Avenue Address, Rosemead CA |
| 150 | x79804 | XIANG GU | Eckhart Avenue Address, Rosemead CA |
| 151 | x23611 | XUEJUN LI | Eckhart Avenue Address, Rosemead CA |
| 152 | x24490 | XIAOXIA ZHENG | Eckhart Avenue Address, Rosemead CA |
| 153 | x64890 | WEN YANG | Eckhart Avenue Address, Rosemead CA |
| 154 | x67017 | QIAN XIAO | Eckhart Avenue Address, Rosemead CA |
| 155 | x03188 | HAO WEN | Eckhart Avenue Address, Rosemead CA |
| 156 | x08044 | WENCHAO TANG | Eckhart Avenue Address, Rosemead CA |
| 157 | x08727 | LICHENG ZHANG | Eckhart Avenue Address, Rosemead CA |
| 158 | x08730 | LICHENG ZHANG | Eckhart Avenue Address, Rosemead CA |
| 159 | x09399 | NING LI | Eckhart Avenue Address, Rosemead CA |
| 160 | x09425 | NING LI | Eckhart Avenue Address, Rosemead CA |
| 161 | x47704 | XUESONG LI | Eckhart Avenue Address, Rosemead CA |
| 162 | x54506 | TIANBAO XU | Eckhart Avenue Address, Rosemead CA |
| 163 | x55440 | LI LI | Eckhart Avenue Address, Rosemead CA |
| 164 | x33922 | MINGYU CAI | Eckhart Avenue Address, Rosemead CA |
| 165 | x34921 | LIMIN LIU | Eckhart Avenue Address, Rosemead CA |
| 166 | x35522 | CHUNHUI LI | Eckhart Avenue Address, Rosemead CA |
| 167 | x46139 | FENG JIANG | Eckhart Avenue Address, Rosemead CA |
| 168 | x46922 | YANG LIU | Eckhart Avenue Address, Rosemead CA |
| 169 | x72488 | JIADING WAN | Eckhart Avenue Address, Rosemead CA |
| 170 | x14362 | JIANKUI WANG | Eckhart Avenue Address, Rosemead CA |
| 171 | x53695 | ZHE TANG | Eckhart Avenue Address, Rosemead CA |
| 172 | x54403 | JIAYING ZHU | Eckhart Avenue Address, Rosemead CA |
| 173 | x56252 | JINPING DU | Eckhart Avenue Address, Rosemead CA |
| 174 | x91974 | YUN PU | Eckhart Avenue Address, Rosemead CA |

| | | | |
|---|---|---|---|
| 175 | x92708 | CHEN WANG | Eckhart Avenue Address, Rosemead CA |
| 176 | x93639 | HONGHAI LIU | Eckhart Avenue Address, Rosemead CA |
| 177 | x39548 | JING MI | Eckhart Avenue Address, Rosemead CA |
| 178 | x39577 | JING MI | Eckhart Avenue Address, Rosemead CA |
| 179 | x40126 | ZAICHENG QI | Eckhart Avenue Address, Rosemead CA |
| 180 | x40139 | ZAICHENG QI | Eckhart Avenue Address, Rosemead CA |
| 181 | x53210 | ZONGWEI BAO | Eckhart Avenue Address, Rosemead CA |
| 182 | x54044 | YONGQIONG HU | Eckhart Avenue Address, Rosemead CA |
| 183 | x71836 | ZONGLIANG LIU | Eckhart Avenue Address, Rosemead CA |
| 184 | x73232 | YAN ZHANG | Eckhart Avenue Address, Rosemead CA |
| 185 | x74707 | ZHAODAN LIU | Eckhart Avenue Address, Rosemead CA |
| 186 | x96073 | SI TIAN | Eckhart Avenue Address, Rosemead CA |
| 187 | x96086 | SI TIAN | Eckhart Avenue Address, Rosemead CA |
| 188 | x13833 | BIN LIN | Eckhart Avenue Address, Rosemead CA |
| 189 | x14764 | YINAN PAN | Eckhart Avenue Address, Rosemead CA |
| 190 | x16380 | JIANAN LI | Eckhart Avenue Address, Rosemead CA |
| 191 | x17143 | PENGYU ZHANG | Eckhart Avenue Address, Rosemead CA |
| 192 | x50207 | JING CHENG | Eckhart Avenue Address, Rosemead CA |
| 193 | x50935 | YINGHUI WU | Eckhart Avenue Address, Rosemead CA |
| 194 | x51646 | WEI CAI | Eckhart Avenue Address, Rosemead CA |
| 195 | x52713 | CHUNLEI ZHANG | Eckhart Avenue Address, Rosemead CA |
| 196 | x79534 | ZHE KANG | Eckhart Avenue Address, Rosemead CA |
| 197 | x81535 | MING WANG | Eckhart Avenue Address, Rosemead CA |
| 198 | x82864 | LU WANG | Eckhart Avenue Address, Rosemead CA |
| 199 | x83711 | LIDE HONG | Eckhart Avenue Address, Rosemead CA |
| 200 | x18110 | QUANLONG WEN | Eckhart Avenue Address, Rosemead CA |
| 201 | x19070 | RENZHI YI | Eckhart Avenue Address, Rosemead CA |
| 202 | x20056 | LIYU ZHENG | Eckhart Avenue Address, Rosemead CA |
| 203 | x20564 | TIANQI FAN | Eckhart Avenue Address, Rosemead CA |
| 204 | x24078 | JINGUO JIANG | Eckhart Avenue Address, Rosemead CA |
| 205 | x24955 | CHAOJIE DUAN | Eckhart Avenue Address, Rosemead CA |
| 206 | x25721 | YAN LI | Eckhart Avenue Address, Rosemead CA |
| 207 | x25734 | YAN LI | Eckhart Avenue Address, Rosemead CA |
| 208 | x38666 | LIANXIA HUANG | Eckhart Avenue Address, Rosemead CA |
| 209 | x97254 | PENG XIAO | Eckhart Avenue Address, Rosemead CA |
| 210 | x97953 | SHENGJIE ZHU | Eckhart Avenue Address, Rosemead CA |
| 211 | x98813 | GUANGHONG LAI | Eckhart Avenue Address, Rosemead CA |
| 212 | x99537 | CHEN LIANG | Eckhart Avenue Address, Rosemead CA |
| 213 | x00345 | HUI LI | Eckhart Avenue Address, Rosemead CA |
| 214 | x01137 | BIN WANG | Eckhart Avenue Address, Rosemead CA |
| 215 | x55222 | WENBIN ZHANG | Eckhart Avenue Address, Rosemead CA |
| 216 | x56043 | YAQUAN ZHANG | Eckhart Avenue Address, Rosemead CA |
| 217 | x56852 | WENHE LIU | Eckhart Avenue Address, Rosemead CA |
| 218 | x09119 | XUNAN GUO | Eckhart Avenue Address, Rosemead CA |

| | | | |
|---|---|---|---|
| 219 | x10564 | TIANYUAN MA | Eckhart Avenue Address, Rosemead CA |
| 220 | x11343 | NINGZHEN SU | Eckhart Avenue Address, Rosemead CA |
| 221 | x12355 | XINGBO LIU | Eckhart Avenue Address, Rosemead CA |
| 222 | x14010 | MINGSONG FANG | Eckhart Avenue Address, Rosemead CA |
| 223 | x22028 | BAOGUO HU | Eckhart Avenue Address, Rosemead CA |
| 224 | x22905 | YUN KUANG | Eckhart Avenue Address, Rosemead CA |
| 225 | x24149 | JIBAO CHEN | Eckhart Avenue Address, Rosemead CA |
| 226 | x45500 | GUILING SHU | Eckhart Avenue Address, Rosemead CA |
| 227 | x46402 | XIAOYAN YANG | Eckhart Avenue Address, Rosemead CA |
| 228 | x47401 | XIAOFENG DU | Eckhart Avenue Address, Rosemead CA |
| 229 | x48633 | JIONGHAI SHAO | Eckhart Avenue Address, Rosemead CA |
| 230 | x49797 | WEI WANG | Eckhart Avenue Address, Rosemead CA |
| 231 | x50676 | HAO YANG | Eckhart Avenue Address, Rosemead CA |
| 232 | x26911 | SONGWEN TAN | Eckhart Avenue Address, Rosemead CA |
| 233 | x27826 | XIAOHUI ZHAO | Eckhart Avenue Address, Rosemead CA |
| 234 | x28906 | YU YANG | Eckhart Avenue Address, Rosemead CA |
| 235 | x29921 | HUI HUANG | Eckhart Avenue Address, Rosemead CA |
| 236 | x53256 | YU YANG | Eckhart Avenue Address, Rosemead CA |
| 237 | x76602 | ZHENDONG SUN | Eckhart Avenue Address, Rosemead CA |
| 238 | x77627 | HONG ZHOU | Eckhart Avenue Address, Rosemead CA |
| 239 | x80546 | LIMAO LIANG | Eckhart Avenue Address, Rosemead CA |
| 240 | x81422 | BINGSEN ZHAO | Eckhart Avenue Address, Rosemead CA |
| 241 | x61533 | PING YAO | Eckhart Avenue Address, Rosemead CA |
| 242 | x62639 | PU YAN | Eckhart Avenue Address, Rosemead CA |
| 243 | x64815 | WEI CHENG | Eckhart Avenue Address, Rosemead CA |
| 244 | x66282 | YANQUN ZHU | Eckhart Avenue Address, Rosemead CA |
| 245 | x68245 | YALIN ZHONG | Eckhart Avenue Address, Rosemead CA |
| 246 | x69150 | LIPING DONG | Eckhart Avenue Address, Rosemead CA |
| 247 | x70039 | JIANDONG ZHANG | Eckhart Avenue Address, Rosemead CA |
| 248 | x71041 | JINGLI PENG | Eckhart Avenue Address, Rosemead CA |
| 249 | x33002 | LONGZHONG JIANG | Eckhart Avenue Address, Rosemead CA |
| 250 | x34001 | HAI ZHONG | Eckhart Avenue Address, Rosemead CA |
| 251 | x34959 | HUI YANG | Eckhart Avenue Address, Rosemead CA |
| 252 | x50823 | JIANMIN FENG | Eckhart Avenue Address, Rosemead CA |
| 253 | x51835 | GUANHAO LIU | Eckhart Avenue Address, Rosemead CA |
| 254 | x85063 | NA GAO | Eckhart Avenue Address, Rosemead CA |
| 255 | x85814 | JUN ZHOU | Eckhart Avenue Address, Rosemead CA |
| 256 | x25415 | SHUTONG YUN | Eckhart Avenue Address, Rosemead CA |
| 257 | x26414 | TAO HUANG | Eckhart Avenue Address, Rosemead CA |
| 258 | x10757 | XIAOTONG GONG | Eckhart Avenue Address, Rosemead CA |
| 259 | x11604 | WENJIE WANG | Eckhart Avenue Address, Rosemead CA |
| 260 | x14070 | ZHENYU YANG | Eckhart Avenue Address, Rosemead CA |
| 261 | x14892 | XIAOWEI YANG | Eckhart Avenue Address, Rosemead CA |
| 262 | x82963 | DUO MA | Eckhart Avenue Address, Rosemead CA |

| | | | |
|---|---|---|---|
| 263 | x83645 | GANGJIAN XU | Eckhart Avenue Address, Rosemead CA |
| 264 | x13120 | BIN SU | Eckhart Avenue Address, Rosemead CA |
| 265 | x13913 | PEILONG LI | Eckhart Avenue Address, Rosemead CA |
| 266 | x14530 | YING TAO | Eckhart Avenue Address, Rosemead CA |
| 267 | x29868 | JIONG ZHAO | Eckhart Avenue Address, Rosemead CA |
| 268 | x30909 | JINBIAO HUANG | Eckhart Avenue Address, Rosemead CA |
| 269 | x42415 | LINGYUN ZHAO | Eckhart Avenue Address, Rosemead CA |
| 270 | x57798 | XIUZHEN LIU | Eckhart Avenue Address, Rosemead CA |
| 271 | x58580 | XIANGDONG CAI | Eckhart Avenue Address, Rosemead CA |
| 272 | x86316 | DONGCHENG LAI | Eckhart Avenue Address, Rosemead CA |
| 273 | x86989 | YUBANG TAN | Eckhart Avenue Address, Rosemead CA |
| 274 | x02290 | ZHOULI SHI | Eckhart Avenue Address, Rosemead CA |
| 275 | x03147 | DAN ZHAO | Eckhart Avenue Address, Rosemead CA |
| 276 | x03972 | KEXUN ZHOU | Eckhart Avenue Address, Rosemead CA |
| 277 | x38798 | JING YANG | Eckhart Avenue Address, Rosemead CA |
| 278 | x39315 | SHIGANG FAN | Eckhart Avenue Address, Rosemead CA |
| 279 | x40126 | DONGDONG WANG | Eckhart Avenue Address, Rosemead CA |
| 280 | x79883 | ZHONGREN ZHENG | Eckhart Avenue Address, Rosemead CA |
| 281 | x80500 | ZHIXUAN WANG | Eckhart Avenue Address, Rosemead CA |
| 282 | x81334 | XIANKE TAN | Eckhart Avenue Address, Rosemead CA |
| 283 | x00683 | ZHENG CUI | Eckhart Avenue Address, Rosemead CA |
| 284 | x01404 | YIFAN ZHANG | Eckhart Avenue Address, Rosemead CA |
| 285 | x18743 | HAITAO ZHAO | Eckhart Avenue Address, Rosemead CA |
| 286 | x39890 | GONG SONG | Eckhart Avenue Address, Rosemead CA |
| 287 | x40931 | TAO CHEN | Eckhart Avenue Address, Rosemead CA |
| 288 | x24114 | XUEQUAN HUANG | Eckhart Avenue Address, Rosemead CA |
| 289 | x24842 | RUI LI | Eckhart Avenue Address, Rosemead CA |
| 290 | x25715 | XINYUN ZHU | Eckhart Avenue Address, Rosemead CA |
| 291 | x59325 | RAN YAN | Eckhart Avenue Address, Rosemead CA |
| 292 | x60026 | SICHONG WANG | Eckhart Avenue Address, Rosemead CA |
| 293 | x60893 | JIAN CHEN | Eckhart Avenue Address, Rosemead CA |
| 294 | x76094 | DONGLIAN YU | Eckhart Avenue Address, Rosemead CA |
| 295 | x76984 | ZHONGYUAN ZHANG | Eckhart Avenue Address, Rosemead CA |
| 296 | x01284 | XIAOZHOU XU | Edgewood Address , Alhambra CA |
| 297 | x06143 | QUANSHENG MI | Edgewood Address , Alhambra CA |
| 298 | x35370 | WEIBO SHENG | Edgewood Address , Alhambra CA |
| 299 | x53193 | ZIQIANG MIAO | Edgewood Address , Alhambra CA |
| 300 | x54299 | YAN DU | Edgewood Address , Alhambra CA |
| 301 | x89096 | XINYANG LI | Edgewood Address , Alhambra CA |
| 302 | x89821 | YUSONG BAI | Edgewood Address , Alhambra CA |
| 303 | x26911 | YUSONG BAI | Edgewood Address , Alhambra CA |
| 304 | x97579 | ZIQIANG MIAO | Edgewood Address , Alhambra CA |
| 305 | x07059 | XUEWEI XIAO | Edgewood Address , Alhambra CA |
| 306 | x07088 | XUEWEI XIAO | Edgewood Address , Alhambra CA |

| | | | |
|---|---|---|---|
| 307 | x08375 | JIAN WU | Edgewood Address , Alhambra CA |
| 308 | x11294 | XIAONING WU | Edgewood Address , Alhambra CA |
| 309 | x11317 | XIAONING WU | Edgewood Address , Alhambra CA |
| 310 | x65301 | YAN ZHANG | Garvey Addresses, Monterey Park CA |
| 311 | x80056 | GENG LI | Garvey Addresses, Monterey Park CA |
| 312 | x80069 | GENG LI | Garvey Addresses, Monterey Park CA |
| 313 | x23311 | KEJUN PAN | Garvey Addresses, Monterey Park CA |
| 314 | x45658 | TIAN XIA | Garvey Addresses, Monterey Park CA |
| 315 | x50326 | ZHIWEI LIU | Garvey Addresses, Monterey Park CA |
| 316 | x06322 | YEBIN ZHANG | Garvey Addresses, Monterey Park CA |
| 317 | x75528 | ZHENYU BU | Garvey Addresses, Monterey Park CA |
| 318 | x18576 | YONGYAO ZHENG | Garvey Addresses, Monterey Park CA |
| 319 | x03012 | YAN ZHANG | Garvey Addresses, Monterey Park CA |
| 320 | x28242 | JIGANG ZONG | Garvey Addresses, Monterey Park CA |
| 321 | x82926 | PENGFEI WEI | Garvey Addresses, Monterey Park CA |
| 322 | x85237 | CHUAN DING | Garvey Addresses, Monterey Park CA |
| 323 | x72846 | PUXUN WANG | Garvey Addresses, Monterey Park CA |
| 324 | x94148 | YU DONG | Garvey Addresses, Monterey Park CA |
| 325 | x94177 | YU DONG | Garvey Addresses, Monterey Park CA |
| 326 | x93933 | ZHONGCHENG HAN | Lambert Address, El Monte CA |
| 327 | x93959 | DONGBIAO GAN | Lambert Address, El Monte CA |
| 328 | x93988 | MINGXUAN LIU | Lambert Address, El Monte CA |
| 329 | x94000 | XIANYIN LI | Lambert Address, El Monte CA |
| 330 | x94055 | DIANZHI LI | Lambert Address, El Monte CA |
| 331 | x68146 | XUE ZHANG | Lambert Address, El Monte CA |
| 332 | x70202 | LINA E LARSSON | Lambert Address, El Monte CA |
| 333 | x79766 | YONGBO BAI | Lambert Address, El Monte CA |
| 334 | x82394 | MANJUN XU | Lambert Address, El Monte CA |
| 335 | x58618 | MANJUN XU | Lambert Address, El Monte CA |
| 336 | x63431 | GUIZHI ZHENG | Lambert Address, El Monte CA |
| 337 | x95344 | YUANHUA LI | Lambert Address, El Monte CA |
| 338 | x40112 | ZHUKAI ZHANG | Lambert Address, El Monte CA |
| 339 | x32813 | KUN HUANG | Lambert Address, El Monte CA |
| 340 | x06749 | DEMIN ZHANG | Lambert Address, El Monte CA |
| 341 | x44947 | JIANYI HE | Lambert Address, El Monte CA |
| 342 | x55761 | JIANYI HE | Lambert Address, El Monte CA |
| 343 | x83044 | XUAN YANG | Lambert Address, El Monte CA |
| 344 | x90590 | JIACHENG ZHANG | Lambert Address, El Monte CA |
| 345 | x11088 | YI CHENG | Lambert Address, El Monte CA |
| 346 | x11868 | PENG LIU | Lambert Address, El Monte CA |
| 347 | x12333 | WEN DU | Lambert Address, El Monte CA |
| 348 | x35828 | LILI ZHAO | Lambert Address, El Monte CA |
| 349 | x36775 | CHENG WANG | Lambert Address, El Monte CA |
| 350 | x37648 | LIANG PENG | Lambert Address, El Monte CA |

| | | | |
|---|---|---|---|
| 351 | x38469 | JUNWEI LI | Lambert Address, El Monte CA |
| 352 | x38485 | JUNWEI LI | Lambert Address, El Monte CA |
| 353 | x26341 | AIPING WANG | Lambert Address, El Monte CA |
| 354 | x27230 | BAOYONG YIN | Lambert Address, El Monte CA |
| 355 | x28239 | JIGANG ZONG | Lambert Address, El Monte CA |
| 356 | x29416 | ZHAOWEN SHI | Lambert Address, El Monte CA |
| 357 | x52396 | TINGTING ZHANG | Lambert Address, El Monte CA |
| 358 | x89518 | RONG ZHANG | Lambert Address, El Monte CA |
| 359 | x90400 | JIANBO ZHOU | Lambert Address, El Monte CA |
| 360 | x91140 | LONGSHENG HE | Lambert Address, El Monte CA |
| 361 | x91166 | LONGSHENG HE | Lambert Address, El Monte CA |
| 362 | x09903 | QIANG SHEN | Lambert Address, El Monte CA |
| 363 | x10824 | MANXING DONG | Lambert Address, El Monte CA |
| 364 | x11700 | XISHAN WANG | Lambert Address, El Monte CA |
| 365 | x79661 | HUI TIAN | Lambert Address, El Monte CA |
| 366 | x79674 | HUI TIAN | Lambert Address, El Monte CA |
| 367 | x80498 | HONGMING LI | Lambert Address, El Monte CA |
| 368 | x15884 | JIACHEN TANG | Lambert Address, El Monte CA |
| 369 | x16650 | SHENG LIU | Lambert Address, El Monte CA |
| 370 | x16663 | SHENG LIU | Lambert Address, El Monte CA |
| 371 | x78009 | LIANG MA | Lambert Address, El Monte CA |
| 372 | x78766 | SHUXIAN ZHOU | Lambert Address, El Monte CA |
| 373 | x39278 | HAIJIAO ZHANG | Lambert Address, El Monte CA |
| 374 | x40241 | LIANG WANG | Lambert Address, El Monte CA |
| 375 | x40254 | LIANG WANG | Lambert Address, El Monte CA |
| 376 | x23443 | YIZHEN ZHANG | Lambert Address, El Monte CA |
| 377 | x23456 | YIZHEN ZHANG | Lambert Address, El Monte CA |
| 378 | x58065 | AIPING WANG | Lambert Address, El Monte CA |
| 379 | x43712 | XIAOBO LEI | Nogales Street Address, Rowland Heights CA |
| 380 | x62078 | XIAOLING WANG | Nogales Street Address, Rowland Heights CA |
| 381 | x85301 | ZI WANG | Nogales Street Address, Rowland Heights CA |
| 382 | x71308 | MINGYANG LI | Nogales Street Address, Rowland Heights CA |
| 383 | x26897 | HAINAN ZHUANG | Nogales Street Address, Rowland Heights CA |
| 384 | x66857 | YING CHAI | Nogales Street Address, Rowland Heights CA |
| 385 | x51076 | BO ZHU | Nogales Street Address, Rowland Heights CA |
| 386 | x66100 | ZHIJUN TANG | Nogales Street Address, Rowland Heights CA |
| 387 | x69107 | HAIQUAN GAO | Nogales Street Address, Rowland Heights CA |
| 388 | x51808 | XIAOXIAO DUAN | Nogales Street Address, Rowland Heights CA |
| 389 | x69311 | ZHI YANG | Nogales Street Address, Rowland Heights CA |
| 390 | x73145 | LIU TANG | Nogales Street Address, Rowland Heights CA |
| 391 | x78186 | WEIMEI LI | Nogales Street Address, Rowland Heights CA |
| 392 | x68370 | LINGHUI KONG | Nogales Street Address, Rowland Heights CA |
| 393 | x80374 | YONGJIAN XU | Nogales Street Address, Rowland Heights CA |
| 394 | x11761 | TIANZHENG XIE | Nogales Street Address, Rowland Heights CA |

| | | | |
|---|---|---|---|
| 395 | x12922 | PENG TIAN | Nogales Street Address, Rowland Heights CA |
| 396 | x33819 | XUGUANG CHEN | Nogales Street Address, Rowland Heights CA |
| 397 | x44444 | LIN WANG | Nogales Street Address, Rowland Heights CA |
| 398 | x49546 | YUKA TOYODA | Nogales Street Address, Rowland Heights CA |
| 399 | x10641 | TAKAHIRO KATAYAMA | Nogales Street Address, Rowland Heights CA |
| 400 | x35948 | YANMIN GUO | Nogales Street Address, Rowland Heights CA |
| 401 | x82409 | CHANGZHONG LI | Nogales Street Address, Rowland Heights CA |
| 402 | x92411 | WENJING HU | Nogales Street Address, Rowland Heights CA |
| 403 | x99184 | YUWEI LU | Nogales Street Address, Rowland Heights CA |
| 404 | x06831 | LI MENG | Nogales Street Address, Rowland Heights CA |
| 405 | x36063 | XINGUO CHEN | Nogales Street Address, Rowland Heights CA |
| 406 | x49654 | LONGWEI MA | Nogales Street Address, Rowland Heights CA |
| 407 | x50643 | DEXIN ZHAO | Nogales Street Address, Rowland Heights CA |
| 408 | x44249 | CONGCONG YIN | Nogales Street Address, Rowland Heights CA |
| 409 | x46975 | LONG LYU | Nogales Street Address, Rowland Heights CA |
| 410 | x48290 | XIN ZHAO | Nogales Street Address, Rowland Heights CA |
| 411 | x69283 | GANG WU | Nogales Street Address, Rowland Heights CA |
| 412 | x71488 | SIQIANG LIAO | Nogales Street Address, Rowland Heights CA |
| 413 | x72649 | JIAYU JIANG | Nogales Street Address, Rowland Heights CA |
| 414 | x54179 | SONGJUN LYU | Nogales Street Address, Rowland Heights CA |
| 415 | x54991 | MINGGAO HUANG | Nogales Street Address, Rowland Heights CA |
| 416 | x61502 | YUCHEN YANG | Nogales Street Address, Rowland Heights CA |
| 417 | x62611 | BIN WU | Nogales Street Address, Rowland Heights CA |
| 418 | x09037 | YONGLIAN XU | Nogales Street Address, Rowland Heights CA |
| 419 | x66391 | YOUQIANG CHEN | Nogales Street Address, Rowland Heights CA |
| 420 | x26927 | TENGFEI WU | Nogales Street Address, Rowland Heights CA |
| 421 | x27803 | LIN WANG | Nogales Street Address, Rowland Heights CA |
| 422 | x78614 | Biqiang Ma | Nogales Street Address, Rowland Heights CA |
| 423 | x78643 | Biqiang Ma | Nogales Street Address, Rowland Heights CA |
| 424 | x65715 | Jinlong He | Nogales Street Address, Rowland Heights CA |
| 425 | x65728 | Jinlong He | Nogales Street Address, Rowland Heights CA |
| 426 | x10748 | Lianwei Du | Nogales Street Address, Rowland Heights CA |
| 427 | x52625 | Dengmin Fu | Nogales Street Address, Rowland Heights CA |
| 428 | x52641 | Dengmin Fu | Nogales Street Address, Rowland Heights CA |
| 429 | x79892 | JIANYE XU | Nogales Street Address, Rowland Heights CA |
| 430 | x71257 | NORIKO AKIHARA | Nogales Street Address, Rowland Heights CA |
| 431 | x81419 | ZHENZHEN TANG | Nogales Street Address, Rowland Heights CA |
| 432 | x88195 | RONGYI HUNG | Nogales Street Address, Rowland Heights CA |
| 433 | x59943 | JIANGSHENG WU | Nogales Street Address, Rowland Heights CA |
| 434 | x63302 | Shengye Zhong | Nogales Street Address, Rowland Heights CA |
| 435 | x10734 | WEIQI MENG | Nogales Street Address, Rowland Heights CA |
| 436 | x11539 | WEIQI MENG | Nogales Street Address, Rowland Heights CA |
| 437 | x81530 | Fei Zhou | Nogales Street Address, Rowland Heights CA |
| 438 | x81543 | Fei Zhou | Nogales Street Address, Rowland Heights CA |

| 439 | x86001 | Jianyi Ning | Nogales Street Address, Rowland Heights CA |
|---|---|---|---|
| 440 | x81931 | Jianyi Ning | Nogales Street Address, Rowland Heights CA |
| 441 | x02661 | Dongliang Liu | Nogales Street Address, Rowland Heights CA |
| 442 | x02687 | Doujuan Wei | Nogales Street Address, Rowland Heights CA |
| 443 | x08921 | Jianhu Xu | Nogales Street Address, Rowland Heights CA |
| 444 | x40963 | YANDONG ZHANG | Nogales Street Address, Rowland Heights CA |
| 445 | x96746 | MING CHEN | Nogales Street Address, Rowland Heights CA |
| 446 | x15792 | BO LU | Nogales Street Address, Rowland Heights CA |
| 447 | x01409 | Shan Ouyang | Nogales Street Address, Rowland Heights CA |
| 448 | x02178 | Zhihua Wu | Nogales Street Address, Rowland Heights CA |
| 449 | x54989 | MEIZHEN WANG | Nogales Street Address, Rowland Heights CA |
| 450 | x82032 | LU REN | Nogales Street Address, Rowland Heights CA |
| 451 | x55393 | CHANG LIU | Nogales Street Address, Rowland Heights CA |
| 452 | x55775 | LIANG LEI | Nogales Street Address, Rowland Heights CA |
| 453 | x56253 | YIHE ZHANG | Nogales Street Address, Rowland Heights CA |
| 454 | x57223 | XIAODONG WANG | Nogales Street Address, Rowland Heights CA |
| 455 | x57647 | JUNLEI WANG | Nogales Street Address, Rowland Heights CA |
| 456 | x62616 | GUANGLIN SUN | Nogales Street Address, Rowland Heights CA |
| 457 | x63657 | XINWEN LIU | Nogales Street Address, Rowland Heights CA |
| 458 | x81668 | FUKUN LIU | Nogales Street Address, Rowland Heights CA |
| 459 | x82366 | XUAN LUO | Nogales Street Address, Rowland Heights CA |
| 460 | x95599 | ZHIMING ZHOU | Nogales Street Address, Rowland Heights CA |
| 461 | x12605 | BAOHONG CAO | Nogales Street Address, Rowland Heights CA |
| 462 | x19873 | YAOFENG WANG | Nogales Street Address, Rowland Heights CA |
| 463 | x42154 | FENG CHEN | Nogales Street Address, Rowland Heights CA |
| 464 | x67171 | XING ZHAO | Nogales Street Address, Rowland Heights CA |
| 465 | x68293 | YUE HUANG | Nogales Street Address, Rowland Heights CA |
| 466 | x70197 | CHENJIAN YU | Nogales Street Address, Rowland Heights CA |
| 467 | x21884 | XUENING MEI | Nogales Street Address, Rowland Heights CA |
| 468 | x02567 | MAN WAI LUI | Nogales Street Address, Rowland Heights CA |
| 469 | x61207 | DONG LIN | Nogales Street Address, Rowland Heights CA |
| 470 | x62183 | YONGAN DENG | Nogales Street Address, Rowland Heights CA |
| 471 | x87595 | TAO GAO | Nogales Street Address, Rowland Heights CA |
| 472 | x92810 | WENZHENG WEI | Nogales Street Address, Rowland Heights CA |
| 473 | x63821 | MINGSHI ZHANG | Nogales Street Address, Rowland Heights CA |
| 474 | x42389 | WENBO LI | Nogales Street Address, Rowland Heights CA |
| 475 | x48786 | HUAQING LI | Nogales Street Address, Rowland Heights CA |
| 476 | x48809 | HUAQING LI | Nogales Street Address, Rowland Heights CA |
| 477 | x59060 | KE SONG | Nogales Street Address, Rowland Heights CA |
| 478 | x54677 | CONG YU | Nogales Street Address, Rowland Heights CA |
| 479 | x64171 | JING WANG | Nogales Street Address, Rowland Heights CA |
| 480 | x94510 | DAIMEI QIN | Nogales Street Address, Rowland Heights CA |
| 481 | x82875 | QING LI | Nogales Street Address, Rowland Heights CA |
| 482 | x85047 | SHANSHAN LIN | Nogales Street Address, Rowland Heights CA |

| | | | |
|---|---|---|---|
| 483 | x37649 | LONGJIANG ZHOU | Nogales Street Address, Rowland Heights CA |
| 484 | x46528 | DAN ZHAO | Nogales Street Address, Rowland Heights CA |
| 485 | x41045 | JUAN LIU | Nogales Street Address, Rowland Heights CA |
| 486 | x62626 | DONGXIONG SHEN | Nogales Street Address, Rowland Heights CA |
| 487 | x06345 | XINGBO LIU | Nogales Street Address, Rowland Heights CA |
| 488 | x07519 | WEI WU | Nogales Street Address, Rowland Heights CA |
| 489 | x50100 | JIAYANG YANG | Nogales Street Address, Rowland Heights CA |
| 490 | x90885 | MINGDA HE | Nogales Street Address, Rowland Heights CA |
| 491 | x90924 | MINGDA HE | Nogales Street Address, Rowland Heights CA |
| 492 | x93222 | BIN WANG | Nogales Street Address, Rowland Heights CA |
| 493 | x30295 | YI WU | Nogales Street Address, Rowland Heights CA |
| 494 | x32044 | GEJI HU | Nogales Street Address, Rowland Heights CA |
| 495 | x03336 | YU ZHANG | Nogales Street Address, Rowland Heights CA |
| 496 | x67725 | NORMAN RECITAS | Nogales Street Address, Rowland Heights CA |
| 497 | x50658 | BO TANG | Nogales Street Address, Rowland Heights CA |
| 498 | x52711 | SHIYUE ZHANG | Nogales Street Address, Rowland Heights CA |
| 499 | x54489 | ZHI ZHANG | Nogales Street Address, Rowland Heights CA |
| 500 | x95943 | CHRISTOPHER PACATAN | Nogales Street Address, Rowland Heights CA |
| 501 | x28917 | SHAO LEI | Nogales Street Address, Rowland Heights CA |
| 502 | x79552 | RONIE AGUDO | Nogales Street Address, Rowland Heights CA |
| 503 | x80350 | JOEL JUANILLO | Nogales Street Address, Rowland Heights CA |
| 504 | x85822 | YU ZHANG | Nogales Street Address, Rowland Heights CA |
| 505 | x33338 | BIN WANG | Nogales Street Address, Rowland Heights CA |
| 506 | x25827 | WENJIE CHEN | Rio Hondo Address, Rosemead CA |
| 507 | x25856 | WENJIE CHEN | Rio Hondo Address, Rosemead CA |
| 508 | x00374 | Juan Li | Rio Hondo Address, Rosemead CA |
| 509 | x96652 | QINGNAN WANG | Rio Hondo Address, Rosemead CA |
| 510 | x97185 | JINZE HAN | Rio Hondo Address, Rosemead CA |
| 511 | x03147 | ANJIN XIE | Rio Hondo Address, Rosemead CA |
| 512 | x04191 | TAO LIU | Rio Hondo Address, Rosemead CA |
| 513 | x98816 | JUANJUAN XU | Rio Hondo Address, Rosemead CA |
| 514 | x98829 | JUANJUAN XU | Rio Hondo Address, Rosemead CA |
| 515 | x00102 | YI LIU | Rio Hondo Address, Rosemead CA |
| 516 | x00115 | YI LIU | Rio Hondo Address, Rosemead CA |
| 517 | x00953 | YICHENG XIA | Rio Hondo Address, Rosemead CA |
| 518 | x03578 | FENGYANG YAN | Rio Hondo Address, Rosemead CA |
| 519 | x04616 | LAIGUO ZHAI | Rio Hondo Address, Rosemead CA |
| 520 | x59671 | PENG XIONG | Rio Hondo Address, Rosemead CA |
| 521 | x60482 | YIFAN HUANG | Rio Hondo Address, Rosemead CA |
| 522 | x95421 | JIANING ZHONG | Rio Hondo Address, Rosemead CA |
| 523 | x95447 | JIANING ZHONG | Rio Hondo Address, Rosemead CA |
| 524 | x96420 | NINGYANG LIU | Rio Hondo Address, Rosemead CA |
| 525 | x96433 | NINGYANG LIU | Rio Hondo Address, Rosemead CA |
| 526 | x93420 | YI QIAN | Rio Hondo Address, Rosemead CA |

| | | | |
|---|---|---|---|
| 527 | x94209 | LIANGXIAO NI | Rio Hondo Address, Rosemead CA |
| 528 | x94225 | LIANGXIAO NI | Rio Hondo Address, Rosemead CA |
| 529 | x95114 | YUTAO HE | Rio Hondo Address, Rosemead CA |
| 530 | x73683 | TINGZUN WEI | Rio Hondo Address, Rosemead CA |
| 531 | x74491 | TING CHEN | Rio Hondo Address, Rosemead CA |
| 532 | x12706 | YUEHUI YANG | Rio Hondo Address, Rosemead CA |
| 533 | x12719 | YUEHUI YANG | Rio Hondo Address, Rosemead CA |
| 534 | x13488 | WEIXIN LI | Rio Hondo Address, Rosemead CA |
| 535 | x14157 | HAICHENG TANG | Rio Hondo Address, Rosemead CA |
| 536 | x80903 | JIANBAO ZHENG | Rio Hondo Address, Rosemead CA |
| 537 | x80916 | JIANBAO ZHENG | Rio Hondo Address, Rosemead CA |
| 538 | x82066 | HUIMING YANG | Rio Hondo Address, Rosemead CA |
| 539 | x82079 | HUIMING YANG | Rio Hondo Address, Rosemead CA |
| 540 | x83162 | XIAODONG ZHANG | Rio Hondo Address, Rosemead CA |
| 541 | x54976 | JIE CHEN | Rio Hondo Address, Rosemead CA |
| 542 | x55603 | TIEJUN WANG | Rio Hondo Address, Rosemead CA |
| 543 | x86520 | JINYANG LIU | Rio Hondo Address, Rosemead CA |
| 544 | x32075 | HAI HE | Rio Hondo Address, Rosemead CA |
| 545 | x33359 | YAGUANG WANG | Rio Hondo Address, Rosemead CA |
| 546 | x15369 | JINYUAN TONG | Rio Hondo Address, Rosemead CA |
| 547 | x16300 | XIAOLEI WANG | Rio Hondo Address, Rosemead CA |
| 548 | x16339 | XIAOLEI WANG | Rio Hondo Address, Rosemead CA |
| 549 | x17082 | YITONG YAO | Rio Hondo Address, Rosemead CA |
| 550 | x34146 | JIANQUAN WEN | Rio Hondo Address, Rosemead CA |
| 551 | x63625 | KI SO | Rio Hondo Address, Rosemead CA |
| 552 | x63638 | KI SO | Rio Hondo Address, Rosemead CA |
| 553 | x64446 | SHENGHUA HONG | Rio Hondo Address, Rosemead CA |
| 554 | x65652 | XIAO MA | Rio Hondo Address, Rosemead CA |
| 555 | x01268 | ZIHAN XU | Sherwood Road Address, San Marino CA |
| 556 | x65751 | DAIMEI QIN | Sherwood Road Address, San Marino CA |
| 557 | x46588 | YAN WANG | Sherwood Road Address, San Marino CA |
| 558 | x46591 | YAN WANG | Sherwood Road Address, San Marino CA |
| 559 | x48007 | SHENGYUAN GENG | Sherwood Road Address, San Marino CA |
| 560 | x48010 | SHENGYUAN GENG | Sherwood Road Address, San Marino CA |
| 561 | x99904 | GOLDEN SANDS SERVIC | Sherwood Road Address, San Marino CA |
| 562 | x01012 | M MAGIC CLUB LTD | Sherwood Road Address, San Marino CA |
| 563 | x02406 | YITIAN YANG | Sherwood Road Address, San Marino CA |
| 564 | x02419 | YITIAN YANG | Sherwood Road Address, San Marino CA |
| 565 | x27290 | SHENG ZHANG | Sherwood Road Address, San Marino CA |
| 566 | x85805 | SHUAIBIN ZHANG | Sherwood Road Address, San Marino CA |
| 567 | x85818 | SHUAIBIN ZHANG | Sherwood Road Address, San Marino CA |
| 568 | x12296 | GUODONG HUANG | Sherwood Road Address, San Marino CA |
| 569 | x12319 | GUODONG HUANG | Sherwood Road Address, San Marino CA |
| 570 | x92818 | XIN LI | Sherwood Road Address, San Marino CA |

| | | | |
|---|---|---|---|
| 571 | x92834 | XIN LI | Sherwood Road Address, San Marino CA |
| 572 | x32418 | PENGFEI HU | Sherwood Road Address, San Marino CA |
| 573 | x63432 | YAN CHEN | Sherwood Road Address, San Marino CA |
| 574 | x63445 | YAN CHEN | Sherwood Road Address, San Marino CA |
| 575 | x35616 | WENFU SHI | Sherwood Road Address, San Marino CA |
| 576 | x36301 | SIYUAN HUANG | Sherwood Road Address, San Marino CA |
| 577 | x35561 | LIANG GAO | Sherwood Road Address, San Marino CA |
| 578 | x36308 | BIN GUAN | Sherwood Road Address, San Marino CA |
| 579 | x50258 | DEYANG LIN | Sherwood Road Address, San Marino CA |
| 580 | x50274 | DEYANG LIN | Sherwood Road Address, San Marino CA |
| 581 | x51053 | CHENJIAO ZHU | Sherwood Road Address, San Marino CA |
| 582 | x51079 | CHENJIAO ZHU | Sherwood Road Address, San Marino CA |
| 583 | x90153 | WENZHAO MAO | Sherwood Road Address, San Marino CA |
| 584 | x58776 | RONGSHUN ZHAO | Sherwood Road Address, San Marino CA |
| 585 | x64210 | SHIQIANG FENG | Sherwood Road Address, San Marino CA |
| 586 | x64993 | HAIBIN LIN | Sherwood Road Address, San Marino CA |
| 587 | x84300 | YING ZHANG | Sherwood Road Address, San Marino CA |
| 588 | x84339 | YING ZHANG | Sherwood Road Address, San Marino CA |
| 589 | x85273 | DONGKAI LAN | Sherwood Road Address, San Marino CA |
| 590 | x84870 | LIZHU LIN | Sherwood Road Address, San Marino CA |
| 591 | x84883 | LIZHU LIN | Sherwood Road Address, San Marino CA |
| 592 | x86182 | XITONG WANG | Sherwood Road Address, San Marino CA |
| 593 | x86195 | XITONG WANG | Sherwood Road Address, San Marino CA |
| 594 | x87709 | FEILONG QIU | Sherwood Road Address, San Marino CA |
| 595 | x87725 | FEILONG QIU | Sherwood Road Address, San Marino CA |
| 596 | x89163 | JIANTING MAI | Sherwood Road Address, San Marino CA |
| 597 | x89176 | JIANTING MAI | Sherwood Road Address, San Marino CA |
| 598 | x03132 | SHUAI ZHAO | Sherwood Road Address, San Marino CA |
| 599 | x03145 | SHUAI ZHAO | Sherwood Road Address, San Marino CA |
| 600 | x06508 | ZHEN CHEN | Sherwood Road Address, San Marino CA |
| 601 | x06524 | ZHEN CHEN | Sherwood Road Address, San Marino CA |
| 602 | x49507 | YUHAN LIU | Sherwood Road Address, San Marino CA |
| 603 | x50907 | CHAOHAO JIN | Sherwood Road Address, San Marino CA |
| 604 | x50910 | CHAOHAO JIN | Sherwood Road Address, San Marino CA |
| 605 | x64511 | JIAHUI CAI | Sherwood Road Address, San Marino CA |
| 606 | x64540 | JIAHUI CAI | Sherwood Road Address, San Marino CA |
| 607 | x84323 | ABCC ARISTOCRAT ENT| Sherwood Road Address, San Marino CA |
| 608 | x86127 | XIAO MA | Sherwood Road Address, San Marino CA |
| 609 | x86745 | RENGENG LIU | Sherwood Road Address, San Marino CA |
| 610 | x86758 | RENGENG LIU | Sherwood Road Address, San Marino CA |
| 611 | x89739 | MENG JU LTD | Sherwood Road Address, San Marino CA |
| 612 | x68139 | XIANMIAO QU | Sherwood Road Address, San Marino CA |
| 613 | x69002 | HUANHUAN LIANG | Sherwood Road Address, San Marino CA |
| 614 | x38221 | QIAN LIU | Sherwood Road Address, San Marino CA |

| | | | |
|---|---|---|---|
| 615 | x26366 | YUNPING LOU | Sherwood Road Address, San Marino CA |
| 616 | x26395 | YUNPING LOU | Sherwood Road Address, San Marino CA |
| 617 | x27514 | DAKAO LIN | Sherwood Road Address, San Marino CA |
| 618 | x28788 | YAN HUANG | Sherwood Road Address, San Marino CA |
| 619 | x28791 | YAN HUANG | Sherwood Road Address, San Marino CA |
| 620 | x04505 | TINGYI WEI | Sherwood Road Address, San Marino CA |
| 621 | x04819 | CHUNRUI ZHANG | Sherwood Road Address, San Marino CA |
| 622 | x04835 | CHUNRUI ZHANG | Sherwood Road Address, San Marino CA |
| 623 | x45933 | LIYE LIANG | Sherwood Road Address, San Marino CA |
| 624 | x45946 | LIYE LIANG | Sherwood Road Address, San Marino CA |
| 625 | x46699 | ZHAO ZHOU | Sherwood Road Address, San Marino CA |
| 626 | x85692 | LUO YANG | Sherwood Road Address, San Marino CA |
| 627 | x85702 | LUO YANG | Sherwood Road Address, San Marino CA |
| 628 | x86413 | YONGFENG JIN | Sherwood Road Address, San Marino CA |
| 629 | x86439 | YONGFENG JIN | Sherwood Road Address, San Marino CA |
| 630 | x87250 | XIAOHUI CHAI | Sherwood Road Address, San Marino CA |
| 631 | x87263 | XIAOHUI CHAI | Sherwood Road Address, San Marino CA |
| 632 | x12565 | MINGBO AI | Sherwood Road Address, San Marino CA |
| 633 | x12578 | MINGBO AI | Sherwood Road Address, San Marino CA |
| 634 | x69330 | WENXING YAN | Sherwood Road Address, San Marino CA |
| 635 | x69343 | WENXING YAN | Sherwood Road Address, San Marino CA |
| 636 | x70552 | XIANGYANG GUAN | Sherwood Road Address, San Marino CA |
| 637 | x27337 | YANBIN LI | Sherwood Road Address, San Marino CA |
| 638 | x27340 | YANBIN LI | Sherwood Road Address, San Marino CA |
| 639 | x28394 | LIN LIU | Sherwood Road Address, San Marino CA |
| 640 | x29487 | XUEQIN LIU | Sherwood Road Address, San Marino CA |
| 641 | x29500 | XUEQIN LIU | Sherwood Road Address, San Marino CA |
| 642 | x85159 | TING TANG | Sherwood Road Address, San Marino CA |
| 643 | x86608 | XINLEI YOU | Sherwood Road Address, San Marino CA |
| 644 | x88156 | XIAO LU | Sherwood Road Address, San Marino CA |
| 645 | x88172 | XIAO LU | Sherwood Road Address, San Marino CA |
| 646 | x89595 | DONGXIAO YU | Sherwood Road Address, San Marino CA |
| 647 | x28883 | YONGQIANG CHEN | Sherwood Road Address, San Marino CA |
| 648 | x29853 | WENTAO YANG | Sherwood Road Address, San Marino CA |
| 649 | x29866 | WENTAO YANG | Sherwood Road Address, San Marino CA |
| 650 | x32345 | YINZHEN ZHAN | Sherwood Road Address, San Marino CA |
| 651 | x33399 | HUALONG HU | Sherwood Road Address, San Marino CA |
| 652 | x33425 | HUALONG HU | Sherwood Road Address, San Marino CA |
| 653 | x13675 | HONG CHEN | Sherwood Road Address, San Marino CA |
| 654 | x13688 | HONG CHEN | Sherwood Road Address, San Marino CA |
| 655 | x14441 | JIE FENG | Sherwood Road Address, San Marino CA |
| 656 | x15165 | SHUANG LIU | Sherwood Road Address, San Marino CA |
| 657 | x15181 | SHUANG LIU | Sherwood Road Address, San Marino CA |
| 658 | x16148 | CUIHONG HUANG | Sherwood Road Address, San Marino CA |

| | | | |
|---|---|---|---|
| 659 | x16151 | CUIHONG HUANG | Sherwood Road Address, San Marino CA |
| 660 | x34065 | CONG ZHU | Sherwood Road Address, San Marino CA |
| 661 | x34117 | CONG ZHU | Sherwood Road Address, San Marino CA |
| 662 | x34926 | DACHENG MU | Sherwood Road Address, San Marino CA |
| 663 | x34939 | DACHENG MU | Sherwood Road Address, San Marino CA |
| 664 | x03115 | YANG LIU | Sherwood Road Address, San Marino CA |
| 665 | x03128 | YANG LIU | Sherwood Road Address, San Marino CA |
| 666 | x03814 | ZHUNYUAN DENG | Sherwood Road Address, San Marino CA |
| 667 | x05359 | ZHIDONG JIANG | Sherwood Road Address, San Marino CA |
| 668 | x06442 | YANG LU | Sherwood Road Address, San Marino CA |
| 669 | x06455 | YANG LU | Sherwood Road Address, San Marino CA |
| 670 | x60475 | YANZHUO LUO | Sherwood Road Address, San Marino CA |
| 671 | x61160 | YANZHUO LUO | Sherwood Road Address, San Marino CA |
| 672 | x61966 | YINGXIANG HAN | Sherwood Road Address, San Marino CA |
| 673 | x61982 | YINGXIANG HAN | Sherwood Road Address, San Marino CA |
| 674 | x62826 | HUIJUN ZHAO | Sherwood Road Address, San Marino CA |
| 675 | x62842 | HUIJUN ZHAO | Sherwood Road Address, San Marino CA |
| 676 | x35423 | YUNPENG AN | Sherwood Road Address, San Marino CA |
| 677 | x35449 | YUNPENG AN | Sherwood Road Address, San Marino CA |
| 678 | x36257 | QIANG ZHANG | Sherwood Road Address, San Marino CA |
| 679 | x36273 | QIANG ZHANG | Sherwood Road Address, San Marino CA |
| 680 | x37942 | FEI WANG | Sherwood Road Address, San Marino CA |
| 681 | x37971 | FEI WANG | Sherwood Road Address, San Marino CA |
| 682 | x39076 | WEIFENG CAI | Sherwood Road Address, San Marino CA |
| 683 | x39089 | WEIFENG CAI | Sherwood Road Address, San Marino CA |
| 684 | x75124 | YONGJIANG LI | Sherwood Road Address, San Marino CA |
| 685 | x75137 | YONGJIANG LI | Sherwood Road Address, San Marino CA |
| 686 | x51446 | MEI HAN TSO | Sherwood Road Address, San Marino CA |
| 687 | x51459 | MEI HAN TSO | Sherwood Road Address, San Marino CA |
| 688 | x53075 | CHUNG HUEN HO | Sherwood Road Address, San Marino CA |
| 689 | x53091 | CHUNG HUEN HO | Sherwood Road Address, San Marino CA |
| 690 | x83621 | CHUNXIANG LIU | Sherwood Road Address, San Marino CA |
| 691 | x84617 | LONGYU FENG | Sherwood Road Address, San Marino CA |
| 692 | x84659 | LONGYU FENG | Sherwood Road Address, San Marino CA |
| 693 | x06621 | JINGZHONG CHEN | Sherwood Road Address, San Marino CA |
| 694 | x82454 | YUBIN LIN | Sherwood Road Address, San Marino CA |
| 695 | x82467 | YUBIN LIN | Sherwood Road Address, San Marino CA |
| 696 | x83958 | QIJIE LI | Sherwood Road Address, San Marino CA |
| 697 | x83961 | QIJIE LI | Sherwood Road Address, San Marino CA |
| 698 | x48097 | YUNFEI SONG | Sherwood Road Address, San Marino CA |
| 699 | x48110 | YUNFEI SONG | Sherwood Road Address, San Marino CA |
| 700 | x48893 | YANCHUN MENG | Sherwood Road Address, San Marino CA |
| 701 | x48903 | YANCHUN MENG | Sherwood Road Address, San Marino CA |
| 702 | x44367 | YUEMING SUN | Sherwood Road Address, San Marino CA |

| | | | |
|---|---|---|---|
| 703 | x45560 | QINGFENG WU | Sherwood Road Address, San Marino CA |
| 704 | x45586 | QINGFENG WU | Sherwood Road Address, San Marino CA |
| 705 | x36599 | GUOXING MI | Sherwood Road Address, San Marino CA |
| 706 | x36612 | GUOXING MI | Sherwood Road Address, San Marino CA |
| 707 | x37323 | PENGJU JIN | Sherwood Road Address, San Marino CA |
| 708 | x37336 | PENGJU JIN | Sherwood Road Address, San Marino CA |
| 709 | x80367 | QINFANG ZHENG | Sherwood Road Address, San Marino CA |
| 710 | x34828 | YINGFU XIA | Sherwood Road Address, San Marino CA |
| 711 | x34831 | YINGFU XIA | Sherwood Road Address, San Marino CA |
| 712 | x34996 | QINGYANG ZHU | Sherwood Road Address, San Marino CA |
| 713 | x35005 | QINGYANG ZHU | Sherwood Road Address, San Marino CA |
| 714 | x35351 | XIANGFENG | Sherwood Road Address, San Marino CA |
| 715 | x83332 | MEIJUAN GU | Sherwood Road Address, San Marino CA |
| 716 | x24342 | KAI FENG | Sherwood Road Address, San Marino CA |
| 717 | x24355 | KAI FENG | Sherwood Road Address, San Marino CA |
| 718 | x25215 | JIAHE OUYANG | Sherwood Road Address, San Marino CA |
| 719 | x19640 | XUEJUN ZOU | Sherwood Road Address, San Marino CA |
| 720 | x19653 | XUEJUN ZOU | Sherwood Road Address, San Marino CA |
| 721 | x20600 | LU ZHANG | Sherwood Road Address, San Marino CA |
| 722 | x66729 | SHIXIAN LI | Sherwood Road Address, San Marino CA |
| 723 | x66732 | SHIXIAN LI | Sherwood Road Address, San Marino CA |
| 724 | x67317 | LI TAO | Sherwood Road Address, San Marino CA |
| 725 | x67333 | LI TAO | Sherwood Road Address, San Marino CA |
| 726 | x67100 | XI CHENG | Tangerine Address, Covina, CA |
| 727 | x67132 | ZHAOHUI CHEN | Tangerine Address, Covina, CA |
| 728 | x15097 | WENJIE LI | Tangerine Address, Covina, CA |
| 729 | x87951 | YU DING | Tangerine Address, Covina, CA |
| 730 | x03294 | XI CHENG | Tangerine Address, Covina, CA |
| 731 | x50849 | JUNJIE ZHANG | Tangerine Address, Covina, CA |
| 732 | x92603 | JUNJIE ZHANG | Tangerine Address, Covina, CA |
| 733 | x94355 | YU-LI FANG | Tangerine Address, Covina, CA |
| 734 | x84184 | FEI ZHANG | Tangerine Address, Covina, CA |
| 735 | x28153 | SHIHE CHEN | Valley Address, San Gabriel CA |
| 736 | x28179 | SHIHE CHEN | Valley Address, San Gabriel CA |
| 737 | x29246 | SUHANG CHEN | Valley Address, San Gabriel CA |
| 738 | x29259 | SUHANG CHEN | Valley Address, San Gabriel CA |
| 739 | x30219 | YUDONG WU | Valley Address, San Gabriel CA |
| 740 | x30248 | YUDONG WU | Valley Address, San Gabriel CA |
| 741 | x95373 | HUILI XU | Valley Address, San Gabriel CA |
| 742 | x95603 | HUILI XU | Valley Address, San Gabriel CA |
| 743 | x29256 | YAJUN JIAN | Valley Address, San Gabriel CA |
| 744 | x29272 | YAJUN JIAN | Valley Address, San Gabriel CA |
| 745 | x51651 | CHAYING XIAO | Valley Address, San Gabriel CA |
| 746 | x51664 | CHAYING XIAO | Valley Address, San Gabriel CA |

| 747 | x04482 | JIANNUAN LU | Valley Address, San Gabriel CA |
| --- | --- | --- | --- |
| 748 | x10052 | WENQING HE | Valley Address, San Gabriel CA |
| 749 | x03740 | QINGHE LU | Valley Address, San Gabriel CA |
| 750 | x04558 | ZHONGFENG YUAN | Valley Address, San Gabriel CA |
| 751 | x13678 | XUHUI ZENG | Valley Address, San Gabriel CA |
| 752 | x17658 | YONGQIANG ZHANG | Valley Address, San Gabriel CA |
| 753 | x67731 | JIAHUA LIANG | Valley Address, San Gabriel CA |
| 754 | x67757 | JIAHUA LIANG | Valley Address, San Gabriel CA |