Jianmin Zhou (Cal. SBN 272487)
Hanzhang Xu (Cal. SBN 312813)
Law Offices of James Zhou
17700 Castleton Street, Suite 568
City of Industry, CA 91748
Telephone: (626) 566-5511
Facsimile: (626) 965-1017

Attorneys for Defendant,
Sichong Wang

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cv-00826 |
| Plaintiff, | |
| v. | **DEFENDANT SICHONG WANG'S VERIFIED CLAIM FOR SEIZED FUNDS** |
| ANY AND ALL FUNDS SEIZED FROM VARIOUS ACCOUNTS AT BANK OF AMERICA, N.A., | |
| Defendant. | |

# VERIFIED CLAIM

1. My name is Sichong Wang. I am a Chinese citizen.

2. Pursuant to Rules G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, I, Sichong Wang, hereby claim and demand the return and/or release of the following seized funds in the instant case: US dollars $200,003, the complete amount of all funds seized from account No. 3251 4456 0026 in Sichong Wang's name at Bank of America, N.A. (the "Account"), which is identified as No. 292 of the 754 accounts sued in the instant case.

3. My interest in the property is that I am the rightful owner of the funds seized from the Account.

4. Before the government's forfeiture on October 21, 2020, I had $200,053.00 in the Account. My explanation of how I got those funds in my Account is as follows: on or about October 21, 2020, I transferred $50 from my Bank of America savings account ending in 0042 to the Account; on or about October 13, 2020, I transferred $50,032 from my brokerage account at Tiger Brokers to the Account; on or about October 5, 2020, I transferred $30,032 from my brokerage account at Tiger Brokers to the Account; on or about September 22, 2020, I transferred $29,982 from my brokerage account at Tiger Brokers to the Account; on or about September 16, 2020, I transferred $25,082 from my brokerage account at Tiger Brokers to the Account; on or about September 8, 2020, I transferred $19,982 from my brokerage account at Tiger Brokers to the Account; on or about September 1, 2020, I transferred $19,982 from my brokerage account at Tiger Brokers to the Account; on or about August 27, 2020, I transferred $9,982 from my brokerage account at Tiger Brokers to the Account; on or about August 20, 2020, I transferred $4,982 from my brokerage account at Tiger Brokers to the Account; on or about August 19, 2020, I transferred $5,000 from my bank account at East West Bank to the

1  Account; and on or about August 20, 2020, I transferred $4,982 from my brokerage
2  account at Tiger Brokers to the Account.

3     5.    I hereby verify that everything contained in this Claim is true and
4  correct, to the best of my knowledge and belief.

     I declare under penalty of perjury under the laws of the State of California and
the United States that the foregoing is true and correct.

DATED: March 9, 2022

                                           Sichong Wang

**PROOF OF SERVICE – §1013a CODE OF CIVIL PROCEDURE, STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the City of Industry, State of California. I am over the age of 18 and not a party to the action. My business address is: 17700 Castleton Street, Suite 568, City of Industry, California 91748. On March 9, 2022, I served the following document described as:

**DEFENDANT SICHONG WANG'S VERIFIED CLAIM FOR SEIZED FUNDS**

on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ x ]   **BY MAIL:** I caused such envelope to be deposited in the mail at City of Industry, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[   ]   **BY EMAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address jzhou@zhoulawoffices.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[   ]   **BY EXPRESS MAIL:** I caused such envelope to be deposited in the mail at City of Industry, California. The envelope was mailed with Express Mail postage thereon fully prepaid.

[   ]   **BY OVERNIGHT DELIVERY:** I caused such envelope to be sent via overnight delivery service. The envelope was deposited in or with a facility regularly maintained by the express service carrier with delivery fees paid or provided for.

[   ]   **BY PERSONAL SERVICE:** I delivered such envelope by hand to the offices of the addressee(s).

[   ]   **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ x ]   **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 9, 2022 at City of Industry, State of California.

Jianmin Zhou                                                                    _____
Print Name                                                                       Signature

- 1 -
PROOF OF SERVICE

**SERVICE LIST**

| Dan G. Boyle<br>US Attorney's Office<br>Attn: Dan G. Boyle<br>US Courthouse, 14th Floor<br>312 North Spring Street<br>Los Angeles, CA 90012<br>Tel: (213) 894-2426<br>Fax: (213) 894-0142<br>Email: Daniel.Boyle2@usdoj.gov | Attorneys for Plaintiff<br>United States of America |
|---|---|