NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jianmin Zhou (Cal. SBN 272487)
Hanzhang Xu (Cal. SBN 312813)
Law Offices of James Zhou
17700 Castleton Street, Suite 568
City of Industry, CA 91748
Telephone: (626) 566-5511
Facsimile: (626) 965-1017

ATTORNEY(S) FOR: XI CHENG

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:22-cv-00826 |
| v. | |
| ANY AND ALL FUNDS SEIZED FROM VARIOUS ACCOUNTS AT BANK OF AMERICA, N.A., | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    XI CHENG
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| XI CHENG | DEFENDANT |

3/11/2022
Date

Signature

Attorney of record for (or name of party appearing in pro per):

XI CHENG