THE LENTZ LAW FIRM, P.C.
Jacek W. Lentz (State Bar No. 213198)
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
Telephone: (213) 250 - 9200
Facsimile: (888) 571 - 5591
Email: jwl@lentzlawfirm.com

Attorneys for Claimant
Xinguo Chen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANY AND ALL FUNDS SEIZED FROM VARIOUS ACCOUNTS AT BANK OF AMERICA, N.A.,<br><br>Defendant(s). | Case No. 2:22-CV-00826<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST FOR CLAIMANT XINGUO CHEN [CLAIMANT NO. 405, ACCOUNT ENDING IN NO. x36063]** |

Claimant Xinguo Chen, through his counsel Jacek W. Lentz and The Lentz Law Firm, P.C., hereby makes claim to the Defendant property to wit, estimated $ 53,606.34 seized from Bank of America Account ending in No. 36063.

I.

Claimant has the right to make this claim by virtue of the fact that he is the legal owner of the Defendant property. The source of Defendant property is lawful investment income.

VERIFIED CLAIM AND STATEMENT OF INTEREST          -1-

## II.

The property claimed by the Claimant shall be returned to Claimant for the reason that the said property was not and is not subject to seizure or forfeiture pursuant to Title 18, United States Code, Section 983(d) or any other statute. Claimant would further show that no probable cause existed for the seizure of such property and such property was unlawfully seized.

## **VERIFICATION**

I, Xinguo Chen, verify that I have read the foregoing Claim, and declare under the penalty of perjury that the allegations therein are true and correct.

Executed this 14th day of March, 2022.

Respectfully submitted,

By: _陈新国_
Xinguo Chen
Claimant

VERIFIED CLAIM AND STATEMENT OF INTEREST   -2-