2:22-cv-00826-RGK-AS

United States of America v. Any and All Funds Seized from Various Accounts at Bank of America, N.A

 **CLAIM FORM**



FILED
CLERK, U.S. DISTRICT COURT

MAR 18 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ JRE ___ DEPUTY

## YOU MUST COMPLETE <u>ALL</u> PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.

**Note**: There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement**: If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice**: The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

2:22-cv-00826-RGK-AS United States of America v. Any and All Funds Seized from Various Accounts at Bank of America, N.A

## SECTION I – CONTACT INFORMATION

| CLAIMANT INFORMATION | |
|---|---|
| **Claimant/Contact Name**: (Last, First)<br><br>jian xie | |
| **Business/Institution Name**: (if applicable) | **Prisoner ID**: (if applicable) |
| **Address**: (Include Street, City, State, and Zip Code)<br>No.23 Guixin District, Guizhou South Road, Beihai, Guangxi, China 536000<br>中国广西北海市场贵州南路桂信小区 23 号（536000） | |
| **Social Security Number/Tax Identification Number**: (Enter N/A if you do not have one)<br><br>N/A | |
| **Please provide an explanation why you do not have a Social Security Number, if above is N/A:**<br><br>**Because I am a Chinese citizen, not a U.S. citizen, and do not have a U.S. green card, do not live in the U.S. nor have I ever been to the U.S., I do not have a Social Security number.** 因为我是中国公民，不是美国公民，也没有美国绿卡，没有居住在美国也没有到过美国，所以我没有社会安全号。 | |
| **Phone**: (optional)<br>+86 15777930887 | **Email**: (optional)<br>Jianxie2001@gmail.com |
| ATTORNEY INFORMATION (if applicable) | |
| **Attorney Name**: (Last, First) | |
| **Attorney Title**: | |
| **Firm Name**: (if applicable) | |
| **Attorney Address**: (Include Street, City, State, and Zip Code) | |
| **Are you an attorney filing this claim on behalf of your client?** ☐ YES ☒ NO | |
| **Attorney Phone**: (optional) | **Attorney Email**: (optional) |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II – ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|---|---|
| | 21-DSS-000154 | 1) My Bank of America deposit of $4642 was seized on October 20, 2020, bank account number 325134807799. the bank statement shows Legal Order, LTS P102020000320. the asset description information given by the government is: Bank of America cashier's check # 6198566765. Acct# 325134807799<br>(21-DSS-000154) which was seized from Joh Doe on October 20, 2020 at<br>Unknown, located in Unknown, CA |

| | | 我的美国银行存款 4642 美元在 2020 年 10 月 20 日被扣押，银行账号是：325134807799. 银行流水显示的法律令是：Legal Order, LTS P102020000320。政府给出的资产描述信息是:Bank of America cashier's check #6198566765. Acct# 325134807799 (21-DSS-000154) which was seized from Joh Doe on October 20, 2020 at Unknown, located in Unknown, CA 2) The $28.23 I have in my bank of merica account was cleared on February 9, 2021 with the code Legal Order, LTS P020921000260 and my bank of america account number is 325134807799. 我存在美国银行账户的 28.23 美元于 2021 年 2 月 9 日显示被清零，清零代码是 Legal Order, LTS P020921000260 我的美国银行账号是 325134807799 两次合计被扣押的资金一共是 4670.23 美元 The total amount of funds seized in both instances was $4670.23 （另外附上美国银行流水清单证明两次查扣的款项数目 Also attached is a list of bank of america statements showing the amount of money withheld on both occasions) |
| | | |
| | | |
| | | |
| | | |

## SECTION III – INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| 21-DSS-000154 | The $4670 seized by the U.S. government are my personal assets, and I claim the right to get my money back as soon as possible. I advocate that the relevant U.S. government departments return this money to me, which I remitted to my U.S. bank account from my Chinese bank account and my Chinese Alipay account through the Alipay bank transfer method 被美国政府查扣的 4670.23 美元都是我个人的私人资产，我主张这方面的权利，尽快拿回来我的这些钱。我主张美国政府相关部门能够把这部分钱退还给我，这些钱是我自己从我的中国银行账户和我的中国支付宝账户通过支 付宝上银行汇款的方式美国银行汇入到我的美国银行账户。 |
| | |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

我本人，jian xie.,开户中介在美国日期 2019 年 12 月 3 日完成我的美国银行账户的开户，我的美国银行账号是 325134807799，然后我在中国北京时间分别是 2019 年 12 月 7 日，20 点 12 分，20 点 38 分通过我的中国银行卡号 6217852600000243147 支付人民币购买两笔美元外汇，美元外汇分别是 2100 美元，596 美元，买入的外汇银行系统自动转存入我的中国银行外币分账户，账号是 614559770851，然后中国北京时间 2019 年 12 月 8 日 01：14 分我从我的中国银行账户汇到我的美国银行账户，美国银行账号是 325134807799.金额是 2600 美元，中国银行收费两笔，一笔是对私国际发电电讯费 15.38 美元，另一笔是个人跨境本外币电汇手续费 5.13 美元。北京时间 2020 年 2 月 6 日我从我的中国支付宝账户购买外汇，然后通过支付宝上银汇款汇往我的美国银行账户，美国银行账号是 325134807799.，汇款金额：4260 美元，中国境内银行收费人民币 50 元。

综上所述，这是我自己本人从中国汇往美国的私人资产，是在我的中国银行账户和中国支付宝账户用我的人民币资产购买美元外汇汇到我的美国银行账户的，以上操作也是完全符合中国的外汇管制的，也有中国银行流水清单以及支付宝上银汇款电子回单作为汇款证据能够证明这项资产是我的合法有效法律上认可的资产。

（英文用 DEPL 翻译 English translation with DEEPL）

I myself, jian xie., account opening agent in the United States on December 3, 2019 to complete the opening of the bank of america account, my bank of america  account number is 325134807799, and then I in China Beijing time on December 7, 2019, 20:12, 20:38 through my Chinese bank card number 6217852600000243147 to pay RMB to buy two US dollar foreign exchange, the US dollar foreign exchange is US$2100, US$596 respectively, the bought foreign exchange bank system automatically transferred to my Bank of China foreign currency sub-account, the account number is 614559770851, then on December 8, 2019 at 01:14 China Beijing time I from my Bank of China account Remittance to my US bank account, the bank of america  account number is 325134807799. the amount is 2600 USD, the bank of china charges two, one is for private international power generation telecommunication fee 15.38 USD, the other is for personal cross-border local and foreign currency wire transfer fee 5.13 USD. Beijing time on February 6, 2020 I purchased foreign currency from my Chinese Alipay account, and then remitted it to my bank of america account via Alipay on the silver remittance, the bank of america  account number is 325134807799., the amount of remittance: $4260, the bank in China charges RMB 50 yuan.

In summary, this is my own personal assets remitted from China to the U.S., purchased in my Chinese bank account and my Chinese Alipay account with my RMB assets and remitted to my bank of america  account, and the above operation is fully compliant with China's foreign exchange control.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

1）中国北京时间 **2019** 年 **12** 月 **8** 日 **01** 点 **14** 分我从我的中国银行账户汇往我的美国银行账户，中国银行卡号是 **6217852600000243147**，美国银行账号是 325134807799，在此之前，我在我的这个中国银行账户里进行了两次合法的购买美元外汇操作，时间是 2019 年 12 月 7 日 20 点 12 分和 20 点 38 分，以上时间段的银行交易过程过程在我的

《中国银行交易流水清单》可以得到真实的反映，这也说明这是我在中国的自有资产通过合法的购买美元外汇然后汇往我的美国银行账户的，并有当时我从我的中国银行账户汇往我的美国银行账户的汇款明细截图。当时汇出金额是 2600 美元。

2）中国北京时间 2020 年 2 月 6 日我从我的中国支付宝账户购买外汇，然后通过支付宝上银汇款汇往我的美国银行账户，美国银行账号是 325134807799.，以上时间段的银行交易过程有上海银行出具的电子版的《境外汇款申请书》可以得到真实反映，并有若干支付宝上银汇款的账单详情截图可以证明，上银汇款《境外汇款申请书》以及汇款记录截图可以证明这是我在中国用支付宝上银汇款方式汇往我的美国银行账户的，当时汇出金额是 4260 美元。
3）本来还可以提供给法院方面我的美国银行的银行流水清单，但是我的银行账户已经被银行关户 了，我没有及时下载保存下来有需要的这部分银行流水，美国银行寄过来中国也需要一段时间，时间已经来不及了，所以以难于提供给法院去证明，希望法院在有必要时候可以向美国银行方面取证，谢谢

另页附上《中国银行交易流水清单》和支付宝上银汇款《境外申请书》以及一些汇款截图
（英文用 DEPL 翻译 English translation with DEEPL）

1) I remitted money from my Chinese bank account to my US bank account on December 8, 2019 at 01:14 CST, the Chinese bank card number is 6217852600000243147 and the US bank account number is 325134807799, before that, I made two legal foreign exchange purchase operations in US dollars in this Chinese bank account of mine at December 7, 2019, 20:12 and 20:38, the above time period of the bank transaction process process in my "China Bank Transaction Flow List" can be truly reflected, which also shows that this is my own assets in China through the legal purchase of U.S. dollars foreign exchange and then remitted to my U.S. bank account, and there is then I remitted from my Chinese bank account to my U.S. bank account There are screenshots of the details of the remittance from my Chinese bank account to my US bank account. The amount remitted at that time was US$2,600.

2）I purchased foreign currency from my Chinese Alipay account on February 6, 2020 Beijing time, and then remitted it to my U.S. bank account via Alipay UBS, the U.S. bank account number is 325134807799. The above bank transaction process can be truly reflected by the electronic version of the "Overseas Remittance Application Form" issued by Shanghai Bank, and there are several screenshots of the Alipay UBS remittance details to prove it. There are also some screenshots of the billing details to prove that the "Overseas Remittance Application Form" and the screenshots of the remittance records can prove that I sent the remittance to my U.S. bank account by Alipay in China, and the amount of the remittance was US$4,260.

3）I could have provided the court with a list of my bank of america's bank flow, but my bank account has been closed by the bank, I did not download and save this part of the bank flow in time, the U.S. bank will take some time to send it to China, so time is too late, so it is difficult to provide to the court to prove, I hope the court can take evidence from the bank of america when necessary, thank you.

Attached on the other page is the "Bank of China Transaction Flow List" and the "Overseas Application Form" for the Alipay Bank remittance, as well as some screenshots of the remittance.

## SECTION IV – RECOVERY OF LOSS

*Complete this section for assets you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery. If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to attach with the claim and indicate which assets apply to each page. If you have not received any recovery of your losses, then leave this section blank.*

| RECOVERY OF LOSS INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| | |
| | |

| INSURANCE CLAIM INFORMATION (if applicable) | |
|---|---|
| **Name of Insured**: (Last, First) | |
| **Policy Number**: | **Claim Number**: |
| **Name of Insurance Company**: | **Name of Insurance Agent**: (Last, First) |
| **Insurance Company Address**: (Include Street, City, State, and Zip Code) | |
| **Phone**: (optional) | **Email**: (optional) |
| **Have you received compensation from the insurance company?**    ☐ YES        ☐ NO | **Amount of Compensation**: |

**If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.**

| OTHER SOURCE(S) OF RECOVERY (if applicable) | |
|---|---|
| **Source of Recovery 1**: | **Amount of Recovery**: |
| **Source of Recovery 2**: | **Amount of Recovery**: |

**In the space below, please list any documents you are including in support of your claim of recovery of loss. If none are included, please explain why.**

## SECTION V – DECLARATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

jian xie
_____
**Signature**

_____jian xie_____
**Printed Name**

_____March 4,2022_____
**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**SF EXPRESS** 顺丰速运    特快

Page 1/2    Tel:0018559011133

Parcel 1/1 母 Main AWB    SF 141 327 791 8759

## 755VM-USAF

US

To  Kiry K Gray  2138943863

Edward R Roybal Federal Building
and United States Courthouse ,R
oybal Courthouse ,Civil Intake
255 East Temple Street, Suite180
Los Angeles California (90012)

标快+ SE+    文件 Doc

注意/Note:
1. 该袋仅限于包装邮件
   The polybag is applica
2. 袋内请勿装入尖锐
   Articles with sharp ed

LKX-202003

---

**SF EXPRESS** 顺丰速运    特快

Page 2/2    Tel:0018559011133

Parcel 1/1 母 Main AWB    SF 141 327 791 8759

From

Payment 付款方式:
寄付现结

ACT WT 实重:0.500KG
CHG WT计费重:0.500KG

DDU 税金付讫
Declared Value申报价值:

Freight 运费:264.00CNY
VAS 增值服务:
  · CNY
  · CNY
IES: 15.00 CNY

Description 汇总物:
DOC:1;

TTL Charge 费用合计:
338.00CNY

LKX-202003

---

1 OF 1

0.5 KG ENV

SHP#:144 W799 T1Z
SHIP WT 0.5 KG
DATE:14 MAR 2022

CA 901 9-12

1P

EDI-DOC

SHIP TO:
KIRY K. GRAY
2138943863
UNITED STATES DISTRICT COURT
LOS ANGELES COUNTY STREET, SUITE180
255 EAST TEMPLE STREET
LOS ANGELES CA 90012
UNITED STATES

UPS SAVER
TRACKING #: 1Z 144 AW7 04 2122 9517

BILLING P/P
DESC:DOC

SUSAN
1577759088A
NO.33 GUIDIN COMMUNITY, SOU-T
CHINA MAINLAND

Trx Ref No.: SF141327918759
Trx Ref No.: California Dist.Ct.Court

江华恒津包装材料有限公司
100万个

211127 C04 Z05 y

已消毒
港江林草集散点

已安检


PE-LD

📞95338  www.sf-express.com

