Jian xie
No.23 Guixin District, Guizhou South Road,
Beihai, Guangxi, China 536000

+86 15777930887

jianxie2001@gmail.com

Self-Represented

FILED
CLERK, U.S. DISTRICT COURT
MAR 18 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ____JRE____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANY AND ALL FUNDS SEIZED FROM VARIOUS ACCOUNTS AT BANK OF AMERICA, N.A.,<br>Defendant. | Case No.: 2:22-CV-0826-RGK-ASx<br><br>Answer against the seizure of my bank deposits<br><br>Judge: R. Gary Klausner |

 Honorable Judge R. Gary Klausner, let me begin by paying my respects to you and your hallowed courts of the United States, a country where the rule of law prevails and the courts are sacred halls where the spirit of the rule of law is practiced, which I am about to experience in this way today.

 Now, as a pro se litigant and the owner of the seized assets, I strongly object to the seizure of my bank deposits by the U.S. government.

I am an ordinary Chinese working class person, and I have always wanted to invest in U.S. stocks, but China does not allow its citizens to invest in U.S. stocks, and its domestic foreign exchange regulations also limit the amount of foreign exchange to $50,000, which is a very strict control on foreign exchange. But I did not give up the idea of investing in U.S. stocks, I therefore learned some knowledge of investing in U.S. stocks, through learning to understand, I understand that I lack an offshore foreign bank card, and increasingly feel that having an offshore foreign bank card can not only invest in U.S. stocks can also be very convenient to travel abroad in the future, so I considered again and again on the Internet to contact some Chinese intermediaries to open a foreign bank card Understanding how to open a foreign bank card, and finally chose the United States bank account, I chose this account intermediary company is overseas advisers to help PACIFIC FORTUNE MANAGEMENT INC PinZhiFuMei (Beijing) Information Consulting Co. I think the bank account opened without personally going to the bank card is a certain risk, and is not compliant, but I did not think that this my account opening behavior will violate U.S. law. I knew there was a risk and I stepped into this trap. I was too eager to need this American bank card, foreign bank cards felt very mysterious to me, and having an overseas bank card would help me manage my money in the future, so I impulsively fell into the trap set by the intermediary and corrupt bank employees. Not only did I lose 9,200 RMB in account opening fees, my U.S. bank account was closed and my bank deposits were about to be confiscated by the U.S. government, I felt I was a victim.

My seized U.S. bank deposit is my own personal assets remitted from China to the U.S. It was remitted to my U.S. bank account from my Chinese bank account and my Chinese Alipay account using my RMB assets to purchase foreign currency in U.S. dollars, and the above operation is also in full compliance with China's foreign exchange control, and there is also the "China Bank Transaction Flow Detail List" and the electronic return form of Alipay on the bank remittance "Overseas Remittance The above operation is also in full compliance with China's foreign exchange control. The specific process of my remittance is: the account opening agent completed the opening of my bank of america account on December 3, 2019 in the U.S. My U.S. bank account number is 325134807799, and then I made the remittance through my Chinese bank account twice on December 7, 2019, at 20:12 and 20:38 Beijing

1  time (my Chinese bank card number) 6217852600000243147) to pay RMB to buy two US dollar foreign
2  exchange, the US dollar foreign exchange bought were US$2100, US$596, the foreign exchange bought
3  were automatically transferred by the bank system to my Bank of China foreign currency sub-account,
4  my Bank of China sub-account number is 614559770851, then on December 8, 2019 at 01:14 CST I
5  remitted from my Bank of China account to my Bank of America account, my Bank of America account
6  number is 325134807799, the amount is USD 2,600, Bank of China charges two, one is for private
7  international generation telecommunication fee of USD 15.38, and the other is for personal cross-border
8  local and foreign currency wire transfer fee of USD 5.13. Beijing time February 6, 2020 I purchased
9  foreign exchange from my Chinese Alipay account, and then remitted to my U.S. bank account through
10 Alipay on the silver remittance, bank of america account number 325134807799., the amount of
11 remittance: $ 4260, the bank in China charges RMB 50 yuan.
12 The above is the reason why I I opened the account, the cost of finding an intermediary to open the
13 account and the opening of the account after I myself from China, from my Chinese bank account as
14 well as my Chinese Alipay account remittance to my bank of america account, the factual evidence
15 clearly proves that this is my own possession of the bank deposit, is my legal assets. I hope that the court
16 will dismiss the plaintiff, the U.S. government, for its intention to seize my legal assets.
17 I am at fault for not opening an account with a broker, but the U.S. government should not confiscate my
18 funds as a victim for this reason. I think the U.S. government's punishment of confiscating the victim's
19 funds is too heavy and too harsh, which is very unfair to me as a victim. The U.S. government should
20 have ordered the U.S. banks to close the account opening loopholes and punish the collusion between
21 unscrupulous intermediaries and corrupt bank employees, instead of cracking down on confiscating the
22 victim's funds.
23 I as a victim is at fault, but the victim is not part of the criminal gang of intermediaries and bank
24 employees, not the object of government punishment confiscation, the victim is not a criminal, there is
25 no subjective intention to break the law, the U.S. government should not be so harsh, the government
26 punishment is the illegal intermediaries and bank employees, not the victim. In addition, I think the U.S.
27 government must heavily punish the U.S. banks, which also have their own responsibility, because the

loopholes in the U.S. banks' accounts led to the intermediaries and corrupt bank employees to take advantage of the victims, which led to my funds facing confiscation by the U.S. government. I think the U.S. banks have been letting this loophole, I noticed that now the Chinese Taobao still have intermediaries to promote the bank of america account promotion page, I also communicate with one of the intermediary customer service, he provided information is still able to open the U.S. bank account. This shows that the loopholes of the U.S. banks still exist, bad intermediaries and illegal bank employees still have not been eradicated, the U.S. courts and the relevant departments of the U.S. government is not more should let the U.S. banks to explain the problem, I think I as a victim, because there are loopholes in the U.S. banks themselves and the collusion of intermediaries and corrupt bank employees, inside and outside these prerequisites, as a victim because of their own I think that I fell into this trap because of my own lack of understanding and ignorance of US law.

I believe that the U.S. government's confiscation of my assets is an excessive act, and the fight against the victim is an overly harsh law enforcement, and I am a victim because the U.S. bank's own account opening loopholes give the intermediary and bank staff a huge room to operate, and the U.S. bank is responsible for the seizure of the victim's funds, which may lead to the confiscation of my legitimate assets. The staff and the intermediary colluded to victimize the victim under this loophole of the bank. I think it is wrong and unfair to the victim for the U.S. government to confiscate my funds now, which is a very harsh and excessive act. The U.S. government should hold the U.S. banks accountable, heavily punish the U.S. banks, make the U.S. banks close their own banking loopholes, strictly supervise, and severely punish the intermediaries and the corrupt U.S. bank employees, instead of confiscating my assets, a victim who has no interest in the intermediaries and the corrupt bank employees, so I oppose the U.S. government's confiscation of my bank deposits, which is definitely a serious overreach!

To sum up, my seized bank deposit is my legal asset, the U.S. government and the U.S. courts should protect my private asset, the sanctity of private property is a universal human value, a value of the world's civilized countries, the U.S. law should also be about tolerance and forgiveness, the Lord Jesus

Christ preaches tolerance and forgiveness, why can't the U.S. government talk about tolerance and forgiveness to me, the victim? I made a mistake and opened an account that I shouldn't have, but is it really so serious that my legal assets should be confiscated? Can the spirit of the rule of law be a little more humane and forgiving? Is my mistake really so serious that my bank deposits should be confiscated? My mistake led to the confiscation of my deposits at Bank of America, but what about Bank of America itself? What lesson has Bank of America learned?

Bank of America's own account loopholes to the intermediaries and bank staff to provide a huge space for the operation of illegal crime, the U.S. banks for the victim's funds were seized resulting in the possibility of my legal assets were confiscated must bear important responsibility, this is the U.S. banks account supervision is not strict, and then the staff and intermediaries in the bank to use this loophole joint collusion to harm the victims, I think the U.S. government now want to confiscate my funds It is not right and very unfair to the victims and is a very harsh overreach. The U.S. government must hold the U.S. banks accountable, heavily punish the U.S. banks, make the U.S. banks close their own banking loopholes, strictly regulate them, and severely punish the intermediaries and corrupt U.S. bank employees who broke the law, not confiscate the assets of me, a victim who has no interest in the intermediaries and corrupt bank employees. Please ask the judge to stop the U.S. government from confiscating my seized bank deposits.

March 10, 2022

*jian xie*
Jian xie
Pro Se

1  Jian xie
2  No.23 Guixin District, Guizhou South Road,
   Beihai, Guangxi, China  536000
3  +86 15777930887
4  jianxie2001@gmail.com
5  Self-Represented

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-CV-0826-RGK-ASx |
| Plaintiff, | |
| v. | Answer against the seizure of my bank deposits |
| ANY AND ALL FUNDS SEIZED FROM VARIOUS ACCOUNTS AT BANK OF AMERICA, N.A., | Judge: R. Gary Klausner |
| Defendant. | |

尊敬的 R. Gary Klausner 法官,首先让我对您以及您所在的神圣的美国法院表示我的敬意，美国是一个讲究法治的国家，法院是实践法治精神的神圣殿堂，今天我以这个方式即将体验美国的法治。

现在我作为自诉人同时我也是被扣押资产的拥有人，我强烈反对美国政府要没收我的银行存款。

我是一个普通中国工薪阶层，我一直很想投资美股，但是中国不允许公民投资美股，而且中国国内的换汇规定也限制了 5 万美元的换汇额度，对外汇控制非常严。但是我没有放弃这个投

资美股的想法，我因此学习了一些投资美股知识，通过学习了解，我明白我自己缺少一张离岸的国外银行卡，而且越来越觉得拥有一张离岸的外国银行卡不但可以投资美股还可以在以后去国外旅游也是很方便，所以我考虑再三在网上联系了一些开户办外国银行卡的中国中介了解如何开国外银行卡，并最终选择了美国银行开户，我选择的这个开户中介公司是海外顾问帮 PACIFIC FORTUNE MANAGEMENT INC 品智富美（北京）信息咨询有限公司，我支付给中介开户费用是9200元人民币，当时我提供了我的真实个人资料信息给中介，我其实也觉得没有亲自去银行办银行卡而开出来的银行账户是有一定风险的，而且又是不合规的，但是我没有想到这种我的开户行为会违反美国法律。我明知道有风险还要去踩进这个陷阱里去，我是太急于需要这张美国银行卡，外国的银行卡对于我来说感觉很神秘，拥有一张海外银行卡也有助于以后的理财，所以冲动之下中了中介和腐败银行职员联合设下的圈套。不但损失9200元人民币的开户费，我的美国银行账户被关掉，银行存款也即将被美国政府没收，我觉得我是一个受害者。

  我的被扣押的美国银行存款是我自己本人从中国汇往美国的私人资产，是在我的中国银行账户和中国支付宝账户用我的人民币资产购买美元外汇汇到我的美国银行账户的，以上操作也是完全符合中国的外汇管制的，也有《中国银行交易流水明细清单》以及支付宝上银汇款电子回单《境外汇款申请书》作为汇款证据能够证明这项资产是我的合法有效法律上认可的资产。我汇款的具体过程是：开户中介在美国日期2019年12月3日完成我的美国银行账户的开户，我的美国银行账号是325134807799，然后我在中国北京时间2019年12月7日，20点12分与20点38分两次通过我的中国银行账户（我的中国银行卡号6217852600000243147）支付人民币购买两笔美元外汇，买入的美元外汇分别是2100美元，596美元，买入的外汇银行系统自动转存入我的中国银行外币分账户，我的中国银行分账号是614559770851，然后中国北京时间2019年12月8日01：14分我从我的中国银行账户汇到我的美国银行账户，我的美国银行账号是325134807799，金额是2600美元，中国银行收费两笔，一笔是对私国际发电电讯费15.38美元，另一笔是个人跨境本外币电汇手续费5.13美元。北京时间2020年2月6日我从我的中国支付宝账户购买外汇，然后通过支付宝上银汇款汇往我的美国银行账户，美国银行账号325134807799.，汇款金额：4260美元，中国境内银行收费人民币50元。

  以上是我我开户的原因，找中介开户的费用以及开户之后我自己本人从中国，从我的中国银行账户以及我的中国支付宝账户汇款到我的美国银行账户的经过，事实证据清楚证明这是我自己拥有的银行存款，是我的合法资产。我希望法院能够驳回原告美国政府准备没收我的合法资产，

我是犯有过错，我不应该违规找中介开户，但是美国政府不应该就因为这个原因而去没收我这个受害者的资金。我觉得 美国政府这样没收受害者资金的处罚太沉重了，也太过苛刻了，对我这个受害者是非常不公的，美国政府更应该做的是责令美国银行自身堵塞开户漏洞，惩治不良中介与银行违法腐败银行职员的勾结，而不是打击没收受害者的资金。

我作为受害者是有过错，但是受害者并不属于中介与银行职员犯罪团伙的一方，不是政府惩罚没收的对象，受害者不是犯罪分子，没有主观犯法的故意，美国政府不应该如此严苛，政府惩罚对象是违法的中介与银行职员，不是受害者。另外我认为美国政府必须重罚美国银行，美国银行在也有自身的责任，因为美国银行的开户漏洞导致中介与银行腐败职员有机可乘才导致受害者上当受骗，才导致我的资金面临被美国政府没收。我觉得美国银行一直放任这个漏洞，我注意到现在中国淘宝网依然还有中介宣传美国银行开户的推广页面，我也与其中一个中介客服沟通，他提供的信息依然是可以开美国银行的账户。这说明美国银行的开户漏洞依然存在，不良中介与银行违法职员依然没有根除，美国法院还有美国政府相关部门是不是更应该让美国银行说明一下这个问题，我觉得我作为受害者，是因为有美国银行自身存在的漏洞以及中介与腐败银行职员的勾结，里应外合这些前提条件下，作为受害者因为自身认识不清楚，对美国法律不了解，才上了这个圈套。

我认为美国政府要没收我的资产是过度的行为，对受害者也一起打击是过度严苛的执法，我是一个受害者，因为美国银行自己的开户漏洞问题给中介和银行职员违法犯罪提供了操作的巨大空间，美国银行对受害人的资金被扣押导致有可能我的合法资产被没收负有重要责任，银行开户监管不严，工作人员与中介在银行这个漏洞之下联合勾结坑害受害者，我认为现在美国政府要没收我的资金是不对的，也是对受害者的不公平，是非常严厉的过度行为。美国政府应该问责美国银行，重罚美国银行，让美国银行堵塞自己的银行漏洞，严格监管，严惩中介和美国违法腐败银行职员，而不应该没收我这个和中介与银行腐败职员没有任何利益牵连的受害者的资产，所以我反对美国政府没收的我的银行存款，这绝对是严重过度的行为！

综上所述，我被扣押的银行存款是我的合法资产，美国政府，美国法院应该保护我的私人资产，私人财产神圣不可侵犯是人类普世价值，是世界文明国家的价值观，美国法律应该也是讲究宽容与宽恕的，主耶稣基督讲究宽容与宽恕，为什么美国政府就不可以对我这个受害者讲一些宽容与

1  宽恕呢，我是犯错开了不应该开的账户，但是真严重到要没收我的合法资产的程度吗？法治精神
2  吧可以讲一点人性化的宽容与宽恕吗 我的错真是严重到要没收银行存款的程度吗？我的错误导
3  致在美国银行的存款被没收，那么美国银行自己呢?美国银行又的到了什么教训?美国银行自己
4  的开户漏洞问题给中介和银行职员违法犯罪提供了操作的巨大空间，美国银行对受害人的资金被
5  扣押导致有可能我的合法资产被没收必须负有重要责任，这是美国银行开户监管不严，然后工作
6  人员与中介在银行利用这个漏洞联合勾结坑害受害者，我认为现在美国政府要没收我的资金是不
7  对的，也是对受害者非常不公平，是非常严厉的过度行为。美国政府必须问责美国银行，重罚美
8  国银行，让美国银行堵塞自己的银行漏洞，严格监管，严惩中介和美国违法腐败银行职员，而不
9  应该没收我这个和中介与银行腐败职员没有任何利益牵连的受害者的资产，所以我反对美国政府
10 没收的我的银行存款，这绝对是严重过度的行为！请法官阻止美国政府没收我这笔被扣押的银行
11 存款。

March 10, 2022

*jian xie*

Jian xie
Pro Se

