Case 2:22-cv-00826-RGK-AS Document 31 Filed 03/27/22 Page 1 of 7 Page ID #:254

2:22-cv-00826-RGK-ASx
United States of America v. Any and All Funds Seized from Various Accounts at Bank of America, N.A.



# CLAIM FORM
Claimant Ningzhen Su



FILED
CLERK, U.S. DISTRICT COURT

MAR 27 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____JRE_____ DEPUTY

**YOU MUST COMPLETE ALL PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.**

**Note**: There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement**: If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice**: The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

## SECTION I – CONTACT INFORMATION

| CLAIMANT INFORMATION ||
|---|---|
| **Claimant/Contact Name**: (Last, First) SU,NINGZHEN ||
| **Business/Institution Name**: (if applicable) | **Prisoner ID**: 320103196009282021/E95102989 |
| **Address**: (Include Street, City, State, and Zip Code) **Room 601,Unit 1,Building23,No.2 Xianyin South Road,Qixia District,Nanjing China 210046** ||
| **Social Security Number/Tax Identification Number**: (Enter N/A if you do not have one) N/A ||
| **Please provide an explanation why you do not have a Social Security Number, if above is N/A:** **I am a Chinese citizen living in mainland China and I do not have a U.S. Social Security number.** ||
| **Phone**: (optional)9177250569 | **Email**: (optional)Jessicawusu@protonmail.com |
| ATTORNEY INFORMATION (if applicable) ||
| **Attorney Name**: (Last, First) ||
| **Attorney Title**: ||
| **Firm Name**: (if applicable) ||
| **Attorney Address**: (Include Street, City, State, and Zip Code) ||
| **Are you an attorney filing this claim on behalf of your client?** ☐ YES ☐ NO ||
| **Attorney Phone**: (optional) | **Attorney Email**: (optional) |
| | |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II – ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|---|---|
| 220 | 21-DSS-000153 | Checking Account-Value=$10532.68,SN325143011343 seized by the DSS on October 20,2020;on February 09,2021;on August 30,2021 in Unknown ,CA |

## SECTION III – INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION ||
|---|---|
| **Asset ID** | **Asset Description** |
| 21-DSS-000153 | Checking Account-Value=$10532.68,SN325143011343 seized by the DSS on October 20,2020;on February 09,2021;on August 30,2021 in Unknown ,CA |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset**:

    I am a Chinese citizen residing in mainland China. I opened a Bank of America checking account through an agent on Taobao on June 3, 2020 because I was going to visit my son who is studying in the United States. I did not know this was illegal and now this agent is still helping clients open BOfA accounts on Taobao, please see the screenshot I uploaded of the page they continue to market on the Taobao platform. They all state in the agreement they gave me that their bank account is BOfA compliant. After reading the email you sent me, I realized that they colluded with Bank of America employees to deceive us customers who are not aware of US laws. I also paid them $8,000 for the agent's fee.

    The money I remitted to my BOA account ******1343 was sent from the state-owned bank in China, which is in compliance with the Foreign Exchange Control Regulations of the People's Republic of China: $50,000 per person per year. And there are no criminal facts in this account as you alleged in your complaint.

    I am the victim of this case(CASE NO.:2:22-CV-0826FMO(ASx)，and I am not a U.S. citizen and I do not live in the United States. I live in China with high internet walls, I don't know US laws, there is a serious epidemic and I can't go to the US, I was cheated by Bofa's account opening agent, which led to illegal account opening! If I had known that this act was illegal I would not have done it! In the attachment I have listed a copy of the agent's account opening documents please check. And Taobao payment transaction form.

    The total amount of funds was seized from me is $10,532.68, of which $4701.68 was withheld on October 21, 2020. The other $5819 was seized on February 9, 2021 etc. I sincerely hope that Your Honor will consider that these are my legitimate income to maintain my retirement to be refunded to me!

    I was helpless, and I couldn't afford a lawyer. I don't speak English and I can only write letters and pleadings with the help of translation software. I can't come to America because of Covid-19! I can only pray every day for God to bless me!

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

Supporting documents are attached

1. Bofa transaction detail statement (from June 8, 2020 account opening to August 26, 2021 billing)

2. $14596.72 was transferred from Ningzhen Su's Velo account.( See Bofa's statement for this deposit on June 17, 2020)

3. $1986.38 transferred from Ningzhen Su's ICBC account(See Bofa's statement for this deposit on July 13, 2020)

4. $1087.58 transferred from My husband Yongning Wu's China Construction Bank account(See Bofa's statement for this deposit on September 17, 2020)

5. $6000 from My husband Yongning Wu's Velo online bank account(See Bofa's statement for this deposit on December 3, 2020)

6.$9885 transferred from My husband Yongning Wu's China Construction Bank account(See Bofa's statement for this deposit on December 24, 2020)

7.Marriage certificate of Ningzhen Su and Yongning Wu

8. Ningzhen Su's PRC resident identity card

9.Ningzhen Su's PRC passport

10.Screenshot of the picture of the agent opening the account for us, etc.

11. Agreement to open Bofa account by proxy

These funds are our retirement income and are legitimate. Please consider returning them! Thank you!

## SECTION IV – RECOVERY OF LOSS

*Complete this section for assets you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery. If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to attach with the claim and indicate which assets apply to each page. If you have not received any recovery of your losses, then leave this section blank.*

| RECOVERY OF LOSS INFORMATION ||
|---|---|
| **Asset ID** | **Asset Description** |
|  |  |
|  |  |

| INSURANCE CLAIM INFORMATION (if applicable) ||
|---|---|
| **Name of Insured**: (Last, First) ||
| **Policy Number**: | **Claim Number**: |
| **Name of Insurance Company**: | **Name of Insurance Agent**: (Last, First) |
| **Insurance Company Address**: (Include Street, City, State, and Zip Code) ||
| **Phone**: (optional) | **Email**: (optional) |
| **Have you received compensation from the insurance company?** ☐ YES    ☐ NO | **Amount of Compensation**: |

**If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.**

| OTHER SOURCE(S) OF RECOVERY (if applicable) ||
|---|---|
| **Source of Recovery 1**: | **Amount of Recovery**: |
| **Source of Recovery 2**: | **Amount of Recovery**: |

**In the space below, please list any documents you are including in support of your claim of recovery of loss. If none are included, please explain why.**

## **SECTION V – DECLARATION**

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____*NingZhen, Su*_____
**Signature**

**SU, NINGZHEN**
**Printed Name**

**03/26/2022**
**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Bank of America**

## Adv Plus Banking – 1343: Account Activity

Balance Summary: $12.00 (available as of today 08/26/2021)
View: today 08/26/2021

### All Transactions

| Posting Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| 08/13/2021 | Monthly Maintenance Fee | C | -12.00 | 12.00 |
| **Statement as of 06/15/2021** | | | | |
| 06/14/2021 | Monthly Maintenance Fee | C | -12.00 | 24.00 |
| **Statement as of 05/13/2021** | | | | |
| 05/12/2021 | Monthly Maintenance Fee | C | -12.00 | 36.00 |
| **Statement as of 04/15/2021** | | | | |
| 04/14/2021 | Monthly Maintenance Fee | C | -12.00 | 48.00 |
| 03/22/2021 | Zelle Transfer Conf# g58ij3qyy; SONGWEN | C | -1.00 | 60.00 |
| **Statement as of 03/16/2021** | | | | |
| 03/15/2021 | Monthly Maintenance Fee | C | -12.00 | 61.00 |
| 03/15/2021 | Wire Transfer Fee | C | -15.00 | 73.00 |
| 03/15/2021 | WIRE TYPE:WIRE IN DATE: 210315 TIME:1252 ET TRN:2021031500416588 SEQ: /000977... | C | 100.00 | 88.00 |
| **Statement as of 02/10/2021** | | | | |
| 02/09/2021 | Monthly Maintenance Fee | C | -12.00 | -12.00 |
| 02/09/2021 | Legal Order, LTS D020921000703 | C | -5,819.00 | 0.00 |
| 01/19/2021 | Wire Transfer Fee | C | -30.00 | 5,819.00 |
| 01/19/2021 | WIRE TYPE:WIRE OUT DATE:210119 TIME:1411 ET TRN:2021011900663887 SERVICE... | C | -10,020.00 | 5,849.00 |
| **Statement as of 01/13/2021** | | | | |
| 12/24/2020 | Wire Transfer Fee | C | -16.00 | 15,869.00 |
| 12/24/2020 | WIRE TYPE:INTL IN DATE:201224 TIME:0753 ET TRN:2020122400234732... | C | 9,885.00 | 15,885.00 |
| **Statement as of 12/15/2020** | | | | |
| 12/03/2020 | EASTWESTBANK DES:P2P ID:YONGNING WU INDN:NINGZHEN SU CO ID:XXXXX27921 WEB | C | 6,000.00 | 6,000.00 |
| 11/23/2020 | MONTHLY SERVICE CHARGE REFUND FDES NMO 0006576 259111 | C | 12.00 | 0.00 |
| **Statement as of 11/11/2020** | | | | |
| 11/10/2020 | Monthly Maintenance Fee | C | -12.00 | -12.00 |
| 10/21/2020 | Legal Order, LTS P102020000320 | C | -4,701.68 | 0.00 |