LU ZHANG ZHANG

**F I L E D**
CLERK, U.S. DISTRICT COURT

4/19/22

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KMH _____ DEPUTY



# CLAIM FORM

## YOU MUST COMPLETE __ALL__ PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.

**Note**: There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement**: If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice**: The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

## SECTION I – CONTACT INFORMATION

| CLAIMANT INFORMATION |
|---|
| **Claimant/Contact Name**: (Last, First) |
| ZHANG,LU |

| | |
|---|---|
| **Business/Institution Name**: (if applicable) | **Prisoner ID**: (if applicable) |

| |
|---|
| **Address**: (Include Street, City, State, and Zip Code) |
| Building 15, Baimiao New Village, Songzhuang Town, Tongzhou District, Beijing 101118 |

| |
|---|
| **Social Security Number/Tax Identification Number**: (Enter N/A if you do not have one) |

| |
|---|
| **Please provide an explanation why you do not have a Social Security Number, if above is N/A:** |
| **I'm Chinese, I live in China, so I don't have a US insurance number** |

| | |
|---|---|
| **Phone**: (optional) | **Email**: (optional) |
| +1 2182035962 | zhangkuokok@gmail.com |

| ATTORNEY INFORMATION (if applicable) | |
|---|---|
| **Attorney Name**: (Last, First) | |
| **Attorney Title**: | |
| **Firm Name**: (if applicable) | |
| **Attorney Address**: (Include Street, City, State, and Zip Code) | |
| Are you an attorney filing this claim on behalf of your client?   ☐ YES   ☐ NO | |
| **Attorney Phone**: (optional) | **Attorney Email**: (optional) |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II – ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|---|---|
| | 21-DSS-000429 | Financial Instrument-Checking and Savings Accounts-Value=$4,792.00, SN:****0600 seized by the DSS on February 8,2021 in Unknown,CA. |
| | | |
| | | |
| | | |

## <u>SECTION III – INTEREST IN PROPERTY</u>

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| 21-DSS-000429 | Financial Instrument-Checking and Savings Accounts-Value=$4,792.00, |
| | SN:****0600 seized by the DSS on February 8,2021 in Unknown,CA. |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset**:

1. The money was transferred from my ICBC account to Bank of America.

2. My use is to invest in stocks, invest in funds.

3. This US bank account is mine and I am a victim.

**In the space below, please list any documents you are including in support of your interest in the asset(s).  If none are included, please explain why.**

**Account opening date:7/23/2020**
**Name:Lu Zhang**
**Online id:luzhang33**
**Passcode:Lz119900**
**Debit card pin:7700**

## SECTION IV – RECOVERY OF LOSS

*Complete this section for assets you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery.  If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to attach with the claim and indicate which assets apply to each page. If you have not received any recovery of your losses, then leave this section blank.*

| RECOVERY OF LOSS INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| | |
| | |

| INSURANCE CLAIM INFORMATION (if applicable) | |
|---|---|
| **Name of Insured**: (Last, First) | |
| **Policy Number**: | **Claim Number**: |
| **Name of Insurance Company**: | **Name of Insurance Agent**: (Last, First) |
| **Insurance Company Address**: (Include Street, City, State, and Zip Code) | |
| **Phone**: (optional) | **Email**: (optional) |
| **Have you received compensation from the insurance company?**   ☐ YES        ☐ NO | **Amount of Compensation**: |

**If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.**

| OTHER SOURCE(S) OF RECOVERY (if applicable) | |
|---|---|
| **Source of Recovery 1**: | **Amount of Recovery**: |
| **Source of Recovery 2**: | **Amount of Recovery**: |

**In the space below, please list any documents you are including in support of your claim of recovery of loss.  If none are included, please explain why.**

## <u>SECTION V – DECLARATION</u>

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

張录

_____

**Signature**

_____LU ZHANG_____

**Printed Name**

_____4/16/2022_____

**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

Case No 2:22-cv-00826-RGK-ASx



| Posting Date ↓ | Description | Type ☑ | Status ☑ | Amount | Available Balance |
|---|---|---|---|---|---|
| ▼ 02/09/2021 | Legal Order, LTS P020921000221 | ⊖ | C | -4,750.00 | 0.00 |

**Edit Description**

| | |
|---|---|
| **Type:** | Debit |
| **Description:** | Legal Order, LTS P020921000221 |
| **Merchant name:** ? | Legal Order, LTS P020921000221  Edit |
| **Transaction category:** ? | Savings & Transfers: Transfers  Edit |

⚠ We're sorry, but we aren't able to show your notices right now. To view them, you can visit a banking center or try again later

Print transaction details

**Statement as of 01/06/2021    (view statements) »**



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

LU ZHANG
2305 SHERWOOD RD
SAN MARINO, CA  91108-2839

# Your Adv Plus Banking

for July 23, 2020 to August 6, 2020

**LU ZHANG**

Account number: 3251 4452 0600

## Account summary

| | |
|---|---|
| Beginning balance on July 23, 2020 | $0.00 |
| Deposits and other additions | 30,055.00 |
| Withdrawals and other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -45.00 |
| **Ending balance on August 6, 2020** | **$30,010.00** |

BANK OF AMERICA
Better Money Habits®

We're ready to support you no matter what comes next

Discover financial tools to help manage your immediate needs and longer-term plans.
Learn more at **BetterMoneyHabits.com/HereToHelp**.

SSM-03-20-0438.B | 3058826

LU ZHANG  |  Account # 3251 4452 0600  |  July 23, 2020 to August 4, 2008

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

– Tell us your name and account number.
– Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
– Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender



**LU ZHANG | Account # 3251 4452 0600 | July 23, 2020 to August 6, 2020**

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 07/23/20 | Counter Credit | 100.00 |
| 07/29/20 | WIRE TYPE:WIRE IN DATE: 200729 TIME:0520 ET TRN:2020072900102222 SEQ:BJMUS333923573GC/050715 ORIG:ZHANG LU ID:6212260200165861 SND BK:INDUSTRIA L AND COMMERCIAL BAN ID:1459 PMT DET:LU /GYSH/ | 9,985.00 |
| 07/31/20 | WIRE TYPE:WIRE IN DATE: 200731 TIME:0933 ET TRN:2020073100174079 SEQ:BJMUS334631161GC/125446 ORIG:ZHANG LU ID:6212260200165861 SND BK:INDUSTRIA L AND COMMERCIAL BAN ID:1459 PMT DET:LU /GYSH/ | 9,985.00 |
| 08/05/20 | WIRE TYPE:WIRE IN DATE: 200805 TIME:0551 ET TRN:2020080500103555 SEQ:BJMUS335455927HC/049510 ORIG:ZHANG LU ID:6212260200165861 SND BK:INDUSTRIA L AND COMMERCIAL BAN ID:1459 PMT DET:LU /GYSH/ | 9,985.00 |
| **Total deposits and other additions** | | **$30,055.00** |

## Service fees

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 07/29/20 | Wire Transfer Fee | -15.00 |
| 07/31/20 | Wire Transfer Fee | -15.00 |
| 08/05/20 | Wire Transfer Fee | -15.00 |
| **Total service fees** | | **-$45.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*



Invest in their future — open a 529 plan

**The future starts now at merrilledge.com/LearnMore**


A BANK OF AMERICA COMPANY

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation ("BofA Corp."). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp. Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of BofA Corp.

Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

SSM-04-20-0042.B | 3058679

This page intentionally left blank


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

LU ZHANG
2305 SHERWOOD RD
SAN MARINO, CA  91108-2839

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Adv Plus Banking

for August 7, 2020 to September 4, 2020                    Account number: 3251 4452 0600

**LU ZHANG**

## Account summary

| | |
|---|---:|
| Beginning balance on August 7, 2020 | $30,010.00 |
| Deposits and other additions | 19,970.00 |
| Withdrawals and other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -30.00 |
| **Ending balance on September 4, 2020** | **$49,950.00** |

Let's rally to make a difference.

Support your team and a great cause with player-inspired shirts.
Find your team's shirt at **bankofamerica.com/rally**.

30 players. 30 designs. 1 great cause.

Purchases must be made no later than November 30, 2020,
subject to terms and conditions, at bankofamerica.com/rally.



Official Bank of Major League Baseball™

™/© 2020 MLB
Officially licensed product of – MLB Players Inc.

SSM-01-20-2304.C  |  3111657

LU ZHANG  |  Account # 3251 4452 0600  |  August 7, 2020 to September 4, 2020

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender



LU ZHANG  |  Account # 3251 4452 0600  |  August 7, 2020 to September 4, 2020

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|-------:|
| 08/25/20 | WIRE TYPE:WIRE IN DATE: 200825 TIME:0527 ET TRN:2020082500253860 SEQ:BJMUS339821869HC/183802 ORIG:ZHANG LU ID:6212260200165861 SND BK:INDUSTRIA L AND COMMERCIAL BAN ID:1459 PMT DET:LU /GYSH/ | 9,985.00 |
| 09/02/20 | WIRE TYPE:WIRE IN DATE: 200902 TIME:0527 ET TRN:2020090200090545 SEQ:BJMUS331650141IC/033000 ORIG:ZHAO GUI RONG ID:6212260200058884 SND BK:INDU STRIAL AND COMMERCIAL BAN ID:1459 PMT DET:LU /GYSH / | 9,985.00 |
| **Total deposits and other additions** | | **$19,970.00** |

## Service fees

| Date | Transaction description | Amount |
|------|-------------------------|-------:|
| 08/25/20 | Wire Transfer Fee | -15.00 |
| 09/02/20 | Wire Transfer Fee | -15.00 |
| **Total service fees** | | **-$30.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## What's on your mind?

When you join the Bank of America® Advisory Panel, you can help us understand what you like and don't like.
Enter code **CADD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-06-20-0180A2  |  3104242

LU ZHANG   |   Account # 3251 4452 0600   |   August 7, 2020 to September 4, 2020

This page intentionally left blank

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

Our Deposit Agreement and Disclosures were updated to include recordkeeping requirements for Federal Deposit Insurance Corporation (FDIC) insurance coverage. These requirements apply to deposit accounts opened on behalf of beneficial owners (for example, as a trustee).

For more details, please review the "Special Provisions for Pass-Through Accounts" section of our Deposit Agreement at bankofamerica.com/depositagreement.

LU ZHANG   |   Account # 3251 4452 0600   |   August 7, 2020 to September 8, 2020

This page intentionally left blank



BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

LU ZHANG
2305 SHERWOOD RD
SAN MARINO, CA  91108-2839

**Customer service information**

📱 Customer service: 1.800.432.1000

   TDD/TTY users only: 1.800.288.4408

   En Español: 1.800.688.6086

🖥 bankofamerica.com

✉ Bank of America, N.A.
   P.O. Box 25118
   Tampa, FL 33622-5118

# Your Adv Plus Banking

for September 5, 2020 to October 6, 2020

Account number: 3251 4452 0600

**LU ZHANG**

## Account summary

| | |
|---|---|
| Beginning balance on September 5, 2020 | $49,950.00 |
| Deposits and other additions | 4,985.00 |
| Withdrawals and other subtractions | -40,040.00 |
| Checks | -0.00 |
| Service fees | -45.00 |
| **Ending balance on October 6, 2020** | **$14,850.00** |

## What's on your mind?

When you join the Bank of America® Advisory Panel, you can help us understand what you like and don't like.
Enter code **CADD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.

SSM-06-20-0180A2 | 3104242

LU ZHANG   |   Account # 3251 4452 0600   |   September 5, 2020 to October 5, 2020

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation



Bank of America, N.A. Member FDIC and  Equal Housing Lender



**LU ZHANG**  |  Account # 3251 4452 0600  |  September 5, 2020 to October 6, 2020

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 09/24/20 | WIRE TYPE:WIRE IN DATE: 200924 TIME:0526 ET TRN:2020092400175247 SEQ:BJMUS336630801IC/131579 ORIG:ZHANG LU ID:6212260200165861 SND BK:INDUSTRIA L AND COMMERCIAL BAN ID:1459 PMT DET:LU /GYSH/ | 4,985.00 |
| **Total deposits and other additions** | | **$4,985.00** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 09/08/20 | WIRE TYPE:WIRE OUT DATE:200908 TIME:1356 ET TRN:2020090800860843 SERVICE REF:013678 BNF:MAYWIND TRADING LLC ID:1169913454 BNF BK:WELLS  FARGO BANK, N.A. ID:121000248 PMT DET:310408848 | -40,040.00 |
| **Total withdrawals and other subtractions** | | **-$40,040.00** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 09/08/20 | Wire Transfer Fee | -30.00 |
| 09/24/20 | Wire Transfer Fee | -15.00 |
| **Total service fees** | | **-$45.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Your investments deserve more than an algorithm

Get the convenience of a professionally managed portfolio and the option to work with an advisor — at a low cost. Learn more at **MerrillEdge.com/Invest**.

**MERRILL**
A BANK OF AMERICA COMPANY

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation ("BofA Corp."). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp. Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of BofA Corp.

Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

SSM-07-20-0035.B | 3138693

LU ZHANG   |   Account # 3251 4452 0600   |   September 5, 2020 to October 3, 2020

This page intentionally left blank


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

LU ZHANG
2305 SHERWOOD RD
SAN MARINO, CA  91108-2839

**Customer service information**

📱 Customer service: 1.800.432.1000

   TDD/TTY users only: 1.800.288.4408

   En Español: 1.800.688.6086

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv Plus Banking

for October 7, 2020 to November 3, 2020

Account number: 3251 4452 0600

**LU ZHANG**

## Account summary

| | |
|---|---|
| Beginning balance on October 7, 2020 | $14,850.00 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -10,020.00 |
| Checks | -0.00 |
| Service fees | -30.00 |
| **Ending balance on November 3, 2020** | **$4,800.00** |



Choose your goals

Improve credit

Buy a home

Budget and start saving

# It all starts with a plan. Your plan.

**Introducing Bank of America Life Plan®** —
an easy way to set and track financial goals,
get personalized advice when you need it most and more.

Learn more at **bankofamerica.com/LifePlan**.

To view or use Life Plan, you must be enrolled in Online Banking or Mobile Banking. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. Bank of America Life Plan is a registered trademark of the Bank of America Corporation.

SSM-07-20-0688.B I 3172550

LU ZHANG  |  Account # 3251 4452 0600  |  October 7, 2020 to November 5, 2020

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender



LU ZHANG  |  Account # 3251 4452 0600  |  October 7, 2020 to November 3, 2020

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 10/20/20 | WIRE TYPE:WIRE OUT DATE:201019 TIME:1242 ET TRN:2020101900551300 SERVICE REF:009503 BNF:G CLUB OPERATIONS LLC ID:1504005603 BNF BK:SIG NATURE BANK ID:026013576 PMT DET:314825148 | -10,020.00 |
| **Total withdrawals and other subtractions** | | **-$10,020.00** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 10/20/20 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$30.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*




## Help protect yourself from fraud this holiday season

**Our Security Center is a great place to learn what to look out for.**

**See how to help protect yourself from fraud**

**Find out about the latest fraud and scam trends**

**Learn how to identify scams**

Visit **bankofamerica.com/Security** to learn how to help avoid fraud and identity theft.

SSM-07-20-0687.B | 3172526

LU ZHANG   |   Account # 3251 4452 0600   |   October 7, 2020 to November 12, 2020

This page intentionally left blank

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 Customer service: 1.800.432.1000

En Español: 1.800.688.6086

LU ZHANG
2305 SHERWOOD RD
SAN MARINO, CA 91108-2839

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv Plus Banking

for November 4, 2020 to December 7, 2020

Account number: 3251 4452 0600

**LU ZHANG**

## Account summary

| | |
|---|---:|
| Beginning balance on November 4, 2020 | $4,800.00 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on December 7, 2020** | **$4,800.00** |



Choose your goals
Improve credit
Buy a home
Budget and start saving

It all starts with a plan. Your plan.

**Introducing Bank of America Life Plan®** —
an easy way to set and track financial goals,
get personalized advice when you need it most and more.

Learn more at **bankofamerica.com/LifePlan**.

To view or use Life Plan, you must be enrolled in Online Banking or Mobile Banking. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. Bank of America Life Plan is a registered trademark of the Bank of America Corporation.

SSM-07-20-0688.B I 3172550

LU ZHANG  |  Account # 3251 4452 0600  |  November 4, 2020 to December 4, 2020

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender

BANK OF AMERICA
Preferred
Rewards

# You could be eligible to activate Preferred Rewards

**Get more rewards with your everyday banking®**

Preferred Rewards gives you exclusive benefits and rewards that help you get more with your Bank of America® banking and Merrill investing accounts. As your balances grow, so do your benefits.

**Activating your benefits is easy. All you need to become a Preferred Rewards member is:**

• An active, eligible Bank of America® checking account and

• A three-month combined average daily balance of $20,000 or more in your Bank of America® deposit and/or Merrill® investment accounts

There is no fee to join or participate and you will start receiving program member benefits within 30 days after you activate.

As a Preferred Rewards member, you could enjoy:

- Extra interest on a Bank of America Advantage Savings account (footnote 1)
- A 25%-75% rewards bonus on eligible Bank of America® credit cards (footnote 2)
- No fees on select everyday banking services (footnote 3)
- An annual program fee discount on a Merrill Guided Investing (TM) account (footnote 4). Other fees may apply.*

To activate your benefits, go to bankofamerica.com/MyRewards, or call 888.888.RWDS (888.888.7937).

* Other fees may apply. Sales of ETFs are subject to a transaction fee of between $0.01 and $0.03 per $1,000 of principal. There are costs associated with owning ETFs and mutual funds. To learn more about Merrill pricing, visit merrilledge.com/pricing.

Investment products are provided by MLPF&S and:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|

# There is no fee to join or participate in Preferred Rewards. Activate today.

Visit bankofamerica.com/MyRewards, or call 888.888.RWDS (888.888.7937).
Or schedule an appointment to talk one-on-one with a specialist at bankofamerica.com/Appointment.

To enroll in the Preferred Rewards program you must have an active, eligible Bank of America personal checking account and maintain a qualifying balance of at least $20,000 for the Gold tier, $50,000 for the Platinum tier, or $100,000 for the Platinum Honors tier in your combined qualifying Bank of America deposit accounts (such as checking, savings, certificate of deposit) and/or your Merrill investment accounts (such as Cash Management Accounts, 529 Plans). The qualifying balance is calculated based on your average daily balance for a three calendar month period. Eligibility to enroll is generally available three or more business days after the end of the calendar month in which you satisfy the requirements. Benefits become effective within 30 days of your enrollment, or for new accounts within 30 days of account opening, unless we indicate otherwise. Certain benefits are also available without enrolling in Preferred Rewards if you satisfy balance and other requirements. Refer to your Personal Schedule of Fees for details on accounts that qualify towards the combined balance calculation and receive program benefits, available at bankofamerica.com/fees.

1 The Bank of America Advantage Savings interest rate booster is only available to enrolled Preferred Rewards members. Your enrollment in Preferred Rewards will not automatically convert any existing savings account to a Bank of America Advantage Savings account without your request. If your enrollment in the Preferred Rewards program is discontinued, the interest rate booster may be discontinued. Visit bankofamerica.com/savings for current rates.

2 Certain credit cards are eligible to receive the Preferred Rewards bonus. Enrolled Preferred Rewards members can receive a Preferred Rewards bonus of 25% for the Gold tier, 50% for the Platinum tier, or 75% for the Platinum Honors tier based on their Program tier and type of card. If your product receives the 10% customer bonus, the Preferred Rewards bonus will replace the 10% customer bonus. The Preferred Rewards bonus for eligible cash rewards credit cards will be applied after all base and bonus cash rewards have been calculated on a purchase. For example, a $100 purchase that earns 3% ($3.00) will actually earn $3.75, $4.50 or $5.25 based on your tier when the purchase posts to your account. For all other eligible card types, a purchase that earns 100 base points will actually earn 125, 150 or 175 points based on your tier when the purchase posts to your account. The Preferred Rewards bonus is not applied to any account opening bonus, if applicable. The Preferred Rewards bonus also does not apply to the bonus earn for certain programs. This information can be found in the Program Rules associated with those credit cards. Other terms and conditions apply. Please refer to your cards Program Rules for details about how you will receive the Preferred Rewards bonus. Program Rules are mailed upon account opening and are accessible through the rewards redemption site via Online Banking or by calling the number on the back of your card.

Visit bankofamerica.com/preferred-rewards for a complete list of ineligible cards.

3 Visit bankofamerica.com/preferred-rewards for a list of no-fee banking services.

4 Please review the applicable Merrill Guided Investing Program Brochure (PDF) at merrilledge.com/guided-investing-program-brochure or Merrill Guided Investing with Advisor Program Brochure (PDF) at ml.com/guided-investing-program-brochure for information including pricing, rebalancing and the details of the investment advisory program. Your recommended investment strategy will be based solely on the information you provide to us for this specific investment goal and is separate from any other advisory program offered with us. If there are multiple owners on this account, the information you provide should reflect the views and circumstances of all owners on the account. If you are the custodian of this account for the benefit of another person, please keep in mind that these assets will be invested for the benefit of the other person. Merrill Guided Investing is offered with and without an advisor. Merrill, Merrill Lynch and Merrill Edge investment advisory programs are offered by Merrill Lynch, Pierce, Fenner and Smith Incorporated ("MLPF&S"). MLPF&S and Managed Account Advisors LLC ("MAA") are registered investment advisers. Investment advisor registration does not imply a certain level of skill or training.

Clients enrolled in Preferred Rewards receive a Preferred Rewards discount off the Merrill Guided Investing program's annual asset-based fee of 0.45%, and the Merrill Guided Investing with Advisor and Merrill Edge Advisory Account programs' annual asset-based fee of 0.85% for any of their accounts enrolled in the respective advisory programs. Preferred Rewards enrolled clients receive a discount of 0.05% off the annual rate for the Gold tier, 0.10% for the Platinum tier, or 0.15% for the Platinum Honors tier based on their Preferred Rewards tier effective at the time the applicable advisory program fee is calculated. Bank of America Private Bank clients will also receive a discount of 0.15% off of the annual rate. It may take up to 30 calendar days for changes to your Preferred Rewards status or tier to be associated with and effective for your accounts in the advisory programs. This fee is charged monthly in advance. In addition to the annual program fee, the expenses of the investments will vary based on the specific funds within each portfolio. Actual fund expenses will vary; please refer to each fund's prospectus. Preferred Rewards for Wealth Management clients other than Bank of America Private Bank clients, do not receive the Merrill Guided Investing fee discount.

Please review the Personal Schedule of Fees available at bankofamerica.com/fees and at your local financial center.

Credit card programs are issued and administered by Bank of America, N.A.

"Get more rewards with your everyday banking", Merrill, Bank of America and the Bank of America logo are registered trademarks of Bank of America Corporation.

Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.

©2020 Bank of America Corporation                                SSM-07-20-0034.A1| 3138790

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

LU ZHANG
15 HAO LOU 4 DAN YUAN SONG ZHUANG ZHEN
BAI MIAO XIN CUN XIAO QU TONG ZHOU QU
BEI JING CITY
CHINA

# Your Adv Plus Banking

for August 7, 2021 to September 7, 2021

Account number: 3251 4452 0600

**LU ZHANG**

## Account summary

| | |
|---|---|
| Beginning balance on August 7, 2021 | $42.00 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -42.00 |
| Checks | -0.00 |
| Service fees | -12.00 |
| **Ending balance on September 7, 2021** | **-$12.00** |



BANK OF AMERICA PRESENTS

**Masterpiece Moment**

Be inspired by art!

Bank of America's Masterpiece Moment is a new video series that explores great works of art in museums across the United States. A new episode will be available every other Monday night.

Visit **bankofamerica.com/MasterpieceMoment** to watch the latest episodes, and sign up for alerts so you never miss a moment!

SSM-01-21-3113.B | 3414765

LU ZHANG   |   Account # 3251 4452 0600   |   August 7, 2021 to September 3, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation



Bank of America, N.A. Member FDIC and     Equal Housing Lender



LU ZHANG  |  Account # 3251 4452 0600  |  August 7, 2021 to September 7, 2021

## Withdrawals and other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 08/30/21 | Legal Order, LTS P083021000119 | -42.00 |
| **Total withdrawals and other subtractions** | | **-$42.00** |

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 09/07/21 | Monthly Maintenance Fee | -12.00 |
| **Total service fees** | | **-$12.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*







BANK OF AMERICA

Bigger than boxing. Larger than life.

Experience the rise of Muhammad Ali — celebrated for his skill in the ring and equally remembered for his stances outside it. Learn more at **bankofamerica.com/Ali**.

SSM-05-21-0155.B | 3582695

LU ZHANG   |   Account # 3251 4452 0600   |   August 7, 2021 to September 7, 2021

This page intentionally left blank

**BANK OF AMERICA** 🇺🇸

P.O. Box 15284
Wilmington, DE 19850

PAGE 1 OF 1

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY        PA6-580-04-05
SCRANTON, PA        18507

LU ZHANG
2305 SHERWOOD RD
SAN MARINO CA 91108-2839

DATE: 08/25/20
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX0600

---

<u>THE FOLLOWING WIRE WAS CREDITED TODAY:</u>          USD AMOUNT $9,985.00

| | | |
|---|---|---|
| TRANSACTION REF: | 2020082500253860 | SERVICE REF: 183802 |
| SENDER'S REF: | BJMUS339821869HC | |
| ORIGINATOR: | ZHANG LU | ID: XXXXXXXXXXXXX1077 |
| ORIGINATOR'S BANK: | INDUSTRIAL AND COMMERCIAL BANK | ID: ICBKCNBJBJM |
| SENDING BANK: | INDUSTRIAL AND COMMERCIAL BANK OF | ID: 1459 |
| BENEFICIARY: | LU ZHANG | ID: XXXXXXXX0600 |

PAYMENT DETAIL:     LU /GYSH/

**BANK OF AMERICA**

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY          PA6-580-04-05
SCRANTON, PA          18507

P.O. Box 15284
Wilmington, DE 19850

LU ZHANG
2305 SHERWOOD RD
SAN MARINO CA 91108-2839

DATE: 09/02/20
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX0600

---

**THE FOLLOWING WIRE WAS CREDITED TODAY:**          USD AMOUNT $9,985.00

| | |
|---|---|
| TRANSACTION REF: | 2020090200090545 |
| SENDER'S REF: | BJMUS331650141IC |
| ORIGINATOR: | ZHAO GUI RONG |
| ORIGINATOR'S BANK: | INDUSTRIAL AND COMMERCIAL BANK |
| SENDING BANK: | INDUSTRIAL AND COMMERCIAL BANK OF |
| BENEFICIARY: | LU ZHANG |

SERVICE REF: 033000

ID: XXXXXXXXXXXXXX4608
ID: ICBKCNBJBJM
ID: 1459
ID: XXXXXXXX0600

PAYMENT DETAIL:     LU /GYSH/

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY        PA6-580-04-05
SCRANTON, PA        18507

LU ZHANG
2305 SHERWOOD RD
SAN MARINO CA 91108-2839

DATE: 09/08/20
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX0600

<u>THE FOLLOWING WIRE WAS DEBITED TODAY:</u>                    USD AMOUNT $40,040.00

| | | |
|---|---|---|
| TRANSACTION REF: | 2020090800860843 | SERVICE REF: 013678 |
| RELATED REF: | 310408848 | IMAD: 20200908B6B7HU1R013678 |
| ORIGINATOR: | LU ZHANG | ID: XXXXXXXX0600 |
| INSTRUCTING BANK: | CONSUMER | ID: OLBS |
| BENEFICIARY: | MAYWIND TRADING LLC | ID: 1169913454 |
| BENEFICIARY'S BANK: | WELLS FARGO BANK, N.A. | ID: 121000248 |

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

PAGE 1 OF 1

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY          PA6-580-04-05
SCRANTON, PA         18507

LU ZHANG
2305 SHERWOOD RD
SAN MARINO CA 91108-2839

DATE: 09/24/20
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX0600

---

<u>THE FOLLOWING WIRE WAS CREDITED TODAY:</u>          USD AMOUNT $4,985.00

TRANSACTION REF:    2020092400175247          SERVICE REF: 131579
SENDER'S REF:       BJMUS336630801IC
ORIGINATOR:         ZHANG LU                  ID: XXXXXXXXXXXXXX1077
ORIGINATOR'S BANK:  INDUSTRIAL AND COMMERCIAL BANK   ID: ICBKCNBJBJM
SENDING BANK:       INDUSTRIAL AND COMMERCIAL BANK OF   ID: 1459
BENEFICIARY:        LU ZHANG                  ID: XXXXXXXX0600

PAYMENT DETAIL:     LU /GYSH/

PAGE 1 OF 1

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY        PA6-580-04-05
SCRANTON, PA        18507

LU ZHANG
2305 SHERWOOD RD
SAN MARINO CA 91108-2839

DATE: 10/19/20
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX0600

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                    USD AMOUNT $10,020.00

| | | | |
|---|---|---|---|
| TRANSACTION REF: | 202010190055130 | SERVICE REF: | 009503 |
| RELATED REF: | 314825148 | IMAD: | 20201019B6B7HU2R009503 |
| ORIGINATOR: | LU ZHANG | ID: | XXXXXXXX0600 |
| INSTRUCTING BANK: | CONSUMER | ID: | OLBS |
| BENEFICIARY: | G CLUB OPERATIONS LLC | ID: | 1504005603 |
| BENEFICIARY'S BANK: | SIGNATURE BANK | ID: | 026013576 |

PAGE 1 OF 1

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY        PA6-580-04-05
SCRANTON, PA        18507

LU ZHANG
15 HAO LOU 4 DAN YUAN SONG ZHNG ZHN
BAI MIAO XIN CUN XIAO QU TNG ZHOU Q
BEI JING CITY
CHINA

DATE: 03/18/21
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX0600

---

**THE FOLLOWING WIRE WAS CREDITED TODAY:**                    USD AMOUNT $60.00

| | |
|---|---|
| TRANSACTION REF:    2021031800132683 | SERVICE REF: 147929 |
| SENDER'S REF:       BJMUS332481579CC | |
| ORIGINATOR:         ZHANG LU | ID: XXXXXXXXXXXXXX1077 |
| ORIGINATOR'S BANK:  INDUSTRIAL AND COMMERCIAL BANK | ID: ICBKCNBJBJM |
| SENDING BANK:       INDUSTRIAL AND COMMERCIAL BANK OF | ID: 1459 |
| BENEFICIARY:        LU ZHANG | ID: XXXXXXXX0600 |

PAYMENT DETAIL:      LU /GYSH/

---

**THE FOLLOWING WIRE WAS CREDITED TODAY:**                    USD AMOUNT $9,985.00

| | |
|---|---|
| TRANSACTION REF:    2021031800132681 | SERVICE REF: 147923 |
| SENDER'S REF:       BJMUS332481575CC | |
| ORIGINATOR:         ZHANG LU | ID: XXXXXXXXXXXXXX1077 |
| ORIGINATOR'S BANK:  INDUSTRIAL AND COMMERCIAL BANK | ID: ICBKCNBJBJM |
| SENDING BANK:       INDUSTRIAL AND COMMERCIAL BANK OF | ID: 1459 |
| BENEFICIARY:        LU ZHANG | ID: XXXXXXXX0600 |

PAYMENT DETAIL:      LU /GYSH/

PAGE 1 OF 1

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY        PA6-580-04-05
SCRANTON, PA        18507

LU ZHANG
15 HAO LOU 4 DAN YUAN SONG ZHNG ZHN
BAI MIAO XIN CUN XIAO QU TNG ZHOU Q
BEI JING CITY
CHINA

DATE: 03/19/21
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX0600

---

THE FOLLOWING WIRE WAS CREDITED TODAY:                USD AMOUNT $60.00

| | |
|---|---|
| TRANSACTION REF:      2021031900101294 | SERVICE REF: 101944 |
| SENDER'S REF:         BJMUS332757747CC | |
| ORIGINATOR:           ZHANG LU | ID: XXXXXXXXXXXXXX1077 |
| ORIGINATOR'S BANK:    INDUSTRIAL AND COMMERCIAL BANK | ID: ICBKCNBJBJM |
| SENDING BANK:         INDUSTRIAL AND COMMERCIAL BANK OF | ID: 1459 |
| BENEFICIARY:          LU ZHANG | ID: XXXXXXXX0600 |

PAYMENT DETAIL:       LU /GYSH/

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                 USD AMOUNT $10,000.00

| | |
|---|---|
| TRANSACTION REF:      2021031900264202 | SERVICE REF: 006686 |
| RELATED REF:          332181786 | IMAD: 20210319B6B7HU3R006686 |
| ORIGINATOR:           LU ZHANG | ID: XXXXXXXX0600 |
| INSTRUCTING BANK:     CONSUMER | ID: OLBS |
| BENEFICIARY:          BSI GROUP LLC | ID: 3746626315 |
| BENEFICIARY'S BANK:   CAPITAL ONE, NA | ID: 065000090 |

PAYMENT DETAIL:       MBI 000010010 2785809198G CLUB VA21

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

PAGE 1 OF 1

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY        PA6-580-04-05
SCRANTON, PA        18507

LU ZHANG
15 HAO LOU 4 DAN YUAN SONG ZHNG ZHN
BAI MIAO XIN CUN XIAO QU TNG ZHOU Q
BEI JING CITY
CHINA

DATE: 05/19/21
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX0600

---

<u>THE FOLLOWING WIRE WAS CREDITED TODAY:</u>                    USD AMOUNT $9,985.00

TRANSACTION REF:     2021051900080085            SERVICE REF: 067744
SENDER'S REF:        111OR21000777
ORIGINATOR:          1/ZHANG LU                  ID: XXXXXXXXXXXX5219
ORIGINATOR'S BANK:   CHINA MERCHANTS BANK        ID: CMBCCNBS201
INSTRUCTING BANK:    CHINA MERCHANTS BANK        ID: CMBCCNBS201
SENDING BANK:        CHINA MERCHANTS BANK - HEAD OFFICE  ID:
BENEFICIARY:         LU ZHANG                    ID: XXXXXXXX0600

PAYMENT DETAIL:      FEES: $15.00 DEDUCTED FROM PAYMENT. REMITTER'S DOB: 19930620 ZHANG LU

**PAGE 1 OF 1**

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY        PA6-580-04-05
SCRANTON, PA        18507

LU ZHANG
15 HAO LOU 4 DAN YUAN SONG ZHNG ZHN
BAI MIAO XIN CUN XIAO QU TNG ZHOU Q
BEI JING CITY
CHINA

DATE: 06/15/21
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX0600

---

<u>THE FOLLOWING WIRE WAS CREDITED TODAY:</u>                USD AMOUNT $29,985.00

TRANSACTION REF:    2021061500184489          SERVICE REF: 490067
SENDER'S REF:       111OR21000944
ORIGINATOR:         1/ZHANG LU                ID: XXXXXXXXXXXX5219
ORIGINATOR'S BANK:  CHINA MERCHANTS BANK      ID: CMBCCNBS201
INSTRUCTING BANK:   CHINA MERCHANTS BANK      ID: CMBCCNBS201
SENDING BANK:       CHINA MERCHANTS BANK - HEAD OFFICE  ID:
BENEFICIARY:        LU ZHANG                  ID: XXXXXXXX0600

PAYMENT DETAIL:     FEES: $15.00 DEDUCTED FROM PAYMENT. REMITTER'S DOB: 19930620 LU ZHANG

PAGE 1 OF 1

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY          PA6-580-04-05
SCRANTON, PA          18507

LU ZHANG
15 HAO LOU 4 DAN YUAN SONG ZHNG ZHN
BAI MIAO XIN CUN XIAO QU TNG ZHOU Q
BEI JING CITY
CHINA

DATE: 06/18/21
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX0600

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                USD AMOUNT $29,900.00

TRANSACTION REF:    2021061800353773        SERVICE REF: 011146
RELATED REF:        344086702              IMAD: 20210618B6B7HU1R011146
ORIGINATOR:         LU ZHANG               ID: XXXXXXXX0600
INSTRUCTING BANK:   CONSUMER               ID: OLBS
BENEFICIARY:        HIMALAYA INTERNATIONAL CLEARING LTD  ID: 7801000254
BENEFICIARY'S BANK: METROPOLITAN COMMERCIAL BANK  ID: 026013356

PAYMENT DETAIL:     CNY99S7B