

1 NAME: YiWei Yuan
  Address: Room603, No77,Dongtiyuhui Road, Hongkou District
2 City, State  Zip:Shanghai ,China,200081
  Phone Number (with area code): +8613818508079
3 Email Address (If applicable):wozzkkxd@gmail.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 2:22-CV-0826-RGK-ASx |
| Plaintiff, ) | |
| ) | To be supplied by the Clerk of |
| v. ) | The United States District Court |
| ANY AND ALL FUNDS SEIZED FROM ) | |
| VARIOUS ACCOUNTS AT BANK OF ) | |
| AMERICA,N.A., ) | |
| Defendant ) | |

Pleading against seizure on Bank of America account

**SELF DESCRIPTION:**

MY name is YiWei Yuan,from Shanghai ,People' Republic of China.My id card number is 310108198912070518, passport number is EI0889938(no American visa).These information was the same as that provided to the BOFA when opening bank accounts.

**THE COURSE OF THE EVENT:**

On October 21st, I found my checking account was emptied and $46,965 was gone for no reasons. Therefore I phoned Bank of America for details the following day ,and they gave me the guidance to contact ICE which I knew was affiliated to Homeland Security .Then I emailed

ICE, but no replies. It was not until Feb 15th, 2022 that I got to know the whole things from my online friends who shared the same experience through Telegram and some of them have received notices from Central District COURT of California. The COURT emailed my friends all the files. Two things I have to note are as below:

1. Although I tried to contact the authorities concerned such as ICE for solutions to get back my money, I did not receive notice from any regulatory body.

2. One file the Central District of California is about a list of defendants who got involved in Case 2:22-cv-00826-RGK-AS. **I saw my name in it and my number is 141 x49028.**

**The accounts I opened in BOA:**

I have two accounts in Bank of America. One is ending in 49028, the checking account while the other is ending in 49031, the saving account. The legal order was imposed on checking account on October 21st, 2020 when all money was take by US regulatory body, and one year later Bank of America closed the both checking account and saving account. The remaining dollars in the accounts were returned to me and no subsequent issues need to be resolved with the BOA.

**How I opened the accounts of BOA:**

One day In around April, 2020, I casually surfed the online platform "Taobao", the best-renown online shopping website in China. One website caught my eye. It stated that the company or the seller behind the webstore can help people open Bank of America account without appearing on bank counter during Covid-pandemic. Out of curiosity, I began to chat with seller about whether such procedure was legitimate or not. He responded by saying that due to the period of pandemic, the city was undergoing lockdown, the BOA allowed for simplifying the procedures at that point, as long as the information of the account applicant is complete and authentic. He also added that BOA demanded id card double sides photocopies and passport photocopy as well as the photo which could clearly show my full face and passport information carried before my chest. That was enough. At that time, I think it was feasible because it sufficed to confirm my true identity. After that, I asked him about the

commission he would charge me,He told me slightly over 9000 RMB was fine. Deal was made. I sent him the photocopies of id cards ,passport as well as my full face photo.

**Why I thought it was necessary to have an American Banking account at that time.**

In 2018 , I was preparing for an American master degree program and signed a contract with QianTu Foreign educational center affiliated to "New Oriental"(listed in US stock exchange).Since I had a plan to pursue further education in USA,as could be proved by the banking transaction record with QianTu Foreign educational center displayed in (**Claim document).**

I was desperate for an American account which would facilitate certain fee-paying programs.Moreover,at that point, I might come to north America,whether US or Canada, for schools surveys before ascertaining the final education destination,which requires a sum of money in foreign accounts beforehand.

**What I have done since the account was opened.**

I have done nothing except wired over $46,000 into the checking account . I did not use that amount for something illegal or for trading stocks or bitcoins or for buying local house. That amount was completely the saving and purely intended to be used for foreign education. The transfer operation of the money was also within the boundary of China's law and regulations on foreign currency exchange. I did not use shadow banks which would allegedly circumvent the banking oversight ,but used domestic bank named ICBC (Industrial and Commercial Bank of China)(**see transaction record in my claim**)

**Source of money.**

The money consisted of portion of proceeds from selling a house to support my foreign education and the years' saving of my parents as well as my working income.

**What I expect from the Court.**

I want to get back my $46,965.00 taken from my checking account of Bank of America.

The reasons are as follows:

1. I knew nothing in advance about whether I was eligible to open an American account . I was misled and even cheated by the broker from "TaoBao" -online shopping platform.I did not know beforehand that the applicant of the bank account must be present before opening the account.The domestic broker just asked me for photocopies and photos of all the relevant certificate .As for the wrong physical residence in California ("Eckhart Avenue Address"),I totally knew nothing about it as well as how bad actors involved in the case used this address to engage in something illegal,so I was also a victim in this regard. Moreover, all the information required of me to provide to Bank of America was 100% legal and authentic.

2. The channel I use to transfer the money to Bank of America was legal ,and the channel was through our domestic bank ICBC, under their supervision.(see the screenshots in the **claim**)

3. The source of the money came from partly the proceeds from the sale of my parent's house and their savings as well as my years' working income .These sums of money was intended to support my foreign education .When the dollar amount reached the accounts in USA,it was not used for other purposes ,such as security investment or house purchase .

4. Bank of America also has its faults.It did not faithfully fulfil **AML-CIP PROGRAMS** mandated by federal regulations. The program stressed that accounts can only be opened for owners or signers who are present,in person,at a BOFA financial center or bank-approved offsite event. The program included a specific requirement that employees opening new accounts for non-resident alien applicants("NRA Applicants") verify each new NRA account holder's physical address. The result was that their staff still opened the accounts for me even without my presence and cooked the false physical address .To some degrees ,Bank of America also had faults ,which led to my money being forfeited by authorities concerned.

**Additional information I am able to provide:**

See the attachment file where there are pictures and statements about the information of the online broker that helped me open the BOFA account.

1
2
3
4
5
6
7
8
9
10 DATED: April 16, 2022
11
12
*Your signature*
YiWei Yuan
Your Company or Pro Se
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28