NO JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       vs.<br><br>ANY AND ALL FUNDS SEIZED FROM VARIOUS ACCOUNTS AT BANK OF AMERICA, N.A.,<br><br>       Defendant. | No. CV 22-00826-RGK-AS<br><br>[PROPOSED] **PARTIAL CONSENT JUDGMENT OF FORFEITURE** [520]<br><br>[Not Dispositive of This Action] |
| XINGBO LIU AND XINGUO CHEN,<br><br>       Claimants. | |

    Plaintiff United States of America ("the government") and Potential Claimant Xingbo Liu and Xinguo Chen ("Claimants") have made a stipulated request for the entry of this Partial Consent Judgment, which is not dispositive of this action.

    The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. Notice has been given and published regarding the Defendant Funds as required by law and the Local Rules of this Court. No other claims or answers were filed as to the Defendant Funds identified in Schedule A, and the time for filing such claims has expired.

2. On or about March 17, 2022, Claimants filed timely claims for certain of the Defendant Funds, as identified in Schedule A.

3. The partial consent judgment provides that certain of the Defendant Funds identified in Schedule A, without interest, shall be returned to Claimant as specified in Schedule A (hereinafter, the "Returned Funds").

4. The government shall have judgment as to the portion of the Defendant Funds specified in Schedule A, together with all interest earned on the entire amount of such Defendant Funds since seizure, and no other person or entity shall have any right, title or interest therein.

5. If the government elects to make the payment of the Returned Funds by check, the check shall be payable to the Client Trust account of the Lentz Law Firm, PC (the "Lentz Client Trust Account"), and mailed to Claimants in care of their attorney, Jacek Lentz. If the government elects to make the payment by wire transfer, the funds shall be wire transferred to the Lentz Client Trust Account. Upon request from the government, Claimants, through counsel, shall provide the necessary bank account information to complete the transfer.

6. Claimants, and each of them, release the United States of America, its attorneys, agencies, agents, and officers, including employees and agents of the United States Department of Justice, Department of State, and Department of Homeland Security, from any

and all claims, actions or liabilities arising out of or related to the seizure and retention of the Defendant Funds and the commencement of this action as it relates to the Defendant Funds, including any claim for attorneys' fees or costs which may be asserted on behalf of Claimants, or either of them, against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.

7. The Court finds that there was reasonable cause for the seizure of the Defendant Funds and institution of this action.

8. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

9. Each of the Parties shall bear its own fees and costs in connection with the seizure, retention and efforts to forfeit the Defendant Funds.

IT IS SO ORDERED.

Dated: 7/18/22 , 2022      _____
                           HON. R. GARY KLAUSNER
                           UNITED STATES DISTRICT JUDGE

Presented by:

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

    /s/
_____
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## Schedule A

| Account | Claimant | Seized | Returned | Forfeited |
|---|---|---|---|---|
| X12355 | Xingbo Liu | $24,081.56 | $16,134.27 | $7,947 |
| X36063 | Xinguo Chen | $53,606.34 | $35,916.34 | $17,690 |