# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**FILED**
CLERK, U.S. DISTRICT COURT
07/22/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: JRE DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  R. GARY KLAUSNER

From: Joseph Remigio, Deputy Clerk    Date Received: 6/15/2022

Case No.: 2:22-cv-00826-RGK-AS    Case Title: USA v. Any and All Funds Seized from BofA, NA

Document Entitled: ANSWER AND PROOF OF SERVICE ( Jiandong Zhang )

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1 — Documents must be filed electronically
- ☐ Local Rule 6-1 — Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1 — Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1 — No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1 — Document not legible
- ☐ Local Rule 11-3.8 — Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1 — No copy provided for judge
- ☐ Local Rule 11-6 — Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 — Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1 — Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7 — Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1 — Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 — Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 — Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.5 — No letters to the judge
- ☐ Fed. R. Civ. P. 5 — No proof of service attached to document(s)
- ☒ Other: Answer untimely.

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____   _____
Date                U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

7/22/2022                          /s/ Gary Klausner
_____   _____
Date                U.S. District Judge / ~~U.S. Magistrate Judge~~

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)                NOTICE OF DOCUMENT DISCREPANCIES

Jiandong Zhang _____ ( Full Name )

dongge2020@protonmail.com _____ (Email Address )

RECEIVED BUT NOT FILED
06/15/2022
By: JRE, Deputy Clerk
U.S. District Court
Central District of California

Shanghai _____ ( Address Line 1 )

_____ (Address Line 2 )

China _____ ( Address Line 3 )

Defendant in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRCT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> ANY AND ALL FUNDS SEIZED FROM VARIOUS ACCOUNTS AT BANK OF AMERICA,N.A., <br> Defendant(s), <br> And concerning <br> Jiandong Zhang | Case No.: 2:22-CV-0826-RGK-AS <br> DEFENDANT'S ANSWER |

Claimant, __Jiandong Zhang_____, hereby answers Plaintiff's complaint as follows:

ANSWERS TO COMPLAINT

1. Claimant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 1 and therefore denies them.

2. Claimant admits paragraph 2 of the complaint.

3. Claimant admits paragraph 3 of the complaint.

4. Claimant admits paragraph 4 of the complaint.

5. Claimant admits paragraph 5 of the complaint.

6. Claimant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.

7. Claimant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph.

8. Claimant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in this paragraph and therefore denies them.

9. Claimant states that the allegations in paragraph 9 constitute a conclusion of law that does not require an answer, and denies each and every remaining allegations Contained in paragraph 9.

10. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 10 of the complaint.

11. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 11 of the complaint.

12. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 12 of the complaint.

13. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 13 of the complaint.

14. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 14 of the complaint.

15. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 15 of the complaint.

16. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 16 of the complaint.

17. Claimant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 17 and therefore denies them.

18. Claimant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 18 and therefore denies them.

19. Claimant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 19 and therefore denies them.

20. Claimant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 20 and therefore denies them.

21. Claimant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 21 and therefore denies them.

22. Claimant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 22 and therefore denies them.

23. Claimant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 23 and therefore denies them.

24. Claimant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 24 and therefore denies them.

25. Claimant is without knowledge or information sufficient to form a belief as to the truth of each

and every allegation contained in paragraph 25 and therefore denies them.

26. Claimant denies each and every allegation contained in paragraph 26 of the complaint. Because he claimants does not know the people mentioned in paragraph 26 and has nothing to do with them.

27. Claimant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 27 and therefore denies them.

28. Claimant denies each and every allegation contained in paragraph 28 of the complaint.

29. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in this paragraph. Claimant denies each and every allegation directed to Claimant contained in paragraph 29 of the complaint.

30. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 30 of the complaint.

31. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 31 of the complaint.

32. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 32 of the complaint.

33. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 33 of the complaint.

34. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 34 of the complaint.

35. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 35 of the complaint.

36. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 36 of the complaint.

37. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 37 of the complaint.

38. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 38 of the complaint.

39. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 39 of the complaint.

40. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 40 of the complaint.

41. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 41 of the complaint.

42. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 42 of the complaint.

43. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 43 of the complaint.

44. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 44 of the complaint.

45. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 45 of the complaint..

46. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 46 of the complaint.

47. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 47 of the complaint.

48. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 48 of the complaint.

49. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 49 of the complaint.

50. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 50 of the complaint.

51. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 51 of the complaint.

52. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 52 of the complaint.

53. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 53 of the complaint.

54. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 54 of the complaint.

55. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 55 of the complaint.

56. Claimant lacks sufficient knowledge or information to form a belief as to the truth of the allegations and thus denies each and every allegation contained in paragraph 56 of the complaint.

57. Claimant is without knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 57 and therefore denies them.

58. Claimant admits that the address attachment A is not Claimant's residence address, but denies any purpose to evade AML-CIP programs and denies any allegations of wrongdoing.

59. Claimant admits that the address attachment A is not Claimant's residence address, but denies any purpose to evade AML-CIP programs and denies any allegations of wrongdoing.

60. The allegations in paragraph 60 of the Complaint constitute legal conclusion that does not require an answer. To the extent an answer is required, Claimant denies the allegations.

### FIRST AFFIRMATIVE EFENSE

The Complaint fails to state a claim, which is not sufficient for a relief to be granted by the Court.

### SECOND AFFIRMATIVE DEFENSE

Claimant was innocent owner pursuant to 18 U.S.C. § 983(d).

### THIRD AFFIRMATIVE DEFENSE

Claimant did not commit any fraud giving rise to Plaintiff's criminal prosecution against Bank of America employees, which has led to the current civil forfeiture.

### FOURTH AFFIRMATIVE DEFENSE

Allowing Plaintiff to recover the assets belonging to Claimant will unjustly enrich Plaintiff, which is fundamentally unfair.

### REQUEST FOR RELIEF

WHEREFORE, Claimant hereby requests that the Court dismiss Plaintiff's complaint; deny Plaintiff's claim for forfeiture of Claimant's frozen Bank of America account(s); require Plaintiff to pay Claimant reasonable cost of answering the forfeiture proceeding; order the whole frozen account(s) deposit return to Claimant; and other relief the Court deems equitable.

Dated: June 8 2022

By: *Jiandong Zhang*

Print Name: Jiandong Zhang
Defendant in Pro Per

2:22-cv-00826-RGK-AS

Jiandong Zhang ( Full Name )

dongge2020@protonmail.com ( Email Address )

Shanghai ( Address Line 1 )

_____ (Address Line 2 )

China ( Address Line 3 )

Defendant in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRCT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> vs. <br><br> ANY AND ALL FUNDS SEIZED FROM VARIOUS ACCOUNTS AT BANK OF AMERICA,N.A., <br><br> Defendant(s), <br> And concerning <br><br> Jiandong Zhang | Case No.: 2:22-CV-0826-RGK-AS <br><br> **PROOF OF SERVICE** |

I Jiandong Zhang declare as follows:

1

Proof of Service for Defendant's Answer to Complaint

(name of person serving documents)

My address is Shanghai, China

_____.

On June 10 2022, I served the documents described as:

1. DEFENDANT'S ANSWER

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in  Los Angeles, California,

(city and state of mailing)

addressed to:
Daniel G. Boyle
AUSA-Office of US Attorney
General Crimes Section
312 North Spring Street 14th Floor
Los Angeles, CA90012
213-894-2426
213-894-0142 (fax)
Daniel.boyle2@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10 2022, at Shanghai, China ,
(date)            (city and state of signing)

*Jiandong Zhang*

_____
(sign)

Jiandong Zhang
_____

2
Proof of Service for Defendant's Answer to Complaint

2:22-cv-00826-RGK-AS

(print name)