UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CV 22-00826-RGK-AS |
|---|---|
| Plaintiff, | **PARTIAL CONSENT JUDGMENT OF FORFEITURE** |
| vs. | |
| ANY AND ALL FUNDS SEIZED FROM VARIOUS ACCOUNTS AT BANK OF AMERICA, N.A., | [Not Dispositive of This Action] |
| Defendant. | |
| XIAOHUI CHAI, | |
| Claimant. | |

Plaintiff United States of America ("the government") and Claimant Xiaohui Chai ("Claimant") have made a stipulated request for the entry of this Partial Consent Judgment, which is not dispositive of this action.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. Notice has been given and published regarding the Defendant Funds as required by law and the Local Rules of this Court. No other claims or answers were filed as to the Defendant Funds identified in Schedule A, and the time for filing such claims has expired.

2. On April 12, 2022, Claimant filed a claim for certain Defendant Funds, as identified in Schedule A. [ECF Nos. 179].

3. On June 9, 2022, Claimant filed an answer to the complaint for forfeiture. [ECF Nos. 432].

4. The partial consent judgment provides that certain of the Defendant Funds identified in Schedule A, without interest, shall be returned to Claimant as specified in Schedule A (hereinafter, the "Returned Funds").

5. The government shall have judgment as to the portion of the Defendant Funds specified in Schedule A, together with all interest earned on the entire amount of such Defendant Funds since seizure, and no other person or entity shall have any right, title or interest therein.

6. If the government elects to make the payment of the Returned Funds by check, the check shall be payable to Claimant. If the government elects to make the payment by wire transfer, the funds shall be wire transferred to an account designated by Claimant. Upon request from the government, Claimant shall provide any necessary bank account information to complete the transfer.

7. Claimant releases the United States of America, its attorneys, agencies, agents, and officers, including employees and agents of the United States Department of Justice, Department of State, and Department of Homeland Security, from any and all claims, actions or liabilities arising out of or related to the seizure and

retention of the Defendant Funds and the commencement of this action as it relates to the Defendant Funds, including any claim for attorneys' fees or costs which may be asserted on behalf of Claimant, or either of them, against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise. Claimant has waived any rights he may have to seek remission or mitigation of the forfeiture.

8. The Court finds that there was reasonable cause for the seizure of the Defendant Funds and institution of this action.

9. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

10. Each of the Parties shall bear its own fees and costs in connection with the seizure, retention and efforts to forfeit the Defendant Funds.

IT IS SO ORDERED.

Dated: SEPTEMBER 21, 2022

*(signed)* Gary Klausner
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**Schedule A**

| Account | Claimant | Seized | Returned | Forfeited |
|---|---|---|---|---|
| X87250 | Xiaohui Chai | $94,939.79 | $63,609.66 | $31,330.13 |