**NO JS6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>ANY AND ALL FUNDS SEIZED FROM VARIOUS ACCOUNTS AT BANK OF AMERICA, N.A.,<br><br>            Defendant. | No. CV 22-00826-RGK-AS<br><br>[PROPOSED] **PARTIAL CONSENT JUDGMENT OF FORFEITURE** **[576]**<br><br>[Not Dispositive of This Action] |

    Plaintiff United States of America ("the government") and the Claimants and Potential Claimants identified in Schedule A ("Claimants") have made a stipulated request for the entry of this Partial Consent Judgment, which is not dispositive of this action.

    The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

    1.   Notice has been given and published regarding the Defendant Funds as required by law and the Local Rules of this Court. No other claims or answers were filed as to the Defendant Funds identified in

Schedule A, and the time for filing such claims has expired.

2. Claimants either filed claims, or but for this settlement, would have filed claims for certain of the Defendant Funds, as identified in Schedule A.

3. The partial consent judgment provides that certain of the Defendant Funds identified in Schedule A, without interest, shall be returned to Claimants as specified in Schedule A (hereinafter, the "Returned Funds").

4. The government shall have judgment as to the portion of the Defendant Funds specified in Schedule A, together with all interest earned on the entire amount of such Defendant Funds since seizure, and no other person or entity shall have any right, title or interest therein.

5. If the government elects to make the payment of the Returned Funds by check, the check shall be payable to a payee identified by each Claimant, and mailed to Claimant at an address identified by Claimant. If the government elects to make the payment by wire transfer, the funds shall be wired to an account identified by each Claimant. Upon request from the government, each Claimant, through counsel, shall provide the necessary bank account information to complete the transfer.

6. Claimants, and each of them, release the United States of America, its attorneys, agencies, agents, and officers, including employees and agents of the United States Department of Justice, Department of State, and Department of Homeland Security, from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the Defendant Funds and the commencement of this action as it relates to the Defendant Funds, including any

claim for attorneys' fees or costs which may be asserted on behalf of Claimants, or either of them, against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise. Claimants have waived any rights they may have to seek remission or mitigation of the forfeiture.

7. The Court finds that there was reasonable cause for the seizure of the Defendant Funds and institution of this action.

8. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

9. Each of the Parties shall bear its own fees and costs in connection with the seizure, retention and efforts to forfeit the Defendant Funds.

IT IS SO ORDERED.

Dated: __Oct. 3__, 2022

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

____/s/_____
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**Schedule A**

| ACCOUNT | CLAIMANT | SEIZED | RETURNED | FORFEITED |
|---|---|---|---|---|
| x27230 | Baoyong Yin | $1,814.10 | $1,215.45 | $598.65 |
| x36308 | Bin Guan | $1,530.00 | $1,025.10 | $504.90 |
| x13833 | Bin Lin | $3,982.07 | $2,667.99 | $1,314.08 |
| x13120 | Bin Su | $121.83 | $81.63 | $40.20 |
| x81422 | Bingsen Zhao | $14,964.21 | $10,026.02 | $4,938.19 |
| x15792 | Bo Lu | $4,008.44 | $2,685.65 | $1,322.79 |
| x82409 | Changzhong Li | $3,506.69 | $2,349.48 | $1,157.21 |
| x50910 | Chaohao Jin | $2,484.08 | $1,664.33 | $819.75 |
| x50907 | Chaohao Jin | $135.00 | $90.45 | $44.55 |
| x99537 | Chen Liang | $3,766.96 | $2,523.86 | $1,243.10 |
| x47137 | Chen Weng | $10,658.03 | $7,140.88 | $3,517.15 |
| x85237 | Chuan Ding | $8,322.91 | $5,576.35 | $2,746.56 |
| x35522 | Chunhui Li | $58,127.62 | $38,945.51 | $19,182.11 |
| x83621 | Chunxiang Liu | $26,874.73 | $18,006.07 | $8,868.66 |
| x86316 | Dongcheng Lai | $5,945.00 | $3,983.15 | $1,961.85 |
| x40126 | Dongdong Wang | $3,433.73 | $2,300.60 | $1,133.13 |
| x89595 | Dongxiao Yu | $5,247.51 | $3,515.83 | $1,731.68 |
| x65722 | Dunqian Pu | $6,853.00 | $4,591.51 | $2,261.49 |
| x37942 | Fei Wang | $13,250.71 | $8,877.98 | $4,372.73 |
| x39890 | Gong Song | $8,670.39 | $5,809.16 | $2,861.23 |
| x98813 | Guanghong Lai | $8,524.44 | $5,711.37 | $2,813.07 |
| x18743 | Haitao Zhao | $14,334.94 | $9,604.41 | $4,730.53 |
| x00345 | Hui Li | $51,050.53 | $34,203.86 | $16,846.67 |
| x79661 | Hui Tian | $1,469.20 | $984.36 | $484.84 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | x79674 | Hui Tian | $550.00 | $368.50 | $181.50 |
| 2 | x34959 | Hui Yang | $15,103.00 | $10,119.01 | $4,983.99 |
| 3 | x62826 | Huijun Zhao | $15,277.96 | $10,236.23 | $5,041.73 |
| 4 | x15884 | Jiachen Tang | $20,585.45 | $13,792.25 | $6,793.20 |
| 5 | x60893 | Jian Chen | $779.00 | $521.93 | $257.07 |
| 6 | x08375 | Jian Wu | $11,609.02 | $7,778.04 | $3,830.98 |
| 7 | x77752 | Jianbin Li | $76,014.97 | $50,930.03 | $25,084.94 |
| 8 | x70039 | Jiandong Zhang | $1,981.45 | $1,327.57 | $653.88 |
| 9 | x95421 | Jianing Zhong | $6,248.95 | $4,186.80 | $2,062.15 |
| 10 | x95447 | Jianing Zhong | $500.00 | $335.00 | $165.00 |
| 11 | x50100 | JiaYang Yang | $2,121.84 | $1,421.63 | $700.21 |
| 12 | x24149 | Jibao Chen | $3,818.08 | $2,558.11 | $1,259.97 |
| 13 | x50207 | Jing Cheng | $15,298.00 | $10,249.66 | $5,048.34 |
| 14 | x38798 | Jing Yang | $25,732.34 | $17,240.67 | $8,491.67 |
| 15 | x35775 | Jingchun Fan | $12,626.00 | $8,459.42 | $4,166.58 |
| 16 | x71041 | Jingli Peng | $2,708.75 | $1,814.86 | $893.89 |
| 17 | x30763 | Jingpeng Liu | $2,557.52 | $1,713.54 | $843.98 |
| 18 | x86520 | Jinyang Liu | $1,485.22 | $995.10 | $490.12 |
| 19 | x29868 | Jiong Zhao | $28,030.08 | $18,780.15 | $9,249.93 |
| 20 | x48633 | Jionghai Shao | $25,932.05 | $17,374.47 | $8,557.58 |
| 21 | x41045 | Juan Liu | $130.00 | $87.10 | $42.90 |
| 22 | x04616 | Laiguo Zhai | $2,103.17 | $1,409.12 | $694.05 |
| 23 | x38666 | Lianxia Huang | $1,570.05 | $1,051.93 | $518.12 |
| 24 | x83711 | Lide Hong | $102,475.26 | $68,658.42 | $33,816.84 |
| 25 | x35828 | Lili Zhao | $7,089.06 | $4,749.67 | $2,339.39 |
| 26 | x80546 | Limao Liang | $14,303.63 | $9,583.43 | $4,720.20 |
| 27 | x28394 | Lin Liu | $10,521.00 | $7,049.07 | $3,471.93 |

| | | | | |
|---|---|---|---|---|
| x93429 | Ling Zhou | $5,766.00 | $3,863.22 | $1,902.78 |
| x69150 | Liping Dong | $6,578.13 | $4,407.35 | $2,170.78 |
| x45946 | Liye Liang | $74,473.72 | $49,897.39 | $24,576.33 |
| x45933 | Liye Liang | $7,383.04 | $4,946.64 | $2,436.40 |
| x20600 | Lu Zhang | $4,792.00 | $3,210.64 | $1,581.36 |
| x10824 | Manxing Dong | $119.01 | $79.74 | $39.27 |
| x12565 | Mingbo Ai | $1,866.56 | $1,250.60 | $615.96 |
| x32418 | Pengfei Hu | $28,302.23 | $18,962.49 | $9,339.74 |
| x37323 | Pengju Jin | $12,202.80 | $8,175.88 | $4,026.92 |
| x37336 | Pengju Jin | $1,500.00 | $1,005.00 | $495.00 |
| x38221 | Qian Liu | $32,103.00 | $21,509.01 | $10,593.99 |
| x90594 | Qiang Li | $12,939.84 | $8,669.69 | $4,270.15 |
| x09903 | Qiang Shen | $298.13 | $199.75 | $98.38 |
| x36257 | Qiang Zhang | $322.51 | $216.08 | $106.43 |
| x80367 | Qinfang Zheng | $57,836.37 | $38,750.37 | $19,086.00 |
| x35005 | Qingyang Zhu | $1,100.03 | $737.02 | $363.01 |
| x18110 | Quanlong Wen | $6,262.32 | $4,195.75 | $2,066.57 |
| x19070 | Renzhi Yi | $10,690.00 | $7,162.30 | $3,527.70 |
| x24842 | Rui Li | $2,866.00 | $1,920.22 | $945.78 |
| x16650 | Sheng Liu | $3,902.16 | $2,614.45 | $1,287.71 |
| x16663 | Sheng Liu | $116,610.92 | $78,129.32 | $38,481.60 |
| x64446 | Shenghua Hong | $1,768.71 | $1,185.04 | $583.67 |
| x64210 | Shiqiang Feng | $22,504.08 | $15,077.73 | $7,426.35 |
| x66732 | Shixian Li | $13,642.48 | $9,140.46 | $4,502.02 |
| x66729 | Shixian Li | $1,842.71 | $1,234.62 | $608.09 |
| x36301 | Siyuan Huang | $263,884.42 | $176,802.56 | $87,081.86 |
| x26911 | Songwen Tan | $5,052.38 | $3,385.09 | $1,667.29 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | x26414 | Tao Huang | $42,258.62 | $28,313.28 | $13,945.34 |
| 2 | x74491 | Ting Chen | $1,150.28 | $770.69 | $379.59 |
| 3 | x46335 | Wei Cai | $78,906.00 | $52,867.02 | $26,038.98 |
| 4 | x64890 | Wen Yang | $23,448.27 | $15,710.34 | $7,737.93 |
| 5 | x79804 | Xiang Gu | $2,512.59 | $1,683.44 | $829.15 |
| 6 | x46402 | Xiaoyan Yang | $10,099.22 | $6,766.48 | $3,332.74 |
| 7 | x06345 | Xingbo Liu | $15,643.35 | $10,481.04 | $5,162.31 |
| 8 | x19653 | Xuejun Zou | $1,100.02 | $737.01 | $363.01 |
| 9 | x19640 | Xuejun Zou | $149,077.84 | $99,882.15 | $49,195.69 |
| 10 | x09119 | Xunan Guo | $13,560.93 | $9,085.82 | $4,475.11 |
| 11 | x68245 | Yalin Zhong | $2,015.48 | $1,350.37 | $665.11 |
| 12 | x25721 | Yan Li | $2,890.00 | $1,936.30 | $953.70 |
| 13 | x25734 | Yan Li | $19,321.64 | $12,945.50 | $6,376.14 |
| 14 | x48893 | Yanchun Meng | $4,123.10 | $2,762.48 | $1,360.62 |
| 15 | x48903 | Yanchun Meng | $1,477.01 | $989.60 | $487.41 |
| 16 | x46922 | Yang Liu | $10,372.00 | $6,949.24 | $3,422.76 |
| 17 | x06455 | Yang Lu | $1,000.04 | $670.03 | $330.01 |
| 18 | x06442 | Yang Lu | $4,009.24 | $2,686.19 | $1,323.05 |
| 19 | x00102 | Yi Liu | $2,003.03 | $1,342.03 | $661.00 |
| 20 | x00115 | Yi Liu | $500.08 | $335.05 | $165.03 |
| 21 | x00953 | Yicheng Xia | $7,882.50 | $5,281.28 | $2,601.23 |
| 22 | x01404 | Yifan Zhang | $3,993.00 | $2,675.31 | $1,317.69 |
| 23 | x14764 | Yinan Pan | $2,703.25 | $1,811.18 | $892.07 |
| 24 | x44367 | Yueming Sun | $26,320.00 | $17,634.40 | $8,685.60 |
| 25 | x49507 | Yuhan Liu | $23,892.46 | $16,007.95 | $7,884.51 |
| 26 | x35449 | Yunpeng An | $5,100.00 | $3,417.00 | $1,683.00 |
| 27 | x35423 | Yunpeng An | $7,752.66 | $5,194.28 | $2,558.38 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | x95114 | Yutao He | $12,699.56 | $8,508.71 | $4,190.85 |
| 2 | x40126 | Zaicheng Qi | $10,098.20 | $6,765.79 | $3,332.41 |
| 3 | x40139 | Zaicheng Qi | $500.00 | $335.00 | $165.00 |
| 4 | x74707 | Zhaodan Liu | $4,904.67 | $3,286.13 | $1,618.54 |
| 5 | x79534 | Zhe Kang | $16,990.02 | $11,383.31 | $5,606.71 |
| 6 | x06508 | Zhen Chen | $9,764.95 | $6,542.52 | $3,222.43 |
| 7 | x80500 | Zhixuan Wang | $5,167.77 | $3,462.41 | $1,705.36 |
| 8 | x79883 | Zhongren Zheng | $40,953.00 | $27,438.51 | $13,514.49 |
| 9 | x02290 | Zhouli Shi | $4,987.00 | $3,341.29 | $1,645.71 |
| 10 | x03814 | Zhunyuan Deng | $15,624.16 | $10,468.19 | $5,155.97 |
| 11 | x53210 | Zongwei Bao | $11,180.93 | $7,491.22 | $3,689.71 |