JS6

**Note: Changes made by the Court**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 2:22-cv-00826-RGK-AS |
|---|---|
| Plaintiff, | [PROPOSED] DEFAULT JUDGMENT OF FORFEITURE |
| v. | |
| ANY AND ALL FUNDS SEIZED FROM VARIOUS ACCOUNTS AT BANK OF AMERICA, N.A., | DATE: December 5, 2022<br>TIME: 9:00 a.m.<br>ROOM: 850 |
| Defendants. | Before the Honorable R. Gary Klausner, United States District Judge |

On February 7, 2022, the government filed a Verified Complaint for Forfeiture as to the defendant, Any and All Funds Seized from Various Accounts at Bank of America, N.A. ("defendant"), pursuant to 18 U.S.C. § 981(a)(1)(C). A Default by Clerk was entered on October 5, 2022, against the interests of all potential claimants in Attachment A. The Court having been duly advised of and having considered the matter,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the subject matter of this action and over the parties.

2. The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

3. Notice of this action has been given in the manner required by law. No Claim or Answer was filed in this action by any remaining potential claimant.

The Court deems that all potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4. A default judgment shall be and hereby is entered against the interests of all potential claimants in the defendant.

5. The defendant shall be and hereby are forfeited to the United States of America, which shall dispose of the defendant in the manner required by law.

6. The Court finds there was reasonable cause for the seizure of defendant, and this judgment shall be construed as a certificate of reasonable cause under 28 U.S.C. § 2465.

DATED: December 27, 2022

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Dan G. Boyle
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# ATTACHMENT A

|   | ATTACHEMENT A |   |
|---|---|---|
| 1 | Account Ending | Accountholder |
| 2 | x84323 | ABCC ARISTOCRAT ENTERPRISE LTD |
| 3 | x26341 | AIPING WANG |
| 4 | x58065 | AIPING WANG |
| 5 | x30008 | ANJIAN HU |
| 6 | x22028 | BAOGUO HU |
| 7 | x12605 | BAOHONG CAO |
| 8 | x33662 | BEI SUN |
| 9 | x33688 | BEI SUN |
| 10 | x22110 | BIN GE |
| 11 | x01137 | BIN WANG |
| 12 | x33338 | BIN WANG |
| 13 | x93222 | BIN WANG |
| 14 | x62611 | BIN WU |
| 15 | x84697 | BINGKE LYU |
| 16 | x30035 | BINYANG SONG |
| 17 | x78614 | Biqiang Ma |
| 18 | x78643 | Biqiang Ma |
| 19 | x50658 | BO TANG |
| 20 | x82261 | BO YANG |
| 21 | x07352 | BO ZHENG |
| 22 | x51076 | BO ZHU |
| 23 | x55393 | CHANG LIU |
| 24 | x73004 | CHANGJIE YANG |
| 25 | x24955 | CHAOJIE DUAN |
| 26 | x51651 | CHAYING XIAO |
| 27 | x51664 | CHAYING XIAO |
| 28 | x60161 | CHEN LIN |
| 29 | x36775 | CHENG WANG |
| 30 | x77079 | CHENG ZHANG |
| 31 | x17631 | CHENGCHENG ZHAO |
| 32 | x93448 | CHENGYAN LYU |
| 33 | x70197 | CHENJIAN YU |
| 34 | x51079 | CHENJIAO ZHU |
| 35 | x51053 | CHENJIAO ZHU |
| 36 | x18574 | CHENMING ZHAO |
| 37 | x86394 | CHENWEI HE |
| 38 | x95943 | CHRISTOPHER PACATANG |
| 39 | x68683 | Chuanli Jia |
| 40 | x53075 | CHUNG HUEN HO |
| 41 | x53091 | CHUNG HUEN HO |
| 42 | x52713 | CHUNLEI ZHANG |
| 43 | x04835 | CHUNRUI ZHANG |

| | | |
|---|---|---|
| 44 | x04819 | CHUNRUI ZHANG |
| 45 | x63663 | CONG QIN |
| 46 | x63676 | CONG QIN |
| 47 | x54677 | CONG YU |
| 48 | x44249 | CONGCONG YIN |
| 49 | x86244 | DABING TAN |
| 50 | x34926 | DACHENG MU |
| 51 | x34939 | DACHENG MU |
| 52 | x94510 | DAIMEI QIN |
| 53 | x65751 | DAIMEI QIN |
| 54 | x27514 | DAKAO LIN |
| 55 | x46528 | DAN ZHAO |
| 56 | x06749 | DEMIN ZHANG |
| 57 | x52625 | Dengmin Fu |
| 58 | x52641 | Dengmin Fu |
| 59 | x50643 | DEXIN ZHAO |
| 60 | x50274 | DEYANG LIN |
| 61 | x50258 | DEYANG LIN |
| 62 | x94055 | DIANZHI LI |
| 63 | x61207 | DONG LIN |
| 64 | x67006 | DONG WU |
| 65 | x67035 | DONG WU |
| 66 | x93959 | DONGBIAO GAN |
| 67 | x85273 | DONGKAI LAN |
| 68 | x76094 | DONGLIAN YU |
| 69 | x02661 | Dongliang Liu |
| 70 | x62626 | DONGXIONG SHEN |
| 71 | x02687 | Doujuan Wei |
| 72 | x84719 | FANGHUA ZHANG |
| 73 | x37971 | FEI WANG |
| 74 | x84184 | FEI ZHANG |
| 75 | x81530 | Fei Zhou |
| 76 | x81543 | Fei Zhou |
| 77 | x87709 | FEILONG QIU |
| 78 | x87725 | FEILONG QIU |
| 79 | x42154 | FENG CHEN |
| 80 | x28985 | FENG TIAN |
| 81 | x03578 | FENGYANG YAN |
| 82 | x67397 | FUDONG YUAN |
| 83 | x81668 | FUKUN LIU |
| 84 | x69283 | GANG WU |
| 85 | x83645 | GANGJIAN XU |
| 86 | x32044 | GEJI HU |
| 87 | x80069 | GENG LI |

| | | |
|---|---|---|
| 88 | x80056 | GENG LI |
| 89 | x99904 | GOLDEN SANDS SERVICE INC |
| 90 | x62616 | GUANGLIN SUN |
| 91 | x51835 | GUANHAO LIU |
| 92 | x45500 | GUILING SHU |
| 93 | x63431 | GUIZHI ZHENG |
| 94 | x12296 | GUODONG HUANG |
| 95 | x12319 | GUODONG HUANG |
| 96 | x36599 | GUOXING MI |
| 97 | x36612 | GUOXING MI |
| 98 | x32075 | HAI HE |
| 99 | x34001 | HAI ZHONG |
| 100 | x64993 | HAIBIN LIN |
| 101 | x39278 | HAIJIAO ZHANG |
| 102 | x74850 | HAILONG XU |
| 103 | x26897 | HAINAN ZHUANG |
| 104 | x69107 | HAIQUAN GAO |
| 105 | x89449 | HANG BAI |
| 106 | x89452 | HANG BAI |
| 107 | x03188 | HAO WEN |
| 108 | x50676 | HAO YANG |
| 109 | x80673 | HECTOR WOO |
| 110 | x90357 | HIDEKI IKAI |
| 111 | x90373 | HIDEKI IKAI |
| 112 | x13675 | HONG CHEN |
| 113 | x13688 | HONG CHEN |
| 114 | x77627 | HONG ZHOU |
| 115 | x51300 | HONGMEI SUO |
| 116 | x80498 | HONGMING LI |
| 117 | x33399 | HUALONG HU |
| 118 | x33425 | HUALONG HU |
| 119 | x69002 | HUANHUAN LIANG |
| 120 | x48809 | HUAQING LI |
| 121 | x48786 | HUAQING LI |
| 122 | x10715 | HUAWEI LIU |
| 123 | x23119 | HUIDONG LI |
| 124 | x62842 | HUIJUN ZHAO |
| 125 | x95373 | HUILI XU |
| 126 | x95603 | HUILI XU |
| 127 | x82066 | HUIMING YANG |
| 128 | x82079 | HUIMING YANG |
| 129 | x90590 | JIACHENG ZHANG |
| 130 | x72488 | JIADING WAN |
| 131 | x25215 | JIAHE OUYANG |

| | | |
|---|---|---|
| 132 | x67757 | JIAHUA LIANG |
| 133 | x67731 | JIAHUA LIANG |
| 134 | x64540 | JIAHUI CAI |
| 135 | x64511 | JIAHUI CAI |
| 136 | x16380 | JIANAN LI |
| 137 | x80903 | JIANBAO ZHENG |
| 138 | x80916 | JIANBAO ZHENG |
| 139 | x90400 | JIANBO ZHOU |
| 140 | x46139 | JIANG FENG |
| 141 | x59943 | JIANGSHENG WU |
| 142 | x08921 | Jianhu Xu |
| 143 | x50823 | JIANMIN FENG |
| 144 | x04482 | JIANNUAN LU |
| 145 | x34146 | JIANQUAN WEN |
| 146 | x19517 | JIANTENG SUN |
| 147 | x89163 | JIANTING MAI |
| 148 | x89176 | JIANTING MAI |
| 149 | x79892 | JIANYE XU |
| 150 | x44947 | JIANYI HE |
| 151 | x55761 | JIANYI HE |
| 152 | x81931 | Jianyi Ning |
| 153 | x86001 | Jianyi Ning |
| 154 | x72649 | JIAYU JIANG |
| 155 | x60363 | JIBO ZHANG |
| 156 | x54976 | JIE CHEN |
| 157 | x58078 | JIEHUA HUANG |
| 158 | x28239 | JIGANG ZONG |
| 159 | x28242 | JIGANG ZONG |
| 160 | x30909 | JINBIAO HUANG |
| 161 | x87362 | JING CHEN |
| 162 | x87388 | JING CHEN |
| 163 | x39548 | JING MI |
| 164 | x39577 | JING MI |
| 165 | x64171 | JING WANG |
| 166 | x78393 | JINGHUA YAO |
| 167 | x24078 | JINGUO JIANG |
| 168 | x06621 | JINGZHONG CHEN |
| 169 | x21280 | JINHUA HOU |
| 170 | x39190 | JINHUI LI |
| 171 | x65715 | Jinlong He |
| 172 | x65728 | Jinlong He |
| 173 | x56252 | JINPING DU |
| 174 | x65014 | JINSHUN CAI |
| 175 | x84712 | JINXIN ZHANG |

| 176 | x15369 | JINYUAN TONG |
|---|---|---|
| 177 | x97185 | JINZE HAN |
| 178 | x47505 | JINZHE HUANG |
| 179 | x80350 | JOEL JUANILLO |
| 180 | x00374 | Juan Li |
| 181 | x98816 | JUANJUAN XU |
| 182 | x98829 | JUANJUAN XU |
| 183 | x54025 | JUN CAI |
| 184 | x39181 | JUN MA |
| 185 | x57936 | JUN XUE |
| 186 | x65501 | JUN YIN |
| 187 | x65488 | JUN YIN |
| 188 | x48495 | JUN ZHANG |
| 189 | x48479 | JUN ZHANG |
| 190 | x85814 | JUN ZHOU |
| 191 | x00497 | JUNCONG TANG |
| 192 | x82118 | JUNJIANG ZHANG |
| 193 | x50849 | JUNJIE ZHANG |
| 194 | x92603 | JUNJIE ZHANG |
| 195 | x57647 | JUNLEI WANG |
| 196 | x38898 | JUNMOU LI |
| 197 | x38469 | JUNWEI LI |
| 198 | x38485 | JUNWEI LI |
| 199 | x24342 | KAI FENG |
| 200 | x24355 | KAI FENG |
| 201 | x64038 | KAILING BIAN |
| 202 | x96990 | KANG YANG |
| 203 | x59060 | KE SONG |
| 204 | x11367 | KE ZHANG |
| 205 | x23311 | KEJUN PAN |
| 206 | x03972 | KEXUN ZHOU |
| 207 | x63625 | KI SO |
| 208 | x63638 | KI SO |
| 209 | x32813 | KUN HUANG |
| 210 | x43096 | LE HUNG ANH |
| 211 | x31760 | LEI HU |
| 212 | x79241 | LEI SU |
| 213 | x55440 | LI LI |
| 214 | x06831 | LI MENG |
| 215 | x67317 | LI TAO |
| 216 | x67333 | LI TAO |
| 217 | x35561 | LIANG GAO |
| 218 | x55775 | LIANG LEI |
| 219 | x80904 | LIANG LI |

| | | |
|---|---|---|
| 220 | x78009 | LIANG MA |
| 221 | x37648 | LIANG PENG |
| 222 | x40241 | LIANG WANG |
| 223 | x40254 | LIANG WANG |
| 224 | x94209 | LIANGXIAO NI |
| 225 | x94225 | LIANGXIAO NI |
| 226 | x10748 | Lianwei Du |
| 227 | x08727 | LICHENG ZHANG |
| 228 | x08730 | LICHENG ZHANG |
| 229 | x34921 | LIMIN LIU |
| 230 | x44444 | LIN WANG |
| 231 | x70202 | LINA E LARSSON |
| 232 | x68370 | LINGHUI KONG |
| 233 | x42415 | LINGYUN ZHAO |
| 234 | x73145 | LIU TANG |
| 235 | x12061 | LIUYAO ZHAO |
| 236 | x12168 | LIUYAO ZHAO |
| 237 | x20056 | LIYU ZHENG |
| 238 | x84870 | LIZHU LIN |
| 239 | x84883 | LIZHU LIN |
| 240 | x61388 | LONG GAO |
| 241 | x46975 | LONG LYU |
| 242 | x37649 | LONGJIANG ZHOU |
| 243 | x91140 | LONGSHENG HE |
| 244 | x91166 | LONGSHENG HE |
| 245 | x49654 | LONGWEI MA |
| 246 | x33002 | LONGZHONG JIANG |
| 247 | x82032 | LU REN |
| 248 | x85702 | LUO YANG |
| 249 | x85692 | LUO YANG |
| 250 | x01012 | M MAGIC CLUB LTD |
| 251 | x02567 | MAN WAI LUI |
| 252 | x58618 | MANJUN XU |
| 253 | x82394 | MANJUN XU |
| 254 | x51446 | MEI HAN TSO |
| 255 | x51459 | MEI HAN TSO |
| 256 | x83332 | MEIJUAN GU |
| 257 | x54989 | MEIZHEN WANG |
| 258 | x87181 | MENG ZHAO |
| 259 | x96746 | MING CHEN |
| 260 | x62921 | MING MA |
| 261 | x81535 | MING WANG |
| 262 | x12578 | MINGBO AI |
| 263 | x90924 | MINGDA HE |

| | | |
|---|---|---|
| 264 | x90885 | MINGDA HE |
| 265 | x54991 | MINGGAO HUANG |
| 266 | x63821 | MINGSHI ZHANG |
| 267 | x14010 | MINGSONG FANG |
| 268 | x93988 | MINGXUAN LIU |
| 269 | x71308 | MINGYANG LI |
| 270 | x33922 | MINGYU CAI |
| 271 | x95845 | MO CHEN |
| 272 | x34002 | MORGAN C AU |
| 273 | x85063 | NA GAO |
| 274 | x09399 | NING LI |
| 275 | x09425 | NING LI |
| 276 | x71257 | NORIKO AKIHARA |
| 277 | x67725 | NORMAN RECITAS |
| 278 | x78285 | PAN LIU |
| 279 | x26939 | PEICHENG REN |
| 280 | x13913 | PEILONG LI |
| 281 | x98820 | PEIPING YU |
| 282 | x74726 | PEISHAN ZHANG |
| 283 | x11868 | PENG LIU |
| 284 | x12922 | PENG TIAN |
| 285 | x59671 | PENG XIONG |
| 286 | x82926 | PENGFEI WEI |
| 287 | x17143 | PENGYU ZHANG |
| 288 | x61533 | PING YAO |
| 289 | x62639 | PU YAN |
| 290 | x72846 | PUXUN WANG |
| 291 | x70519 | QIAN LI |
| 292 | x67017 | QIAN XIAO |
| 293 | x82875 | QING LI |
| 294 | x45560 | QINGFENG WU |
| 295 | x45586 | QINGFENG WU |
| 296 | x03740 | QINGHE LU |
| 297 | x98072 | QINGMIN WU |
| 298 | x96652 | QINGNAN WANG |
| 299 | x34996 | QINGYANG ZHU |
| 300 | x21071 | QIU YANG |
| 301 | x50301 | QIUYUAN WU |
| 302 | x06143 | QUANSHENG MI |
| 303 | x59325 | RAN YAN |
| 304 | x86745 | RENGENG LIU |
| 305 | x86758 | RENGENG LIU |
| 306 | x21037 | RENYONG CHEN |
| 307 | x21011 | RENYONG CHEN |

| | | |
|---|---|---|
| 308 | x89518 | RONG ZHANG |
| 309 | x68708 | RONGDIAN XIE |
| 310 | x58776 | RONGSHUN ZHAO |
| 311 | x88195 | RONGYI HUNG |
| 312 | x79552 | RONIE AGUDO |
| 313 | x27564 | RUI WANG |
| 314 | x24465 | RUIZHOU ZHAO |
| 315 | x25780 | RUOXI LIN |
| 316 | x01409 | Shan Ouyang |
| 317 | x64503 | SHANSHAN HU |
| 318 | x85047 | SHANSHAN LIN |
| 319 | x28917 | SHAO LEI |
| 320 | x27290 | SHENG ZHANG |
| 321 | x97953 | SHENGJIE ZHU |
| 322 | x63302 | Shengye Zhong |
| 323 | x48007 | SHENGYUAN GENG |
| 324 | x48010 | SHENGYUAN GENG |
| 325 | x39315 | SHIGANG FAN |
| 326 | x28153 | SHIHE CHEN |
| 327 | x28179 | SHIHE CHEN |
| 328 | x52711 | SHIYUE ZHANG |
| 329 | x03132 | SHUAI ZHAO |
| 330 | x03145 | SHUAI ZHAO |
| 331 | x85805 | SHUAIBIN ZHANG |
| 332 | x85818 | SHUAIBIN ZHANG |
| 333 | x04762 | SHUDONG ZHANG |
| 334 | x17933 | SHUDONG ZHANG |
| 335 | x95754 | SHULIN SHI |
| 336 | x25169 | SHUQI QI |
| 337 | x78766 | SHUXIAN ZHOU |
| 338 | x96073 | SI TIAN |
| 339 | x96086 | SI TIAN |
| 340 | x71488 | SIQIANG LIAO |
| 341 | x54179 | SONGJUN LYU |
| 342 | x29246 | SUHANG CHEN |
| 343 | x29259 | SUHANG CHEN |
| 344 | x10641 | TAKAHIRO KATAYAMA |
| 345 | x40931 | TAO CHEN |
| 346 | x87595 | TAO GAO |
| 347 | x26927 | TENGFEI WU |
| 348 | x93745 | TENGHUA LIU |
| 349 | x45658 | TIAN XIA |
| 350 | x54506 | TIANBAO XU |
| 351 | x20564 | TIANQI FAN |

| | | |
|---|---|---|
| 352 | x10564 | TIANYUAN MA |
| 353 | x11761 | TIANZHENG XIE |
| 354 | x85159 | TING TANG |
| 355 | x52396 | TINGTING ZHANG |
| 356 | x73683 | TINGZUN WEI |
| 357 | x15763 | WANGSHENG SHAO |
| 358 | x51646 | WEI CAI |
| 359 | x71301 | WEI LI |
| 360 | x49797 | WEI WANG |
| 361 | x07519 | WEI WU |
| 362 | x35370 | WEIBO SHENG |
| 363 | x39076 | WEIFENG CAI |
| 364 | x39089 | WEIFENG CAI |
| 365 | x78186 | WEIMEI LI |
| 366 | x10734 | WEIQI MENG |
| 367 | x11539 | WEIQI MENG |
| 368 | x13488 | WEIXIN LI |
| 369 | x87473 | WEIYU LIANG |
| 370 | x32198 | WEIZHONG XIA |
| 371 | x12333 | WEN DU |
| 372 | x55222 | WENBIN ZHANG |
| 373 | x42389 | WENBO LI |
| 374 | x08044 | WENCHAO TANG |
| 375 | x40048 | WENDONG LI |
| 376 | x40022 | WENDONG LI |
| 377 | x35616 | WENFU SHI |
| 378 | x50295 | WENHAO SHU |
| 379 | x56852 | WENHE LIU |
| 380 | x25827 | WENJIE CHEN |
| 381 | x25856 | WENJIE CHEN |
| 382 | x15097 | WENJIE LI |
| 383 | x11604 | WENJIE WANG |
| 384 | x92411 | WENJING HU |
| 385 | x10052 | WENQING HE |
| 386 | x71245 | WENTAO SUN |
| 387 | x69330 | WENXING YAN |
| 388 | x69343 | WENXING YAN |
| 389 | x90153 | WENZHAO MAO |
| 390 | x92810 | WENZHENG WEI |
| 391 | x13333 | WUJUN DAI |
| 392 | x03294 | XI CHENG |
| 393 | x67100 | XI CHENG |
| 394 | x58580 | XIANGDONG CAI |
| 395 | x57754 | XIANGDONG KOU |

| 396 | x35351 | XIANGFENG |
|-----|--------|-----------|
| 397 | x81334 | XIANKE TAN |
| 398 | x68139 | XIANMIAO QU |
| 399 | x94000 | XIANYIN LI |
| 400 | x65652 | XIAO MA |
| 401 | x86127 | XIAO MA |
| 402 | x43712 | XIAOBO LEI |
| 403 | x57223 | XIAODONG WANG |
| 404 | x83162 | XIAODONG ZHANG |
| 405 | x47401 | XIAOFENG DU |
| 406 | x36240 | XIAOFENG SHEN |
| 407 | x04244 | XIAOHU FANG |
| 408 | x87263 | XIAOHUI CHAI |
| 409 | x27826 | XIAOHUI ZHAO |
| 410 | x79266 | XIAOJUN SUN |
| 411 | x51767 | XIAOLE ZENG |
| 412 | x16300 | XIAOLEI WANG |
| 413 | x16339 | XIAOLEI WANG |
| 414 | x62078 | XIAOLING WANG |
| 415 | x16302 | XIAOLU LUO |
| 416 | x11294 | XIAONING WU |
| 417 | x11317 | XIAONING WU |
| 418 | x98985 | XIAOPING HAN |
| 419 | x10757 | XIAOTONG GONG |
| 420 | x39418 | XIAOWEI SU |
| 421 | x14892 | XIAOWEI YANG |
| 422 | x24490 | XIAOXIA ZHENG |
| 423 | x34727 | XIAOXIN ZHANG |
| 424 | x40187 | XIAOYUN MA |
| 425 | x01284 | XIAOZHOU XU |
| 426 | x92818 | XIN LI |
| 427 | x92834 | XIN LI |
| 428 | x51126 | XIN WEI |
| 429 | x48290 | XIN ZHAO |
| 430 | x67171 | XING ZHAO |
| 431 | x57560 | XINGYU ZHAO |
| 432 | x86608 | XINLEI YOU |
| 433 | x33314 | XINQUAN ZHANG |
| 434 | x33301 | XINQUAN ZHANG |
| 435 | x94137 | XINRAN PENG |
| 436 | x63657 | XINWEN LIU |
| 437 | x89096 | XINYANG LI |
| 438 | x11700 | XISHAN WANG |
| 439 | x86182 | XITONG WANG |

| 440 | x86195 | XITONG WANG |
| --- | --- | --- |
| 441 | x82366 | XUAN LUO |
| 442 | x83044 | XUAN YANG |
| 443 | x68146 | XUE ZHANG |
| 444 | x23611 | XUEJUN LI |
| 445 | x30406 | XUEMEI YU |
| 446 | x21884 | XUENING MEI |
| 447 | x29487 | XUEQIN LIU |
| 448 | x29500 | XUEQIN LIU |
| 449 | x07059 | XUEWEI XIAO |
| 450 | x07088 | XUEWEI XIAO |
| 451 | x03079 | XUEZONG XU |
| 452 | x33819 | XUGUANG CHEN |
| 453 | x13678 | XUHUI ZENG |
| 454 | x39631 | XUNCHI LIU |
| 455 | x33359 | YAGUANG WANG |
| 456 | x29256 | YAJUN JIAN |
| 457 | x29272 | YAJUN JIAN |
| 458 | x63432 | YAN CHEN |
| 459 | x63445 | YAN CHEN |
| 460 | x54299 | YAN DU |
| 461 | x28791 | YAN HUANG |
| 462 | x28788 | YAN HUANG |
| 463 | x46330 | YAN WANG |
| 464 | x46588 | YAN WANG |
| 465 | x46591 | YAN WANG |
| 466 | x03012 | YAN ZHANG |
| 467 | x65301 | YAN ZHANG |
| 468 | x73232 | YAN ZHANG |
| 469 | x27337 | YANBIN LI |
| 470 | x27340 | YANBIN LI |
| 471 | x40963 | YANDONG ZHANG |
| 472 | x03115 | YANG LIU |
| 473 | x03128 | YANG LIU |
| 474 | x35948 | YANMIN GUO |
| 475 | x31422 | YANPING WU |
| 476 | x66282 | YANQUN ZHU |
| 477 | x67435 | YAOBIN LU |
| 478 | x19873 | YAOFENG WANG |
| 479 | x06322 | YEBIN ZHANG |
| 480 | x11088 | YI CHENG |
| 481 | x04497 | YI FANG |
| 482 | x93420 | YI QIAN |
| 483 | x30295 | YI WU |

| | | |
|---|---|---|
| 484 | x46952 | YI XIANG |
| 485 | x60482 | YIFAN HUANG |
| 486 | x56253 | YIHE ZHANG |
| 487 | x66857 | YING CHAI |
| 488 | x84300 | YING ZHANG |
| 489 | x84339 | YING ZHANG |
| 490 | x23929 | YINGCONG CHEN |
| 491 | x34828 | YINGFU XIA |
| 492 | x34831 | YINGFU XIA |
| 493 | x50935 | YINGHUI WU |
| 494 | x02406 | YITIAN YANG |
| 495 | x02419 | YITIAN YANG |
| 496 | x17082 | YITONG YAO |
| 497 | x23443 | YIZHEN ZHANG |
| 498 | x23456 | YIZHEN ZHANG |
| 499 | x07049 | YONG CAI |
| 500 | x62183 | YONGAN DENG |
| 501 | x79766 | YONGBO BAI |
| 502 | x86413 | YONGFENG JIN |
| 503 | x86439 | YONGFENG JIN |
| 504 | x80374 | YONGJIAN XU |
| 505 | x76078 | YONGJUN YANG |
| 506 | x09037 | YONGLIAN XU |
| 507 | x28883 | YONGQIANG CHEN |
| 508 | x17658 | YONGQIANG ZHANG |
| 509 | x54044 | YONGQIONG HU |
| 510 | x18576 | YONGYAO ZHENG |
| 511 | x66391 | YOUQIANG CHEN |
| 512 | x87951 | YU DING |
| 513 | x94177 | YU DONG |
| 514 | x94148 | YU DONG |
| 515 | x02193 | YU LI |
| 516 | x28906 | YU YANG |
| 517 | x53256 | YU YANG |
| 518 | x03336 | YU ZHANG |
| 519 | x85822 | YU ZHANG |
| 520 | x95344 | YUANHUA LI |
| 521 | x86989 | YUBANG TAN |
| 522 | x82454 | YUBIN LIN |
| 523 | x82467 | YUBIN LIN |
| 524 | x52727 | YUCHEN LAN |
| 525 | x61502 | YUCHEN YANG |
| 526 | x30219 | YUDONG WU |
| 527 | x30248 | YUDONG WU |

| | | |
|---|---|---|
| 528 | x68293 | YUE HUANG |
| 529 | x12706 | YUEHUI YANG |
| 530 | x12719 | YUEHUI YANG |
| 531 | x74001 | YUEJUN TIAN |
| 532 | x49546 | YUKA TOYODA |
| 533 | x94355 | YU-LI FANG |
| 534 | x22905 | YUN KUANG |
| 535 | x91974 | YUN PU |
| 536 | x48097 | YUNFEI SONG |
| 537 | x48110 | YUNFEI SONG |
| 538 | x26395 | YUNPING LOU |
| 539 | x26366 | YUNPING LOU |
| 540 | x61650 | YUNZHE JIANG |
| 541 | x89821 | YUSONG BAI |
| 542 | x99184 | YUWEI LU |
| 543 | x65631 | ZEPENG JIANG |
| 544 | x47091 | ZEYA ZHANG |
| 545 | x46699 | ZHAO ZHOU |
| 546 | x67132 | ZHAOHUI CHEN |
| 547 | x29416 | ZHAOWEN SHI |
| 548 | x10257 | ZHE YANG |
| 549 | x06524 | ZHEN CHEN |
| 550 | x76602 | ZHENDONG SUN |
| 551 | x00683 | ZHENG CUI |
| 552 | x75528 | ZHENYU BU |
| 553 | x14070 | ZHENYU YANG |
| 554 | x81419 | ZHENZHEN TANG |
| 555 | x69311 | ZHI YANG |
| 556 | x54489 | ZHI ZHANG |
| 557 | x05359 | ZHIDONG JIANG |
| 558 | x02178 | Zhihua Wu |
| 559 | x66100 | ZHIJUN TANG |
| 560 | x95599 | ZHIMING ZHOU |
| 561 | x50326 | ZHIWEI LIU |
| 562 | x88603 | ZHIWEN SUN |
| 563 | x93933 | ZHONGCHENG HAN |
| 564 | x04558 | ZHONGFENG YUAN |
| 565 | x76984 | ZHONGYUAN ZHANG |
| 566 | x40112 | ZHUKAI ZHANG |
| 567 | x85301 | ZI WANG |
| 568 | x53193 | ZIQIANG MIAO |
| 569 | x97579 | ZIQIANG MIAO |
| 570 | x71836 | ZONGLIANG LIU |